# CIVIL COVER SHEET

B-01-136

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

Jane Doe A/N/F of
June Doe, a minor

## DEFENDANTS

Boys and Girls Club of Brownsville, Inc. and
Cameron County

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF  Cameron
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT  Cameron
(IN U.S. PLAINTIFF CASES ONLY)
NOTE   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
TRACT OF LAND INVOLVED

**(c)** ATTORNEYS (FIRM NAME, ADDRESS AND TELEPHONE NUMBER)

Albert Villegas
1324 E. 7th Street
Brownsville, TX 78520
(956) 544-3352

ATTORNEYS (IF KNOWN)

Carla Saenz
1324 E. Palm Blvd.
Brownsville, TX 78520
(956) 541-2862

Richard O. Burst
964 E. Harrison
Brownsville, TX 78520
(956) 550-1345

## II. BASIS OF JURISDICTION   (PLACE AN "X" IN ONE BOX ONLY)

☐ 1 U.S. Government
Plaintiff

☒ 3 Federal Question
(U.S. Government Not a Party)

☐ 2 U.S. Government
Defendant

☐ 4 Diversity
(Indicate Citizenship of Parties
in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES   (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. ORIGIN   (PLACE AN "X" IN ONE BOX ONLY)

☐ 1 Original
Proceeding

☒ 2 Removed from
State Court

☐ 3 Remanded from
Appellate Court

☐ 4 Reinstated or
Reopened

☐ 5 Transferred from
another district
(specify)

☐ 6 Multidistrict
Litigation

☐ 7 Appeal to District
Judge from
Magistrate
Judgment

## V. NATURE OF SUIT   (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury — Med Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury — Product Liability | ☐ 630 Liquor Laws | | ☐ 450 Commerce/ICC Rates/etc |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 650 Airline Regs | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐ 830 Patent | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 690 Other | ☐ 840 Trademark | ☐ 850 Securities/Commodities/ Exchange |
| | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 160 Stockholders' Suits | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 190 Other Contract | | ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | | | ☐ 730 Labor/Mgmt Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **HABEAS CORPUS** | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | ☐ 791 Empl Ret Inc Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☒ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS — Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions |
| ☐ 245 Tort Product Liability | ☒ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |

## VI. CAUSE OF ACTION

(CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE
DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

42 USC Sec. 1983 Allegation that State placed probationers with Boys & Girls Club for
community service and they assaulted plaintiff.

## VII. REQUESTED IN COMPLAINT:

CHECK IF THIS IS A **CLASS ACTION**
☐ UNDER F.R.C.P. 23

DEMAND $ unliquidated

CHECK YES only if demanded in complaint.
JURY DEMAND: ☒ YES   ☐ NO

## VIII. RELATED CASE(S)   (See instructions)
IF ANY

JUDGE _____   DOCKET NUMBER _____

DATE  8/10/01

SIGNATURE OF ATTORNEY OF RECORD

FOR OFFICE USE ONLY

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG JUDGE _____

Case 1:01-cv-00136   Document 1   Filed in TXSD on 08/10/2001   Page 2 of 31

United States District Court
Southern District of Texas
FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

AUG 1 0 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JANE DOE A/N/F JUNE DOE, | § | |
| A MINOR | § | |
| | § | **B-0Г-136** |
| VS. | § | Civil Action Number_____ |
| | § | |
| BOYS AND GIRLS CLUB OF | § | |
| BROWNSVILLE INC., AND | § | |
| CAMERON COUNTY | § | |

## PETITION FOR REMOVAL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Cameron County, Defendant in the above-styled and numbered cause and files this its Petition for Removal of the present cause of action from the County Court at Law No. 3, Cameron County, Texas, in which it is now pending to the United States District Court for the Southern District of Texas, Brownsville Division, showing unto the Court as follows:

I.

This cause was commenced in the County Court at Law No. 3, Cameron County, Texas, on June 13, 2001, when Plaintiff's Original Petition was filed. Plaintiff, subsequently, filed a Plaintiff's First Amended Original Petition on July 27, 2001, which set forth federal causes of action. True and correct copies of all process and pleadings in this cause are attached hereto as Exhibit "A".

Plaintiff alleged federal causes of action pursuant to 42 U.S.C. §1983 claiming violations under the fourth and unspecified amendments of the United States Constitution. Plaintiff's First Amended Original Petition was served on Defendant Cameron County on July 31, 2001, which first stated federal causes of action. Therefore, this Petition for Removal is timely filed.

1

CMVPDF - www.fesia.com

II.

This is a civil action in which the Plaintiff alleges that Defendant violated Plaintiff's rights pursuant to 42 U.S.C. §1983. Plaintiff's case is based on allegations that the County through its customs, policies and practices violated her civil rights provided her under State and Federal laws and violated other State and Federal laws for which Plaintiff now sues. These claims by Plaintiff could have been filed in this Federal Court pursuant to 28 U.S.C. Sections 1331 and 1343. Therefore, this Court has jurisdiction over this removal action pursuant to 28 U.S.C., Section 1441(b) since this is a civil action of which the Federal District Courts have original jurisdiction founded on the claim arising out of the Constitution, or laws of the United States and 42 U.S.C. Section 1983.

III.

Defendant Cameron County, hereby, represents to this Court that the Cameron County Clerk and all parties and their counsel are receiving notice and copies of all the pleadings associated with Defendant's Petition for Removal.

WHEREFORE, PREMISES CONSIDERED, Petitioner prays for removal of the above-entitled cause from the County Court at Law No. 3,Cameron County, Texas to this Court.

Signed the 10th day of August, 2001.

Respectfully submitted,
CIVIL LEGAL DEPARTMENT
COMMISSIONERS COURT
964 East Harrison Street
Brownsville, Texas 78520
Telephone: 956/550-1345
Facsimile: 956/550-1348

2

BY: _____
      Richard O. Burst
      Attorney of Record
      Texas State Bar #00785586
      S.D.# 15515

      Dylbia L. Jefferies Vega
      Of Counsel
      Texas State Bar #00786516
      S.D.# 17065

## CERTIFICATE OF SERVICE

I hereby certify that on August 10, 2001, a copy of the foregoing was mailed via certified mail, return receipt requested to Albert Villegas, 1324 E. 7th Street, Brownsville, Texas 78520 and Carla Saenz, 1324 E. Palm Blvd., Brownsville, Texas 78520.

_____
Richard O. Burst

3

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas

AUG 1 0 2001

Michael N. Milby
Clerk of Court

B-01-136

| | | |
|---|---|---|
| JANE DOE A/N/F JUNE DOE, | § | |
| A MINOR | § | |
| | § | Civil Action Number_____ |
| VS. | § | |
| | § | |
| BOYS AND GIRLS CLUB OF | § | |
| BROWNSVILLE INC., AND | § | |
| CAMERON COUNTY | § | |

INDEX OF EXHIBITS

1.   Plaintiff's Original Petition and Citations.

2.   Defendant Boys and Girls Club's Original Answer

3.   Defendant Boys and Girls Club's Demand for Jury Trial

4.   Defendant Cameron County's Original Answer

5.   Plaintiff's First Amended Original Petition

6.   Defendant Boys and Girls Club's Certificate of Written Discovery

7.   Docket Sheet

8.   List of Attorneys

Case 1:01-cv-00136   Document 1   Filed in TXSD on 08/10/2001   Page 6 of 31

# ORIGINAL

### CAUSE NO. 2001-CCL-504-C

FILED FOR RECORD
AT 4:50 O'CLOCK P M

JOE G. RIVERA
LARMEON COUNTY CLERK
By_____ Deputy

| | | |
|---|---|---|
| JANE DOE A/N/F OF | § | IN THE COUNTY COURT |
| JUNE DOE, A MINOR | § | |
| | § | |
| VS. | § | AT LAW NO. |
| | § | |
| BOYS AND GIRLS CLUB OF | § | |
| BROWNSVILLE, INC., AND | § | |
| CAMERON COUNTY | § | CAMERON COUNTY, TEXAS |

---

**DEFENDANT, BOYS AND GIRLS CLUB OF BROWNSVILLE, INC.'S
ORIGINAL ANSWER TO PLAINTIFFS' ORIGINAL PETITION**

---

**TO THE HONORABLE JUDGE OF SAID COURT:**

COMES NOW, **BOYS AND GIRLS CLUB OF BROWNSVILLE, INC.**, one of the

Defendants in the above-styled and numbered cause of action and files this its Original Answer

to Plaintiffs, **JANE DOE A/N/F OF JUNE DOE, A MINOR'S**, Original Petition, as filed in said

cause, and for such Answer, would respectfully show unto the Court the following:

**I.**

Defendant, **BOYS AND GIRLS CLUB OF BROWNSVILLE, INC.**, generally denies

the allegations contained in Plaintiffs' Original Petition, each and every, all and singular, general

and specific, and upon this denial demands a strict trial of the issues before the Court and to the

jury.

**WHEREFORE, PREMISES CONSIDERED**, Defendant, **BOYS AND GIRLS CLUB**

**OF BROWNSVILLE, INC.**, prays that upon final hearing hereof, Plaintiffs, **JANE DOE A/N/F**

**OF JUNE DOE, A MINOR**, recover nothing from this suit; that Defendant, **BOYS AND GIRLS**

**CLUB OF BROWNSVILLE, INC.**, recover costs, expenses and fees; and for such other and

further relief, general and special, both at law and in equity, to which this Defendant may be justly

entitled.

Respectfully submitted,

**GRIFFITH, SAENZ & HILL, L.L.P.**
1325 Palm Blvd., Suite H
Brownsville, TX 78520
(956) 541-2862 Telephone
(956) 541-2864 Facsimile


BY: _____
     CARLA M. SAENZ
     State Bar No. 17514595
     **ATTORNEYS FOR DEFENDANT,**
     **BOYS AND GIRLS CLUB OF BROWNSVILLE, INC.**

# CERTIFICATE OF SERVICE

**I CERTIFY** that a true and correct copy of the above and foregoing document has been

sent on this ___16th___ day of July, 2001, to all counsel of record, to wit:

Mr. Albert Villegas          **VIA CMRRR 7000 1530 0005 5015 1179**
State Bar No. 20585450
**VILLEGAS LAW FIRM**
1324 East 7th Street
Brownsville, TX 78521
(956) 544-3352 Telephone
(956) 544-7828 Facsimile

*Attorneys for Plaintiffs*

_____
CARLA M. SAENZ

C. Rivera, **County Clerk**
Cameron **County, Texas**
Page ___17___ of ___28___

# ORIGINAL

## CAUSE NO. 2001-CCL-504-C

| | | |
|---|---|---|
| JANE DOE A/N/F OF<br>JUNE DOE, A MINOR | §<br>§<br>§ | IN THE COUNTY COURT |
| VS. | §<br>§ | AT LAW NO. 3 |
| BOYS AND GIRLS CLUB OF<br>BROWNSVILLE, INC., AND<br>CAMERON COUNTY | §<br>§<br>§ | CAMERON COUNTY, TEXAS |

---

### DEFENDANT, BOYS AND GIRLS CLUB OF BROWNSVILLE, INC.'S APPLICATION AND DEMAND FOR JURY TRIAL

---

**TO THE HONORABLE JUDGE OF SAID COURT:**

COMES NOW, **BOYS AND GIRLS CLUB OF BROWNSVILLE, INC.**, one of the

Defendants and makes this Application and Demand for a Jury Trial. The Jury Fee of $22.00 is

attached hereto and Defendant requests that this case be placed on the jury docket.

Respectfully submitted,

**GRIFFITH, SAENZ & HILL, L.L.P.**
1325 Palm Blvd., Suite H
Brownsville, TX 78520
(956) 541-2862 Telephone
(956) 541-2864 Facsimile

BY: _Carla M. Saenz_
    CARLA M. SAENZ
    State Bar No. 17514595
    **ATTORNEYS FOR DEFENDANT,**
    **BOYS AND GIRLS CLUB OF BROWNSVILLE, INC.**



A CERTIFIED COPY
Joe G. Rivera, County Clerk
Cameron County, Texas
Page ___ of ___

## CERTIFICATE OF SERVICE

**I CERTIFY** that a true and correct copy of the above and foregoing document has been sent on this _16th_ day of July, 2001, to all counsel of record, to wit:

Mr. Albert Villegas        **VIA CMRRR 7000 1530 0005 5015 1179**
State Bar No. 20585450
**VILLEGAS LAW FIRM**
1324 East 7th Street
Brownsville, TX 78521
(956) 544-3352 Telephone
(956) 544-7828 Facsimile

*Attorneys for Plaintiffs*


_____
CARLA M. SAENZ

Defendant Apex Lloyds Insurance Company's Application & Demand for Jury Trial

CERTIFIED COPY
Joe G. Rivera, County Clerk
Cameron County, Texas
Page _19_ of _28_



NO  2001-CCL-504-C

JANE DOE A/N/F OF JUNE DOE, a minor,    )
         Plaintiff,    )
             )
v    )
             )
BOYS AND GIRLS CLUB OF    )
BROWNSVILLE INC., and    )
CAMERON COUNTY,    )
         Defendants.    )

**FILED FOR RECORD**
AT 11.05 O'CLOCK ____ M
JUL 2 4 2001
JOE G. RIVERA
CAMERON COUNTY CLERK
By _____ Deputy

IN THE COUNTY COURT

AT LAW NO.

CAMERON COUNTY, TEXAS

## CAMERON COUNTY'S ORIGINAL ANSWER

For its answer Cameron County states:

### GENERAL DENIAL

1      County denies each and every material allegation contained in Plaintiff's Original Petition and says that they are not true in whole or in part and demands strict proof thereof on trial of this cause.

### AFFIRMATIVE DEFENSES

County still urging and relying on matters herein before alleged, by way of further answer, if any need there be, allege by way of affirmative defenses the following:

2      Plaintiff cannot recover directly or indirectly from Defendant Cameron County because of the doctrine of sovereign immunity.

3      Plaintiff cannot recover, directly or indirectly form this Defendant because the Texas Tort Claims Act does not allow Plaintiff's claims as pled and such claims do not fall within the purview of the Texas Tort Claims Act, V.T.C.A., C.P & R. Code, Sections 101.001 et. seq.

4.      Plaintiff cannot recover from this Defendant because the Texas Tort Claims Act doe not waive sovereign immunity for intentional torts.  V.T C.A., C.P.& R. Code, Section 101.057.

5      In the alternative, should it be determined that sovereign immunity does not apply to

A CERTIFIED COPY
Joe G. Rivera, County Clerk
Cameron County, Texas
Page 20 of 23

Plaintiff's claims, County would invoke all the defenses under the Texas Tort Claims Act, including but not limited to, the statutory limit on damages, and the bar against exemplary damages.

6      Plaintiff cannot recover under the Texas tort Claims Act for the reason there was no notice alleged or given within six months after the incident giving rise to this claim in accordance with V.T.C.A., C.P.& R. Code, Section 101 101, and there has been no actual notice within six months after the incident giving knowledge to Cameron County of (1) an injury suffered by Plaintiff, (2) Cameron County's fault producing or contributing to such injury, if any, or (3) the identity of the parties involved as required by *Cathey v. Booth,* 900 S.W 2d 339 (Tex. 1995).

7      The principle of respondeat superior or vicarious liability is inapplicable to actions brought against Cameron County unless sovereign immunity has been waived by the Texas Tort Claims Act, and any allegedly improper actions of individual Defendants or others not named cannot be vicariously attributed to Cameron County, Texas.

8      To the extent that Plaintiff suffered any detriment, such was not proximately caused by Cameron County.

9      Plaintiff cannot recover punitive or exemplary damages from County under the causes of action alleged in his Petition.

10    Plaintiff cannot recover because the statute of limitations bar her claim.

11    County reserves the right to file additional affirmative defenses as appropriate.

WHEREFORE, PREMISES CONSIDERED, Defendant Cameron County prays that, upon final trial on the merits, that Plaintiff take nothing by her suit and that County recover all cost incurred herein and have such other and further relief, at law or in equity, to which it may show itself justly entitled.

A CERTIFIED COPY
Joe G. Rivera, County Clerk
Cameron County, Texas
Page 21 of 28

Respectfully submitted,

CIVIL LEGAL DEPARTMENT
COMMISSIONERS COURT
964 East Harrison Street
Brownsville, Texas  78520
Telephone:  (956) 550-1345
Facsimile:  (956) 550-1348

BY: _____
Richard O. Burst
Attorney In Charge
Texas State Bar #00785586

Dylbia L. Jefferies
Of Counsel
Texas State Bar #00786516

## CERTIFICATE OF SERVICE

I, Richard O. Burst do hereby certify that a true and correct copy of the foregoing Answer has been mailed to the following on this 24 day of July, 2001, by certified mail return receipt requested:

Albert Villegas
VILLEGAS LAW FIRM
1324 E. Seventh Street
Brownsville, Texas 78521

Carla Saenz
GRIFFITH SAENZ & HILL, LLP
1325 Palm Blvd.
Brownsville, Texas 78520

_____
Richard O. Burst

A CERTIFIED COPY
Joe G. Rivera, County Clerk
Cameron County, Texas
Page 22 of 28



NO     2001 CCL 504 C

FILED FOR RECORD

JANE DOE A/N/F OF     *
JUNE DOE, A MINOR     *     IN THE COUNTY COURT
    *
VS     *     CAMERON COUNTY, TEXAS
    *
BOYS AND GIRLS CLUB OF     *
BROWNSVILLE INC. AND     *
CAMERON COUNTY     *     AT LAW NO 3

## PLAINTIFF'S FIRST AMENDED ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT;

    COMES NOW, Jane Doe ANF OF June Doe, A MINOR, hereinafter referred to as Plaintiffs, complaining of Boys and Girls Club of Brownsville Inc. [hereinafter referred to as the Club], and Cameron County hereinafter called Defendants , and for cause of action would respectfully show the Court as follows

    This case will proceed under the Level II discovery plan.

I

Plaintiffs are residents of Cameron County, Texas

Defendant Boys and Girls Club of Brownsville Inc. has been served and answered.

Defendant, Cameron County has been served and answered.

II

    Due to the nature of the allegations and threats of retaliation, Plaintiff brings this suit without further identification at this time. Both the defendants were made aware of the allegations herein and with proper.     Upon answer of the parties the Plaintiff will ask the Court to seal all records which may identify the minor plaintiff. Plaintiff brings this suit to recover for personal injuries and damages sustained by the minor Plaintiff when the minor plaintiff was a visitor at the Boys and Girls Club during the summer of 1996 During such time the Club extended an open invitation to the children of the community for a fee. In exchange for such fee, activities were to be provided purportedly under competent adult supervision. Such activities included but were not limited to sporting activities.



A CERTIFIED COPY
Joe G. Rivera, County Clerk
Cameron County, Texas
9 of 28

The club represented to the public that the children of the community would be safe, would be supervised by persons who were competent and properly trained in working with young males and females  Unknown to the public, including the plaintiffs the club and the County had an agreement whereas persons with a criminal background would act as "chaperones" and be placed to work and watch the youth visiting and using the Club facilities. Such "chaperones" would care for and intermingle with the youth. The Club nor the County advised the parents or children of the background of these "chaperones" or that their children would be left alone with these "chaperones". Defendant Club represented to the public and plaintiffs that the club was a safe place for the children and that such persons working on the premises were properly supervised and trained in working with children, both male and female. Unknown to the plaintiffs this was not the case.

III.

During the summer of 1996, the County placed persons who had been charged with criminal activity to work at the Club as part of their sentence. No background check was made to determine the competency or potential danger to the children by the County or the Club. The County negligently placed persons with criminal backgrounds to care for and supervise the minor children including Plaintiff.  These probationers were unsupervised during this time. During such supervision, the Plaintiff was sexually assaulted on a number of times. Fearful of her safety after being threatened with her life if she spoke out she did not immediately tell anyone  Such assaults continued on more than one child  The defendants were negligent in not determining the competency of the persons placed in such close proximity to the minor children.

IV

At the time and on the occasion in question, Defendants were  negligent in various acts and omissions including but not limited to the  following which  negligence was a proximate cause of the occurrence in question.

1) In failing to properly supervise the children;
2) In failing to properly supervise the employees or agents caring for the children;
3) In failing to warn the public of the type of people working at the Club;
4) In failing to properly train its employees.

A CERTIFIED COPY
Joe G. Rivera, County Clerk
Cameron County, Texas
Page __10__ of __28__



V

As a result of the negligence and misrepresentations of the defendants, the minor Plaintiff suffered   personal injuries and  has experienced severe physical  pain and mental anguish and will, in reasonable probability, continue to  do so in the future  by reason of the nature and severity of Plaintiff's injuries.  Plaintiff has been caused to incur  medical charges, psychiatric and psychological expenses in the past and will continue to do so in  the future for which she comes now and sues.

VI

Further without waiving the foregoing, Plaintiffs claim that the County through its customs, policies and practices violated her civil rights provided her under State and Federal laws and violated other state and Federal laws for which she comes now and sues.

WHEREFORE, Plaintiff Prays that the Defendants be duly cited to  appear and answer herein, that upon a final trial of this cause,  Plaintiff recover:

1) Judgment against Defendants in an amount within the jurisdictional limits of this Court;

2) Interest on said judgment at the legal  rate from the date of accident;

3) Costs of Court;

4) Such other and further relief to which   Plaintiff may be entitled.

Respectfully Submitted,

VILLEGAS LAW FIRM
BY. ALBERT VILLEGAS
1324 EAST SEVENTH STREET
BROWNSVILLE, TEXAS 78521
TELEPHONE: (956) 544-3352
TELECOPIER. (956) 544-7828
STATE BAR NO. 20585450

A CERTIFIED COPY
Joe G. Rivera, County Clerk
11    28

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been sent to counsel of record on this the 27TH day of JULY, 2001 via regular mail.

_____

ALBERT VILLEGAS

**A CERTIFIED COPY**
Joe G. Rivera, County Clerk
Cameron County, Texas



CAUSE NO. 2001-CCL-504-C

FILED FOR RECORD
AT_____ O'CLOCK _____M

AUG 1  2001

JOE G. RIVERA
CAMERON COUNTY CLERK
By_____ Deputy

| | | |
|---|---|---|
| JANE DOE A/N/F OF | § | IN THE COUNTY COURT |
| JUNE DOE, A MINOR | § | |
| | § | |
| VS. | § | AT LAW NO. 3 |
| | § | |
| BOYS AND GIRLS CLUB OF | § | |
| BROWNSVILLE, INC., AND | § | |
| CAMERON COUNTY | § | CAMERON COUNTY, TEXAS |

---

**DEFENDANT BOYS AND GIRLS CLUB OF BROWNSVILLE, INC.'S
CERTIFICATE OF WRITTEN DISCOVERY**

---

TO:   JANE DOE AS NEXT FRIEND OF JUNE DOE, Plaintiffs, by and through their
attorney of record, to wit:

Mr. Albert Villegas
**VILLEGAS LAW FIRM**
1324 East 7th Street
Brownsville, TX 78521

COMES NOW, DEFENDANT BOYS AND GIRLS CLUB OF BROWNSVILLE, INC.,

and hereby certifies that the following written discovery was served on the party indicated below on

August 1, 2001.

1.   **DEFENDANT BOYS AND GIRLS CLUB OF BROWNSVILLE, INC.'S FIRST
SET OF INTERROGATORIES AND REQUEST FOR PRODUCTION TO
PLAINTIFF JANE DOE, INDIVIDUALLY; AND**

2.   **DEFENDANT BOYS AND GIRLS CLUB OF BROWNSVILLE, INC.'S FIRST
SET OF INTERROGATORIES AND REQUEST FOR PRODUCTION TO
PLAINTIFF JANE DOE AS NEXT FRIEND OF JUNE DOE, A MINOR; AND**

3.   **DEFENDANT BOYS AND GIRLS CLUB OF BROWNSVILLE, INC.'S
REQUESTS FOR DISCLOSURE TO PLAINTIFFS JANE DOE,
INDIVIDUALLY AND AS NEXT FRIEND OF JUNE DOE, A MINOR**

CERTIFIED COPY
Joe G. Rivera, County Clerk
Cameron County, Texas
Page _____ of _____

DEFENDANT'S CERTIFICATE OF WRITTEN DISCOVERY

Respectfully submitted.

**GRIFFITH, SAENZ & HILL, L.L.P.**
1325 Palm Blvd., Suite H
Brownsville. TX 78520
(956) 541-2862 Telephone
(956) 541-2864 Facsimile

BY:
    CARLA M. SAENZ
    State Bar No. 17514595
    **ATTORNEYS FOR DEFENDANT,**
    **BOYS AND GIRLS CLUB OF BROWNSVILLE**

DEFENDANT S CERTIFICATE OF WRITTEN DISCOVERY



CERTIFIED COPY
Joe G. Rivera, County Clerk
Cameron County, Texas
Page 26 of 28

## CERTIFICATE OF SERVICE

I, Carla M. Saenz, do hereby certify that a true and correct copy of the above and foregoing document has been sent, via certified mail, return receipt requested, on this _1st_ day of August, 2001, to all counsel of record, to wit:

Mr. Albert Villegas                          **VIA CMRRR 7000 0520 0024 6464 4293**
**VILLEGAS LAW FIRM**
1324 East 7th Street
Brownsville, TX 78521

**ATTORNEYS FOR PLAINTIFF**

_____
CARLA M. SAENZ



A CERTIFIED COPY
Joe G. Rivera, County Clerk
Cameron County, Texas
Page _____ of _____

DEFENDANT'S CERTIFICATE OF WRITTEN DISCOVERY

ORIGINAL

Citation for Personal Service   - GENERAL          Lit. Seq. # 5.004.01

No. 2001-CCL-00504-C

T H E   S T A T E   O F   T E X A S

NOTICE TO DEFENDANT:  "You have been sued.  You may employ an attorney.  If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 A.M. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you."

**FILED FOR RECORD**

AT_____ O'CLOCK _____M

TO: CAMERON COUNTY
    BY SERVING THE COUNTY JUDGE, HON. GILBERT HINOJOSA
    ADMINISTRATION BUILDING OF CAMERON COUNTY
    965 E. HARRISON
    BROWNSVILLE, TEXAS 78522

JOE G. RIVERA
CAMERON COUNTY CLERK
By_____ Deputy

the            DEFENDANT          , GREETING:

You are commanded to appear by filing a written answer to the Plaintiff's
                    ORIGINAL PETITION

at or before 10:00 o'clock A.M. of the Monday next after the expiration of 20 days after the date of service of this citation before the Honorable County Court At Law No. 3 of Cameron County at the Court House of said county in Brownsville, Texas.

Said Plaintiff's Petition was filed in said court, by
    HON. ALBERT VILLEGAS        (Attorney for Plaintiff or Plaintiff), whose address is 1324 E. 7TH STREET BROWNSVILLE TX  78520 on the 13th day of   JUNE   , A.D. 2001, in this case numbered 2001-CCL-00504-C on the docket of said court, and styled,

        JANE DOE A/N/F OF JUNE DOE, A MINOR
                        vs.
    BOYS AND GIRLS CLUB OF BROWNSVILLE INC. ET AL

The nature of Plaintiff's demand is fully shown by a true and correct copy of Plaintiff's              ORIGINAL PETITION

accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at Brownsville, Texas, this the 27th day of   JUNE   , A.D. 2001.

[County Court Cameron County, Texas Seal]

JOE G. RIVERA          , County Clerk
Cameron County
974 E. Harrison St.
(P.O. Box 2178)
Brownsville, Texas 78522-2178

By: _Lucila Cardenas_          , Deputy
    LUCILA CARDENAS

R E T U R N   O F   O F F I C E R

Came to hand the 28th day of June 2001, at 12:30 o'clock P.M., and executed (not executed) on the 3rd day of July 2001, by delivering to Gilbert Hinojosa in person a true copy of this Citation, upon which I endorsed the date of delivery, together with the accompanying copy of the Original Petition _____.

Cause of failure to execute this citation is: _____.

FEES serving 1 copy

Total....... $_____          Sheriff/Constable _____ County, Texas

Fees paid by: _____          By _____, Deputy

C.P.

Citation for Personal Service  – GENERAL                    Lit. Seq. # 5.003.01

No. 2001-CCL-00504-C                                         807          A.

T H E   S T A T E   O F   T E X A S

NOTICE TO DEFENDANT:  "You have been sued.  You may employ an attorney.  If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 A.M. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you."

TO: BOYS AND GIRLS CLUB OF BROWNSVILLE INC.
    BY SERVING AGENT (CARLOS BARRERA)
    745 E. ST. CHARLES
    BROWNSVILLE, TEXAS 78520

the _____ DEFENDANT _____ , GREETING:

You are commanded to appear by filing a written answer to the Plaintiff's
ORIGINAL PETITION

at or before 10:00 o'clock A.M. of the Monday next after the expiration of 20 days after the date of service of this citation before the Honorable County Court At Law No. 3 of Cameron County at the Court House of said county in Brownsville, Texas.

Said Plaintiff's Petition was filed in said court, by
HON. ALBERT VILLEGAS            (Attorney for Plaintiff or Plaintiff),
whose address is 1324 E. 7TH STREET BROWNSVILLE TX  78520
on the 13th day of    JUNE   , A.D. 2001, in this case numbered 2001-CCL-00504-C
on the docket of said court, and styled,

JANE DOE A/N/F OF JUNE DOE, A MINOR
vs.
BOYS AND GIRLS CLUB OF BROWNSVILLE INC. ET AL

The nature of Plaintiff's demand is fully shown by a true and correct copy of Plaintiff's _____ ORIGINAL PETITION _____

accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Witness and given under my hand and seal of said Court at Brownsville, Texas, this 27th day of   JUNE   , A.D. 2001.

JOE G. RIVERA          , County Clerk
Cameron County
974 E. Harrison St.
(P.O. Box 2178)
Brownsville, Texas 78522-2178

By: _Lucila Cardenas_ , Deputy
        LUCILA CARDENAS

R E T U R N   O F   O F F I C E R

Came to hand the 28th day of June 2001, at 12:30 o'clock P.M., and executed (not executed) on the 3rd day of July 2001, by delivering to Boys & Girls Club of Bro. By Servig Carlos Barrera in person a true copy of this citation, upon which I endorsed the date of delivery, together with the accompanying copy of the _____
Original Petition

Cause of failure to execute this citation is: _____ .

FEES serving 1 copy
Total....... $ 45.00        Sheriff/Constable _Cam____ County, Texas

Fees paid by:__ATT/__        By _Linda M. Salaza_ Deputy

C.B.



NO 2001-CCL-504-C

FILED FOR RECORD
_9:45_ O'CLOCK _____M
JUN 1 8 2001
CAMERON COUNTY CLERK
_____ Deputy

| | | |
|---|---|---|
| JANE DOE  A/N/F OF | * | |
| JUNE DOE, A MINOR | * | IN THE COUNTY COURT |
| | * | |
| VS | * | CAMERON COUNTY, TEXAS |
| | * | |
| BOYS AND GIRLS CLUB OF | * | |
| BROWNSVILLE INC. AND | * | |
| CAMERON COUNTY | * | AT LAW NO ____ |

## PLAINTIFF'S ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT,

COMES  NOW, Jane Doe ANF OF June Doe, A MINOR, hereinafter referred to as Plaintiffs, complaining of Boys and Girls Club of Brownsville Inc. [hereinafter referred to as the Club], and Cameron County hereinafter called Defendants , and for cause of action would  respectfully show the Court as follows:

This case will proceed under the Level II discovery plan.

I

Plaintiffs are residents of Cameron County, Texas

Defendant Boys and Girls Club of Brownsville Inc  is a corporation authorized to do business in the State of Texas and may be served with process by serving its agent for service of process, Carlos Barrera at 745 E. St Charles, Brownsville, Texas 78520.

Defendant, Cameron County is a subdivision of the State of Texas and may be served with process by serving the County Judge, Hon. Gilberto Hinojosa at the Administration Building of Cameron County at 965 E. Harrison, Brownsville, Texas.

II

Due to the nature of the allegations and threats of retaliation, Plaintiff brings this suit without further identification at this time  Both the defendants were made aware of the allegations herein and with proper.   Upon answer of the parties the Plaintiff will ask the Court to seal all records which may identify the minor plaintiff  Plaintiff brings  this suit to recover for personal injuries and damages



A CERTIFIED COPY
Joe G. Rivera, County Clerk
Cameron County, Texas
Page ___3___ of _28_

2001-CCL-0504C

sustained by the minor Plaintiff when the minor plaintiff was a visitor at the Boys and Girls Club during the summer of 1996. During such time the Club extended an open invitation to the children of the community for a fee. In exchange for such fee, activities were to be provided purportedly under competent adult supervision. Such activities included but were not limited to sporting activities. The club represented to the public that the children of the community would be safe, would be supervised by persons who were competent and properly trained in working with young males and females. Unknown to the public, including the plaintiffs the club and the County had an agreement whereas persons with a criminal background would act as "chaperones" and be placed to work and watch the youth visiting and using the Club facilities. Such "chaperones" would care for and intermingle with the youth. The Club nor the County advised the parents or children of the background of these "chaperones" or that their children would be left alone with these "chaperones". Defendant Club represented to the public and plaintiffs that the club was a safe place for the children and that such persons working on the premises were properly supervised and trained in working with children, both male and female. Unknown to the plaintiffs this was not the case.

III.

During the summer of 1996, the County placed persons who had been charged with criminal activity to work at the Club as part of their sentence. No background check was made to determine the competency or potential danger to the children by the County or the Club. The County negligently placed persons with criminal backgrounds to care for and supervise the minor children including Plaintiff. These probationers were unsupervised during this time. During such supervision, the Plaintiff was sexually assaulted on a number of times. Fearful of her safety after being threatened with her life if she spoke out she did not immediately tell anyone. Such assaults continued on more than one child. The defendants were negligent in not determining the competency of the persons placed in such close proximity to the minor children.

IV

At the time and on the occasion in question, Defendants were negligent in various acts and

A CERTIFIED COPY
Joe G. Rivera, County Clerk
Cameron County, Texas
` ... 9 _ of . 28 .



omissions including but not limited to the following which negligence was a proximate cause of the occurrence in question.

1) In failing to properly supervise the children;

2) In failing to properly supervise the employees or agents caring for the children;

3) In failing to warn the public of the type of people working at the Club;

4) In failing to properly train its employees.

V.

As a result of the negligence and misrepresentations of the defendants, the minor Plaintiff suffered personal injuries and has experienced severe physical pain and mental anguish and will, in reasonable probability, continue to do so in the future by reason of the nature and severity of Plaintiff's injuries. Plaintiff has been caused to incur medical charges, psychiatric and psychological expenses in the past and will continue to do so in the future for which she comes now and sues.

WHEREFORE, Plaintiff Prays that the Defendants be duly cited to appear and answer herein, that upon a final trial of this cause, Plaintiff recover:

1) Judgment against Defendants in an amount within the jurisdictional limits of this Court;

2) Interest on said judgment at the legal rate from the date of accident;

3) Costs of Court;

4) Such other and further relief to which Plaintiff may be entitled.

Respectfully Submitted,

VILLEGAS LAW FIRM
BY. ALBERT VILLEGAS
1324 EAST SEVENTH STREET
BROWNSVILLE, TEXAS 78521
TELEPHONE: (956) 544-3352
TELECOPIER: (956) 544-7828
STATE BAR NO. 20585450

16601

A CERTIFIED COPY
Joe G. Rivera, County Clerk
Cameron County, Texas
Page __5__ of __13__



# CIVIL DOCKET

PAGE: 01

CASE NO. 2001-CCL-00504-C

| DATE OF FILING | | |
|---|---|---|
| MONTH | DAY | YEAR |
| 06 | 13 | 01 |

\* CLERK'S ENTRIES \*

\* ATTORNEYS

\* KIND OF ACTION \*

(00016601) HON. ALBERT VILLEGAS

(02)

SUIT ON DAMAGES (PERSONAL)

JURY FEE $

PAID BY

DOE, A MINOR

NSVILLE INC. ET AL

COURT'S DOCKETS

\* PAPERS FILED - (CLERK'S FILE DOCKET)

06/13/01 ORIGINAL PETITION FILED

State of Texas
County of Cameron
    I, Joe G. Rivera, County Clerk of
Cameron County Texas do certify
that the foregoing is a true and correct
copy of the original record now on file
and/or recorded by me in the _____
_____ Records
August 10 2001
Date
JOE G. RIVERA, COUNTY CLERK
Cameron County, Texas
by _____, Deputy

...TIFIED COPY
...vera, County Clerk
... County, Texas
__ of __

Case 1:01-cv-00136   Document 1   Filed in TXSD on 08/10/2001   Page 27 of 31

```
*   *   *   C L E R K ' S   E N T R I E S   *   *   *

                                                            (02)           06        13        01

                                                            SUIT ON DAMAGES (PERSONAL)

DOE, A MINOR                    (00016601) HON. ALBERT VILLEGAS

                                                                                    22.00

                                                                          GRIFFITH,
                                                                     SAENZ & HILL LLP

NSVILLE INC. ET AL             (00412902) CARLA M. SAENZ
```

| | |
|---|---|
| 06/13/01 | ORIGINAL PETITION FILED |
| 06/27/01 | CITATION: BOYS AND GIRLS CLUB OF BROWNSVILLE INC. |
| 06/27/01 | SERVED: 07/03/01    FILED: 07/06/01 |
| 06/27/01 | CITATION: CAMERON COUNTY |
| 06/27/01 | SERVED: 07/03/01    FILED: 07/06/01 |
| 06/27/01 | CITATION READY TO BE P/UP BY LINDA SALAZAR                                 LC |
| 06/27/01 | FILE IS AT LUCY'S DESK NOT TO BE FILED                                     LC |
| 07/16/01 | ORIGINAL ANSWER: BOYS AND GIRLS CLUB OF BROWNSVILLE INC. |
| 07/16/01 | DEFENDANT BOYS AND GIRLS CLUB OF BROWNSVILLE, INC'S APPLICATION AND DEMAND FOR JURY TRIAL                     AD |
| 07/16/01 | JURY FEE: Pd. by CARLA M. SAENZ |
| 07/16/01 | ORIGINAL ANSWER: CAMERON COUNTY |
| 07/24/01 | PLAINTIFF'S FIRST AMENDED ORIGINAL PETITION                               AD |
| 07/27/01 | DEFENDANT BOYS AND GIRLS CLUB OF BROWNSVILLE, INC.'S CERTIFICATE OF WRITTEN DISCOVERY                     AD |
| 08/03/01 | |
| 08/03/01 | |

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JANE DOE A/N/F JUNE DOE,<br>A MINOR | §<br>§<br>§ | |
| VS. | §<br>§ | Civil Action Number_____ |
| BOYS AND GIRLS CLUB OF<br>BROWNSVILLE INC., AND<br>CAMERON COUNTY | §<br>§<br>§ | |

## LIST OF ATTORNEYS

1.  Plaintiff's Attorney:
    Albert Villegas
    Villegas Law Firm
    1324 E. 7th Street
    Brownsville, Texas 78520

2.  Defendant Cameron County's Attorney:
    Richard O. Burst
    964 E. Harrison Street
    Brownsville, Texas 78520

3.  Of Counsel for Defendant Cameron County:
    Dylbia L. Jefferies Vega
    964 E. Harrison Street
    Brownsville, Texas 78520

4.  Defendant Boys and Girls Club of Brownsville Inc.:
    Carla Saenz
    Griffith, Saenz & Hill
    1324 E. Palm Blvd.
    Brownsville, Texas 78520

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 1 0 2001

Michael N. Milby
Clerk of Court

| | |
|---|---|
| JANE DOE A/N/F JUNE DOE, | § |
| A MINOR | § |
| | § |
| VS. | § |
| | § |
| BOYS AND GIRLS CLUB OF | § |
| BROWNSVILLE INC., AND | § |
| CAMERON COUNTY | § |

Civil Action Number_____

B - 01 - 136

NOTICE TO THE PLAINTIFF OF FILING OF
PETITION FOR REMOVAL

TO:     Jane Doe A/N/F of June Doe, Plaintiff by and through her attorney of record

Albert Villegas
1324 E. 7th Street
Brownsville, Texas 78520

Pursuant to Title 28 U.S.C., Section 1446(b), as amended, you are notified that on the 10th

day of August, 2001, in the above entitled and numbered cause (being Cause Number 2001-CCL-

504-C in the County Court at Law No. 3, Cameron County, Texas) DEFENDANT, CAMERON

COUNTY filed its verified Petition for Removal in the United States District Court for the Southern

District of Texas, Brownsville Division.  Copies of such Petition and other papers so filed are

enclosed herewith.

Signed the 10th day of August, 2001.

Respectfully submitted,

CIVIL LEGAL DEPARTMENT
COMMISSIONERS COURT
964 East Harrison Street
Brownsville, Texas  78520
Telephone:  210/550-1345

Facsimile: 210/550-1348

BY: _____

Richard O. Burst
Attorney of Record
Texas State Bar #00785586

Dylbia L. Jefferies
Of Counsel
Texas State Bar #00786516

## CERTIFICATE OF SERVICE

I hereby certify that on August 10, 2001, a copy of the foregoing was mailed via certified mail, return receipt requested to Albert Villegas, 1324 E. 7th Street, Brownsville, Texas 78520 and Carla Saenz, 1324 E. Palm Blvd., Brownsville, Texas 78520.

Richard O. Burst

United States District Court
Southern District of Texas
FILED

AUG 1 0 2001

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JANE DOE A/N/F JUNE DOE, | § | |
| A MINOR | § | |
| | § | **B - 01 - 136** |
| VS. | § | Civil Action Number_____ |
| | § | |
| BOYS AND GIRLS CLUB OF | § | |
| BROWNSVILLE INC., AND | § | |
| CAMERON COUNTY | § | |

## NOTICE TO THE COUNTY CLERK OF FILING
## OF PETITION FOR REMOVAL

TO:   Honorable Joe G. Rivera, County Clerk
      974 E. Harrison Street
      Judicial Building, Second Floor
      Brownsville, Texas 78520

You will please take notice that Cameron County, has filed in the United States District Court for the Southern District of Texas, Brownsville Division, a Petition for Removal of the cause styled Jane Doe A/N/F of June Doe, A Minor Vs. Boys and Girls Club of Brownsville Inc. and Cameron County, originally filed in the County Court At Law No. 3, Cause Number 2001-CCL-504-C, and that a true and correct copy of said Petition for Removal is being filed with the Clerk of the County Court at Law No. 3, to thereby effect a removal to said United States District Court for the Southern District of Texas, Brownsville Division, and that the State Court shall proceed no further, unless the cause is remanded. Copies of said Petition for Removal are attached to this notice.

Witness signature of Defendant through its attorney of record, on this the 10th day of August, 2001.