

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 3 0 2001

Michael N. Milby
Clerk of Court

| | |
|---|---|
| JANE DOE A/N/F OF § | |
| JUNE DOE § | |
| § | |
| VS. § | CIVIL ACTION NO. B-01-136 |
| § | |
| BOYS & GIRLS CLUB OF § | |
| BORNWSVILLE, INC. AND § | |
| CAMERON COUNTY § | |

# DEFENDANT BOYS & GIRLS CLUB OF BROWNSVILLE INC.'S, DISCLOSURE OF INTERESTED PARTIES

TO THE HONORABLE JUDGE OF SAID COURT:

**COMES NOW, BOYS & GIRLS CLUB OF BROWNSVILLE,** one of the Defendants in the above-styled and numbered cause and file this its Disclosure of Interested Parties, and in support hereof would show this Honorable Court as follows:

Plaintiffs:

JANE DOE
JUNE DOE, a Minor
Address Unknown
Telephone No. Unknown


Plaintiff's Counsel:

Mr. Albert Villegas
**Villegas Law Firms**
1324 E. Seventh Street
Brownsville, TX 78521
(956) 544-3352

**DEFENDANT:**

Boys & Girls Club of Brownsville, Inc.
Ron Bennett, Director
964 E. Harrison
Brownsville, TX 78520
(956)546-4254


**DEFENDANT BOYS & GIRLS CLUB OF BROWNSVILLE, INC.'S COUNSEL:**

Carla M. Saenz
**Griffith, Saenz, & Hill, L.L.P.**
1325 Palm Blvd., Suite H
Brownsville, TX 78520
(956) 541-2862


**DEFENDANT:**

Cameron County
Gilberto Hinojosa, County Judge
965 E. Harrison
Brownsville, TX 78520
Telephone No. Unknown


**DEFENDANT CAMERON COUNTY'S COUNSEL:**

Mr. Richard O. Burst
**Civil Legal Department**
**Commisioners Court**
964 E. Harrison Street
Brownsville, TX 78520

Defendant agrees to amend this Disclosure of Interested Parties upon further discovery.

Respectfully Submitted this the 30th day of August, 2001:

Carla M. Saenz
**GRIFFITH, SAENZ & HILL, L.L.P.**
1325 Palm Blvd., Suite H
Brownsville, TX 78520
(956) 541-2862
(956) 541-2864 fax

BY: _____
    CARLA M. SAENZ
    Texas Bar No. 17514595
    Federal Id. No. 7994
    **ATTORNEY FOR DEFENDANT,**
    **BOYS & GIRLS CLUB OF BROWNSVILLE, INC.**

## CERTIFICATE OF SERVICE

**I CERTIFY** that a true and correct copy of the above and foregoing document has been sent on this 30th day of August, 2001, to all counsel of record, to wit:

Mr. Albert Villegas  **VIA CMRRR 7000 0520 0024 6464 3050**
State Bar No. 20585450
**VILLEGAS LAW FIRM**
1324 East 7th Street
Brownsville, TX 78521

*Attorney for Plaintiffs*

Mr. Richard O. Burst  **Via Regular Mail**
**Civil Legal Department**
**Commisioners Court**
964 E. Harrison Street
Brownsville, TX 78520

*Attorneys for Co-Defendant,*
*Cameron County*

_____
CARLA M. SAENZ