5

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 0 7 2001

Michael N. Milby
Clerk of Court

| | |
|---|---|
| JANE DOE A/N/F OF JUNE DOE, a minor, Plaintiff, | ) ) ) ) |
| v. | ) ) ) |
| BOYS AND GIRLS CLUB OF BROWNSVILLE INC., and CAMERON COUNTY, Defendants. | ) ) ) ) ) |

CIVIL ACTION NO. B-01-136

## CAMERON COUNTY'S DISCLOSURE OF INTERESTED PARTIES

Cameron County files this its list of interested parties:

Plaintiffs:  Jane Doe
             June Doe, a minor
             address unknown
             telephone unknown

Plaintiff's   Mr. Albert Villegas
Attorney:     Villegas Law Firm
              1324 E. Seventh Street
              Brownsville, Texas 78520
              (956) 544 3352

Defendant:   Boys & Girls Club of Brownsville, Inc.
             Ron Bennett, Director
             1338 E. 8th Street
             Brownsville, Texas 78520
             (956) 546 4254

Club's       Carla M. Saenz
Attorney:    Griffith, Saenz, & Hill, L.L.P.
             1325 Palm Blvd., Suite H
             Brownsville, Texas 78520

Defendant:   Cameron County, Texas
             Gilberto Hinojosa, County Judge
             964 E. Harrison

|  |  |
|---|---|
|  | Brownsville, Texas 78520 |
|  | (956) 550 0830 |
| County's Attorney: | Richard O. Burst |
|  | 964 E. Harrison St. |
|  | Brownsville, Texas 78520 |
|  | (956) 550 1345 |

Respectfully submitted,

CIVIL LEGAL DEPARTMENT
COMMISSIONERS COURT
964 East Harrison Street
Brownsville, Texas 78520
Telephone: (956) 550-1345
Facsimile: (956) 550-1348

BY: _____
Richard O. Burst
Attorney In Charge
Texas State Bar #00785586

Dylbia L. Jefferies
Of Counsel
Texas State Bar #00786516

### CERTIFICATE OF SERVICE

I, Richard O. Burst do hereby certify that a true and correct copy of the foregoing Certificate of Interested Parties has been mailed to the following on this 6th day of September, 2001, by certified mail return receipt requested:

Albert Villegas
VILLEGAS LAW FIRM
1324 E. Seventh Street
Brownsville, Texas 78521

Carla Saenz
GRIFFITH SAENZ & HILL, LLP
1325 Palm Blvd.
Brownsville, Texas 78520

_____
Richard O. Burst