

**COPY**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 1 1 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JANE DOE ANF OF JUNE DOE, MINOR | § § § | |
| vs | § | C.A. NO. B01 136 |
| BOYS AND GIRLS CLUB OF BROWNSVILLE INC. AND CAMERON COUNTY | § § § | |

### PLAINTIFFS' CERTIFICATE OF DISCLOSURE OF INTERESTED PARTIES

TO THE HONORABLE JUDGE OF SAID COURT:

    Comes now PLAINTIFFS herein and file this his Certificate of Disclosure of Interested Parties in the outcome of this litigation as follows:

1.   Plaintiff
     JANE DOE AND JUNE DOE, MINOR

2.   Plaintiff's Counsel
     Albert Villegas
     VILLEGAS LAW FIRM
     1324 East Seventh
     Brownsville Texas 78520

3.   Defendant
     Cameron County

4.   Defendant's Counsel
     Richard Burst
     Civil Legal Department
     Cameron County Commissioners Court
     964 E. Harrison
     Brownsville Texas 78520

5.   Defendant
     Boys and Girls Club of Brownsville Inc.

6.  Defendant Mendoza's Counsel
    Carla Saenz
    Griffith Saenz & Hill
    1324 E. Palm Blvd
    Brownsville Texas 78520

Signed on this the 10th day of October, 2001.

Respectfully Submitted,

_____
VILLEGAS LAW FIRM
BY: ALBERT VILLEGAS
1324 EAST SEVENTH STREET
BROWNSVILLE, TEXAS 78520
TELEPHONE:  (956) 544-3352
TELECOPIER: (956) 544-7828
STATE BAR NO: 20585450
FEDERAL ID NO 3903
ATTORNEY FOR PLAINTIFFS

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been sent to the counsel of record on this the 10TH day of October 2001 via regular mail.

_____
ALBERT VILLEGAS