**COPY**

United States District Court
Southern District of Texas
FILED

OCT 1 1 2001

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JANE DOE ANF OF JUNE DOE, MINOR | § § § | |
| vs | § § | C.A. NO. B01 136 |
| BOYS AND GIRLS CLUB OF BROWNSVILLE INC. AND CAMERON COUNTY | § § | |

### PLAINTIFFS INITIAL DISCLOSURE TO DEFENDANTS UNDER FEDERAL RULE OF CIVIL PROCEDURE 26 (a)

TO: Richard Burst
Civil Legal Department
Cameron County Commissioners Court
964 E. Harrison
Brownsville Texas 78520

Carla Saenz
Griffith Saenz & Hill
1324 E. Palm Blvd
Brownsville Texas 78520

     Now Comes Plaintiffs who file this their initial disclosure pursuant to Rule 26 (a) of the Federal Rules of Civil Procedure and would show the following:

## RULE 26 (a) DISCLOSURES

A. Persons Plaintiffs may use to support its claims.
   Jane Doe
   June Doe, minor
   Cameron County Probation employees
   Boys and Girls Club of Brownsville Inc. Employees
   Medical and psychological health providers who treated Plaintiff

B.  Documents
   1. Police investigation reports
   2. Court policies, practices, procedures and criminal records of Probation Department
   3. Medical Records of Plaintiffs
   4. Trial and court file of person who assaulted defendants
   5. Court records for criminal charges of person who assaulted Plaintiff
   6. Videotapes and photographs of area and scene

C. Computation of damages [subject to supplementation and amendment]

   Personal injuries:     $500,000.00
   loss of income         $200,000.00
   punitive damages       $1,000,000.00

D. Insurance Agreement

   Not applicable.

Respectfully Submitted,

_____
VILLEGAS LAW FIRM
BY: ALBERT VILLEGAS
1324 EAST SEVENTH STREET
BROWNSVILLE, TEXAS 78520
TELEPHONE: (956) 544-3352
TELECOPIER: (956) 544-7828
STATE BAR NO: 20585450
FEDERAL ID NO 3903
ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been sent to counsel of record on this the 10th day of October, 2001 via regular mail.

_____
ALBERT VILLEGAS