

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JANE DOE ANF OF JUNE DOE, MINOR | § § § | |
| vs | § § | C.A. NO. B01 136 |
| BOYS AND GIRLS CLUB OF BROWNSVILLE INC. AND CAMERON COUNTY | § § | |

## JOINT DISCOVERY/CASE MANAGEMENT PLAN
## UNDER RULE 26(f)
## FEDERAL RULES OF CIVIL PROCEDURE

1.  State where and when the meeting of the parties required by Rule 26(f) was held, and identify the counsel who attended for each party.

    ANSWER: Albert Villegas, attorney for Plaintiff conferred with Carla Saenz attorney for Defendant Boys and Girls Club of Brownsville Inc. and Richard Burst attorney for County of Cameron on October 15, 2001.

2.  List the cases related to this one that are pending in any state or federal court with the case number and court.

    ANSWER: None.

3.  Specify the allegation of federal jurisdiction.

    ANSWER: 28 U.S.C. §1331 and §1343

4.  Name the parties who disagree and the reasons.

    ANSWER: none

5.  List anticipated additional parties that should be included, when they can be added, and by whom they were wanted.

    ANSWER: State of Texas will be added in the next thirty days by plaintiff

6. List anticipated interventions.

   ANSWER: None at this time.

7. Describe class-action issues.

   ANSWER: None.

8. State whether each party represents that it has made the initial disclosures required by Rule 26(a). If not, describe the arrangements that have been made to complete the disclosures.

   ANSWER: All Parties will file Initial disclosures by November 15, 2001.

9. Describe the proposed agreed discovery plan, including:

A.
   ANSWER: Discovery will be needed on the following subjects;
   1. Whether the defendants are entitled to qualified and or sovereign immunity;
   2, Whether qualified and/or sovereign immunity extends to defendant Boys and Girls Club Inc. vis a vis Cameron County;
   3. Whether defendants had notice of prior similar acts of alleged assailant;
   4 Whether the alleged assailant was employee of Boys and Girls Club Inc at the time of the alleged incident;
   5. Whether the alleged assailant was in the course and scope of his employment with the Defendant Boys and Girls Club of Brownsville, Inc.;
   6. Whether the alleged incident actually occurred;
   7. Alleged damages of minor victim; and
   8. Whether defendant Cameron County is proper party.

B. When and to whom the plaintiff anticipates it may send interrogatories.

   ANSWER: To all Defendants by December 15, 2001.

C. When and to whom the defendant anticipates it may send interrogatories.

   ANSWER: Defendant Cameron County will send interrogatories to Plaintiff and codefendants by January 15, 2002.
   Defendant Boys and Girls Club of Brownsville Inc. will send interrogatories to Plaintiff and co defendants by December 15, 2001.

D. Of whom and by when the plaintiff anticipates taking oral depositions.

   ANSWER: Of all Defendants' witnesses or persons with knowledge of relevant facts by April 15, 2002.

E. Of whom and by when the defendants anticipates taking oral depositions.

   ANSWER: Defendants anticipate completion of oral depositions of Plaintiff and or persons with relevant knowledge by May 30, 2002;

F. When the plaintiff (or the party with the burden of proof of an issue) will be able to designate experts and provide the reports required by Rule 26(a)(2)(B), and when the opposing party will be able to designate responsive experts and provide their reports.

   ANSWER: Plaintiff anticipates designating experts and providing expert reports by June 30, 2002; Defendants by August 30, 2002.

G. List expert depositions the plaintiff (or the party with the burden of proof of an issue) anticipates taking and their anticipated completion date. See Rule 26(a)(2)(B) (expert report).

   ANSWER: Of Defendants' experts by November 30, 2002.

H. List expert depositions the opposing counsel anticipates taking and their anticipated completion date. See Rule 26(a)(2)(B) (expert report).

   ANSWER: Of Plaintiff's experts, by December 30, 2002.

10. If the parties are not agreed on a part of the discovery plan, describe the separate views and proposals of each party.

   ANSWER: The parties are in agreement.

11. Specify the discovery beyond initial disclosures that has been undertaken to date.

    ANSWER: None.

12. State the date the planned discovery can reasonably be completed.

    ANSWER: Discovery should be completed by January 15, 2003.

13. Describe the possibilities for a prompt settlement or resolution of the case that were discussed in your Rule 26(f) meeting.

    ANSWER: The parties agree to consider the option of mediation at a later time.

14. Describe what each party has done or agreed to do to bring about a prompt resolution.

    ANSWER: Plaintiff will make a settlement demand on the defendants within sixty days of the filing of this plan. The parties agree to consider the option of mediation at a later time.

15. From the attorneys' discussion with the client, state the alternative dispute resolution techniques that are reasonably suitable, and state when such technique may be effectively used in this case.

    ANSWER: The parties agree to consider the option of mediation at a later time.

16. Magistrate judges may now hear jury and non-jury trials. Indicate the parties' joint position on a trial before a magistrate judge.

    ANSWER: The parties do not agree to trial before a magistrate judge at this time.

17. State whether a jury demand has been made and if it was made on time.

    ANSWER: Timely jury demands have been made.

18. Specify the number of hours it will take to present the evidence of this case.

    ANSWER: It is anticipated that Plaintiff's case in chief should take 16-20 hours to present, the Defendant County's case in chief should take 8 hours to present and Defendant Boys and Girls Club of Brownsville Inc.'s case in chief should take 10 to 15 hours to present.

19. List pending motions that could be ruled on at the initial pretrial and scheduling conference.

    ANSWER: Plaintiff has filed a Motion for Protective Order.
    Plaintiff has filed an Unopposed Motion for Leave to file Second Amended Petition

20. List other motions pending.

    ANSWER: None.

21. Indicate other matters peculiar to this case, including discovery, that deserves the special attention of the court at the conference.

    ANSWER: Defendant County position is that it has no employees involved in the incident.

22. Certify that all parties have filed Disclosure of Interested Parties as directed in the Order for Conference and Disclosure of Interested Parties, listing the date of filing for original and any amendments.

    ANSWER: The parties have filed their Disclosure of Interested Parties.

23. List the names, bar numbers, addresses and telephone numbers of all counsel.

    ANSWER: Attorney for Plaintiffs

_____
Albert Villegas.
State Bar No. 20585450
Federal Adm. No. 3903
1324 East Seventh
Brownsville Texas 78520
956 544 3352
fax 956 544 7828
Federal ID NO 3903
State Bar no 20585450

Attorney for Defendant Boys and Girls Club of Brownsville Inc.

_____ * by permission

Carla M. Saenz
 Griffith Saenz & Hill
 1325 E. Palm Blvd Suite H
Brownsville Texas 78520
956 541 2862
Fax: 956 541 2864
Federal ID NO. 7994
State Bar No 17514595


Attorney for Defendant Cameron County

_____ * by permission

Richard O. Burst
964 E. Harrison
Brownsville Texas 78520
956 5501345
Fax NO: 956 550 1348
Federal ID NO: 15515
State Bar No. 00785586

_____     10-15-01
Albert Villegas                     _____
Counsel for Plaintiff               Date


_____     10-15-01
Carla Saenz  * by permission        _____
Counsel for Defendant               Date


_____     10-15-01
Richard Burst * by permission       _____
Counsel for Defendant               Date