9

```
United States District Court
Southern District of Texas
         FILED

     OCT 2 5 2001

   Michael N. Milby
   Clerk of Court
```

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JANE DOE ANF OF JUNE DOE, MINOR | § § § § | |
| vs | § § | C.A. NO. B01 136 |
| BOYS AND GIRLS CLUB OF BROWNSVILLE INC. AND CAMERON COUNTY | § § | |

## UNOPPOSED MOTION FOR LEAVE TO FILE PLAINTIFF'S SECOND AMENDED COMPLAINT

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Plaintiffs who files this Motion for Leave to File Plaintiff's Second Amended Complaint and will show the Court the following:

I.

Plaintiff would respectfully show that the Plaintiffs have learned that the State of Texas may have responsibility over the parties involved in the incident.

Defendants' counsel has no objection to the granting of this Motion.

WHEREFORE, PREMISES CONSIDERED, Plaintiff requests this Court to grant his Unopposed Motion for Leave to File Plaintiff's Second Amended Petition.

Respectfully Submitted,

VILLEGAS LAW FIRM

BY: ALBERT VILLEGAS

1324 EAST SEVENTH STREET

BROWNSVILLE, TEXAS 78520

TELEPHONE: (956) 544-3352

TELECOPIER: (956) 544-7828

STATE BAR NO: 20585450

FEDERAL ID NO 3903

ATTORNEY FOR PLAINTIFF

ClibPDF - www.fastio.com

## CERTIFICATE OF CONFERENCE

As Defense counsel is unopposed to this Motion this matter should be submitted FORTHWITH to the Court.

_____
ALBERT VILLEGAS

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been sent to counsel of record by FAX AND HANDELIVERY on this the 25TH day of _October_, 2001.

_____
ALBERT VILLEGAS