IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 2 5 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JANE DOE ANF OF JUNE DOE, MINOR | § § § | |
| vs | § § | C.A. NO. B01 136 |
| BOYS AND GIRLS CLUB OF BROWNSVILLE INC. AND CAMERON COUNTY | § § | |

## PLAINTIFFS' UNOPPOSED MOTION FOR PROTECTIVE ORDER

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, the Plaintiff, Jane Doe, who files this her Motion for Protective Order and would respectfully show the Court as follows:

I

Plaintiff Jane Doe as next friend of June Doe, a minor, filed this suit against the defendants after the minor was sexually assaulted at the club owned and operated by the Defendant Boys and Girls Club of Brownsville, Inc. by a person placed on probation who was performing his community service at the club. The minor suffered severe mental anguish and psychological injury and has been under the treatment of mental health providers.

II

Plaintiff seeks this protective order to prevent disclosure of the identity of the minor by designating the plaintiffs as Jane Doe and June Doe, minor. Plaintiff seeks an order from this Court to order all parties not to disclose the identity to any third parties without court approval. No hardship, harm or prejudice will occur if the Court grants this motion. Should the identity of the minor be set out in any pleading required by the Court to be filed as a matter of public record, Plaintiff asks the Court to order the parties to file any such pleadings under seal.

WHEREFORE, Movant requests the Court to set this Motion for hearing at its earliest convenience and to grant the relief requested above.

Respectfully Submitted,

_____
VILLEGAS LAW FIRM
BY: ALBERT VILLEGAS
1324 EAST SEVENTH STREET
BROWNSVILLE, TEXAS 78520
TELEPHONE: (956) 544-3352
TELECOPIER: (956) 544-7828
STATE BAR NO: 20585450
FEDERAL ID NO 3903
ATTORNEY FOR PLAINTIFFS

## CERTIFICATE OF CONFERENCE

Plaintiff counsel asked the parties to agree to such in correspondence and there was no response. On the 15th day of October, 2001, Counsel for Plaintiff conferred with Defense Counsel who stated they did not object to this Motion

_____
Albert Villegas

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been sent to counsel of record on this the 25 day of Oct, 2001, by regular mail.

_____
ALBERT VILLEGAS