THE HONORABLE JOHN WM. BLACK

INITIAL PRETRIAL CONFERENCE

United States District Court
Southern District of Texas
FILED

OCT 2 5 2001

Michael N. Milby
Clerk of Court

CIVIL ACTION NO. B-01-136

DATE & TIME: 10-25-01 AT 1:30 P.M

JANE DOE A/N/F OF JUNE DOE, MINOR

PLAINTIFF(S)   ALBERT VILLEGAS
COUNSEL

VS.

BOYS & GIRLS CLUB OF BROWNSVILLE, INC. AND CAMERON COUNTY

DEFENDANT(S)   CARLA SAENZ
COUNSEL       DYLBIA JEFFERIES VEGA
              RICHARD O. BURST

---

Attorneys Albert Villegas, Carla Saenz and Richard Burst appeared in chambers.

The State will be added as a party.

Initial pretrial conference will be reset.