United States District Court
Southern District of Texas
ENTERED

OCT 30 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JANE DOE ANF OF JUNE DOE, MINOR | § § § | |
| vs | § | C.A. NO. B01 136 |
| BOYS AND GIRLS CLUB OF BROWNSVILLE INC. AND CAMERON COUNTY | § § § | |

ORDER

CAME ON TO BE HEARD Plaintiff's Motion for Leave to File Plaintiff's Second Amended Complaint (DOCKET NO. 9) which is unopposed. The Court after due consideration is of the opinion that this Motion should be granted, it is therefore;

ORDERED, ADJUDGED, and DECREED that Plaintiff's Motion For Leave To File Plaintiff's Second Amended Complaint should be granted and Plaintiff's Second Amended Complaint is hereby to be filed in this cause.

SIGNED THIS THE 29TH DAY OF October, 2001.

_____
JUDGE

ClibPDF - www.fastio.com