14

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

OCT 3 0 2001

| | | |
|---|---|---|
| JANE DOE ANF OF JUNE DOE, MINOR | § § § | |
| vs | § | C.A. NO. B01 136 |
| BOYS AND GIRLS CLUB OF BROWNSVILLE INC. AND CAMERON COUNTY | § § § | |

ORDER

On the 29TH day of OCT, 2001 came on to be considered the Unopposed Motion of Plaintiff for a protective order (Docket No. 11) and after considering the merits and hearing the arguments of counsel, the Court is of the opinion this Motion should be granted;

IT IS ORDERED that the Plaintiff's Motion for Protective Order is granted and that the parties are ordered not to identify the Plaintiffs by name in records or pleadings not filed under seal nor to identify the plaintiffs to any third parties unless agreed to by the parties or by further orders of this Court.

SIGNED this 29T day of OCTOBER, 2001.

_____
JUDGE PRESIDING