IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
- BROWNSVILLE DIVISION -

| | | |
|---|---|---|
| JANE DOE A/N/F OF JUNE DOE, A MINOR | § § § | |
| VS. | § § | CIVIL ACTION NO. B-01-136 |
| BOYS AND GIRLS CLUB OF BROWNSVILLE, INC., AND CAMERON COUNTY | § § § | |

## ORDER

Pending before the Court is a Motion to Quash (Docket No. 16) filed by the Custodian of Records for Brownsville Police Department. Despite the fact that this Motion does not comply with the Local Rules for the Southern District of Texas, it is ORDERED:

1. That the Custodian of Records for Brownsville Police Department file with the United States District Clerk the items requested in the subpoena duces tecum in a sealed envelope on or before April 11, 2002.

2. That a hearing be held on the issues raised in the Motion to Quash on May 3, 2002 at 1:30 P.M. in the Magistrate Judge's Courtroom, No. 2, United States Courthouse, 600 E. Harrison Street, Brownsville, Texas 78520.

DONE at Brownsville, Texas, this 20th day of March, 2002.

John Wm. Black
United States Magistrate Judge