CAB-01-136

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | 4/03/02 |
| NAME OF SERVER (PRINT) Edward Gerusa Jr | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

United States District Court
Southern District of Texas
FILED

APR 19 2002

Michael N. Milby
Clerk of Court

☐ Returned unexecuted: _____

☑ Other (specify): Certified mail/return receipt requested
Number - 7000 1530 0004 0763 1285

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| -0- | 65.00 | 65.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4/03/02
              Date

Signature of Server: [signature] Edward Gerusa Jr

Address of Server: 2390 Central Blvd. #B
Brownsville Tx 78520

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# United States District Court

_____SOUTHERN_____ DISTRICT OF __TEXAS__
Brownsville Division

JANE DOE INDIVIDUALLY AND
ON behalf of June Doe, A minor

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: B-00-136 #
B-01-136

Boys & Girls Club of
Brownsville Inc.,

[U.S. Postal Service CERTIFIED MAIL RECEIPT overlay:
AUSTIN, TX 78701
Postage $0.34
Certified Fee 2.10
Return Receipt Fee 1.50
UNIT ID: 0532
Postmark Here
Clerk: KDDM58
Total Postage & Fees $3.94
04/03/02
Sent To: John Cornyn Atty Gen.
Street: 209 West 14th, 8th floor
City, State: Austin Texas 78701
PS Form 3800, May 2000]

[Article Addressed to:
State of Texas
John Cornyn
Attorney General
209 West 14th, Eighth Floor
Austin TX 78701

Service Type: Certified Mail
Article Number: 7000 1530 0004 0763 1885
PS Form 3811, July 1999  Domestic Return Receipt  102595-00-M-0952

Section on Delivery: IN MAILCENTER  APR 10 2002
Office of the Attorney General]

State of Texas
John Cornyn
Attorney General
209 West 14th, Eigth Floor
Austin, Texas 78701

PLAINTIFF'S ATTORNEY (name and address)

_____ days after service of this
default will be taken against you for the relief
court within a reasonable period of time after

Michael N. Milby, Clerk

CLERK

(BY) DEPUTY CLERK

DATE  March 26, 2002