

# CAMERON COUNTY DISTRICT ATTORNEY
CAMERON COUNTY COURTHOUSE
974 E. HARRISON STREET ★ BROWNSVILLE, TEXAS 78520

**Yolanda de León**
County and District Attorney

April 19, 2002

United States District
South District
RECEIVED 4:35 pm
APR 19 2002
Michael N. Milby, Clerk of Court

Mr. Butch Barbosa
UNITED STATES DISTRICT COURT
Southern District of Texas
Brownsville Division
600 E. Harrison, 1st Floor
Brownsville, Texas 78520

VIA: HAND DELIVERY

RE:   Civil Action No. B-01-136; Jane Doe A/N/F June Doe, A Minor; v. Boys And Girls Club of Brownsville, et al.; In the United States District Court for the Southern District of Texas, Brownsville Division.

Dear Mr. Barbosa:

Please find enclosed a Document Log and corresponding documents kept by the Custodian of Records for the Brownsville Police Department which are the subject of a Motion to Quash in the above-numbered cause.

I apologize for the late filing, but I did not receive a copy of the Court's Order until April 18, 2002 when I requested a copy from Ms. Saenz office.

Thank you for your attention to this matter.

Very truly yours,

Francisco J. Martinez
Assistant District and County Attorney

Encl.:

FJM: dsg