# RETURN OF SERVICE

CAB-01-136

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | April 17, 2002 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Edward Gerusa Jr. | Process Server |

22

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

United States District Court
Southern District of Texas
FILED

☐ Returned unexecuted: _____

APR 24 2002

Michael N. Milby
Clerk of Court

☒ Other (specify): Served by Certified Mail Return Receipt Requested #7000 0520 0021 7398 0934

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES                                DOCUMENTS | TOTAL |
|---|---|---|
| None | Process Service, Obtained Documents | 85.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   April 17, 2002
              Date                          Signature of Server

2390 Central Blvd. Suite B
Brownsville, Texas 78520
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.