IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 2 9 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| JANE DOE, A/N/F JUNE DOE, A MINOR §<br>*Plaintiffs* §<br>§<br>vs. §<br>§<br>BOYS AND GIRLS CLUB OF §<br>BROWNSVILLE INC., AND CAMERON §<br>COUNTY AND STATE OF TEXAS §<br>*Defendants* § | CIVIL ACTION NO. B-01-136 |

**DEFENDANT, BOYS AND GIRLS CLUB OF BROWNSVILLE, INC.'S
FIRST AMENDED ORIGINAL ANSWER TO PLAINTIFFS'
SECOND AMENDED ORIGINAL COMPLAINT**

TO THE HONORABLE JUDGE OF SAID COURT:

Defendant, **BOYS AND GIRLS CLUB OF BROWNSVILLE, INC.**, files this First Amended Original Answer to Plaintiffs' Second Amended Original Complaint as follows:

1.  Defendant admits each and every allegation of Paragraph I.

2.  Defendant denies so much of Paragraph II that states "The Club represented to the public that the children of the community would be safe, would be supervised by persons who were competent and properly trained in working with young males and females." And so much of Paragraph II that states "unknown to the public, including Plaintiffs, the Club, and the County had an agreement whereas persons with a criminal background would act as "chaperones" and be placed to work and with the youth visiting and using the Club facilities." Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining averments

in Paragraph II.

3.   Defendant denies so much of Paragraph III that states "The Defendants (as applies to the Boys & Girls Club) negligently placed persons with criminal backgrounds to care for and supervise the minor children including Plaintiff. These probationers were unsupervised during this time." And, so much of Paragraph III that states "The Defendant (as applies to the Boys & Girls Club) were negligent in not determining the competency of the persons placed in such close proximity to the minor children." Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining averments in Paragraph III.

4.   Defendant denies each and every allegation of Paragraph IV regarding each of the alleged negligent acts of Defendant **BOYS AND GIRLS CLUB OF BROWNSVILLE, INC.**

5.   Defendant further denies Paragraph V, that the alleged negligent acts of Defendant proximately caused Plaintiffs' injuries.

**WHEREFORE, PREMISES CONSIDERED**, Defendant, **BOYS AND GIRLS CLUB OF BROWNSVILLE, INC.**, prays that upon final hearing hereof, Plaintiffs, **JANE DOE A/N/F OF JUNE DOE, A MINOR**, recover nothing from this suit; that Defendant, **BOYS AND GIRLS CLUB OF BROWNSVILLE, INC.**, recover costs, expenses and fees; and for such other and further relief, general and special, both at law and in equity, to which this Defendant may be justly entitled.

Respectfully submitted,

**CARLA M. SAENZ & ASSOCIATES, P.L.L.C.**
1325 Palm Blvd., Suite H
Brownsville, TX 78520
(956) 541-2862 Telephone
(956) 541-2864 Facsimile

BY: _____
CARLA M. SAENZ
State Bar No. 17514595

**ATTORNEYS FOR DEFENDANT,
BOYS AND GIRLS CLUB OF BROWNSVILLE, INC.**

## CERTIFICATE OF SERVICE

I **CERTIFY** that a true and correct copy of the above and foregoing document has been sent on this 24th day of April, 2002, to all counsel of record, to wit:

*Via CM/RRR 7000 1530 0005 5014 9121*

Mr. Albert Villegas
**VILLEGAS LAW FIRM**
1324 East 7th Street
Brownsville, TX 78521

*Attorneys for Plaintiffs*

*Via First Class Mail*

Mr. Richard O. Burst
**Civil Legal Department**
**Commissioners Court**
964 East Harrison Street
Brownsville, TX 78520

*Attorneys for Defendant*
*Cameron County*

_____
CARLA M. SAENZ