IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

MAY 0 3 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JANE DOE A/N/F OF JUNE DOE, | ) | |
| A MINOR | ) | |
|     Plaintiff | ) | |
| | ) | |
| VS. | ) | CIVIL ACTION NO. B-01-136 |
| | ) | |
| BOYS & GIRLS CLUB OF BROWNSVILLE, | ) | |
| INC., AND CAMERON COUNTY | ) | |

## UNOPPOSED MOTION TO SUBSTITUTE COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, the Defendant, **CAMERON COUNTY**, and files this **UNOPPOSED MOTION TO SUBSTITUTE COUNSEL** and would show the Court as follows:

I.

Pursuant to Local Rule 7.1.D, the undersigned has conferred with opposing counsel and there is no opposition to this motion.

II.

Mr. Richard Burst and Ms. Dylbia L. Jefferies of the Cameron County Attorney's office was designated as counsel for Defendant, **CAMERON COUNTY**. Said Defendant now wishes to substitute the Law Firm of ADAMS & GRAHAM, L.L.P., as its counsel.

III.

Therefore, Defendant requests permission to substitute CRAIG VITTITOE as lead counsel with ROGER W. HUGHES as associate counsel for **CAMERON COUNTY**.

WHEREFORE, PREMISES CONSIDERED, Defendant prays that the above and foregoing Motion be granted.

Respectfully submitted,

CAMERON COUNTY, TEXAS
Commissioners Court, Legal Division
964 E. Harrison
Brownsville, TX 78520
Phone (956) 550-1345
Fax   (956) 550-1348

By: _____
**DOUGLAS WRIGHT**
State Bar No. 22024100
**RICHARD O. BURST**
State Bar No. 00785586
**DYLBIA L. JEFFERIES**
State Bar No. 00786516

ADAMS & GRAHAM, L.L.P.
P. O. Drawer 1429
Harlingen, Texas 78551-1429
(956) 428-7495
(956) 428-2954 (Fax)

By _____
**CRAIG H. VITTITOE**
State Bar No. 20593900
Fed. I.D. No. 18756
**ROGER W. HUGHES**
State Bar No. 10229500
Federal ID No. 5950

ATTORNEYS FOR DEFENDANT
CAMERON COUNTY

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument was forwarded to the Petitioner on this the ___3___ day of May, 2002.

Mr. Albert Villegas  
VILLEGAS LAW FIRM  
1324 East 7th Street  
Brownsville, TX 78520  

CMRRR # 7001 2510 0004 2061 7134

Ms. Carla M. Saenz  
GRIFFITH, SAENZ & HILL, L.L.P.  
1325 Palm Blvd. Suite H  
Brownsville, TX 78520  

CMRRR # 7001 2510 0004 2061 7127

_____  
Craig H. Vittitoe