THE HONORABLE JOHN WM. BLACK

HEARING ON MOTION TO QUASH

United States District Court
Southern District of Texas
FILED

MAY 0 3 2002

Michael N. Milby
Clerk of Court

CIVIL ACTION NO. __B-01-136__          DATE & TIME: __05-03-02 AT 1:30 P.M.__

<u>JANE DOE A/N/F OF JUNE DOE, MINOR</u>       PLAINTIFF(S)  __ALBERT VILLEGAS__
                                              COUNSEL

VS.

<u>BOYS & GIRLS CLUB OF BROWNSVILLE</u>        DEFENDANT(S)  __CARLA SAENZ__
<u>INC. AND CAMERON COUNTY__</u>               COUNSEL   __DYLBIA JEFFRIES VEGA__
                                                        __RICHARD O. BURST__

---

ERO: Linda Garcia
CSO: Richard Harrelson

    Attorney Albert Villegas was present on behalf of the plaintiffs. Attorney Trey Martinez was present on behalf of the Boys & Girls Club of Brownsville. Attorney Craig Vittitoe was present, as substitute counsel (unopposed motion filed this morning) for attorney Richard Burst, on behalf of Cameron County. Attorney Francisco Martinez was present on behalf of the District Attorney's Office with regard to the motion to quash.

    Plaintiff's counsel stated that the state of Texas has been served but has not yet answered to the action. An answer is due within the next 10 days.

    The judge observed that Cameron County produced documents that were the subject of motion to quash. Attorney Martinez stated that it sought to keep certain documents confidential because the case had not yet been criminally prosecuted, and the limitations period had not run. These documents included the investigatory reports from Child Protective Services, the statements and reports that included witnesses that were not parties to the action, and TCIC-NCIC report for the defendant. The judge indicated that he would research the caselaw and contact the parties with a decision at a later date.

    All the attorneys indicated that they were in favor of a protective order.