IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 0 8 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| JANE DOE A/N/F OF JUNE DOE, ) <br> A MINOR ) <br>     Plaintiff ) <br> ) <br> VS. ) <br> ) <br> BOYS & GIRLS CLUB OF BROWNSVILLE, ) <br> INC., AND CAMERON COUNTY ) | CIVIL ACTION NO. B-01-136 |

### ORDER ON UNOPPOSED MOTION TO SUBSTITUTE COUNSEL

BE IT REMEMBERED that on the 7th day of MAY, 2002, came to be heard the Defendant's **UNOPPOSED MOTION TO SUBSTITUTE COUNSEL** (DOCKET NO. 24). The Court is of the opinion it should be GRANTED.

IT IS, THEREFORE, ORDERED that the *Hon. Craig Vittitoe, Roger Hughes* and *ADAMS & GRAHAM, L.L.P.* will be substituted for the Hon. Richard Burst and Dylbia L. Jefferies as counsel for Defendant, **CAMERON COUNTY**.

_____
Judge Presiding

cc:  Mr. Albert Villegas, VILLEGAS LAW FIRM, 1324 East 7th Street, Brownsville, TX 78520
     Ms. Carla M. Saenz, GRIFFITH, SAENZ & HILL, L.L.P., 1325 Palm Blvd. Suite H, Brownsville, TX 78520
     Mr. Richard O. Burst, Ms. Dylbia L. Jefferies, Cameron County, Texas, Commissioners' Court, Legal Division, 964 E. Harrison, Brownsville, TX 78520
     Mr. Craig Vittitoe, Mr. Roger W. Hughes, ADAMS & GRAHAM, L.L.P., P. O. Drawer 1429, Harlingen, Texas 78551-1429