United States District Court
Southern District of Texas
FILED

MAY 2 3 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| *JANE DOE ANF OF JUNE DOE, MINOR*<br>*Plaintiff,*<br><br>v.<br><br>*BOYS AND GIRLS CLUB*<br>*OF BROWNSVILLE*<br>*INC. AND CAMERON COUNTY AND*<br>*STATE OF TEXAS*<br>*Defendants.* | §<br>§<br>§<br>§ Civil Action No. B-01-136<br>§<br>§<br>§<br>§<br>§<br>§ |

**STATE OF TEXAS'S MOTION TO DISMISS
FOR INSUFFICIENT SERVICE OF PROCESS UNDER RULE 12(b)(5) AND FOR
FAILURE TO STATE A CLAIM UNDER RULE 12(b)(6)**

The State of Texas, Defendant, by and through its attorney, the Attorney General of Texas, files this motion to dismiss under Federal Rules of Civil Procedure 12(b)(5) and 12(b)(6). In support thereof, Defendant respectfully offers the following:

**I.**

**STATEMENT OF THE CASE**

Plaintiffs Jane Doe and June Doe (minor) sue the State of Texas for the tort of negligence. Specifically, they allege that in the summer of 1996, June Doe, a minor, suffered personal injuries after she was allegedly sexually assaulted on more than one occasion by individuals who were sentenced to work at the of the Brownsville Boys and Girls Club, Inc., as a part of their probation. According to Plaintiffs' summons and return of service, they served the State of Texas by certified mail to the Attorney General of Texas.

## II.

## MOTION TO DISMISS FOR INSUFFICIENCY OF PROCESS

Texas law provides, "In a suit against the state, citation must be served on the secretary of state." TEX. CIV. PRAC. & REM. CODE §101.102(c). Plaintiffs did not serve the secretary of state; they served the Attorney General. Therefore, service is insufficient and this case should be dismissed under Rule 12(b)(5). FED. R. CIV. P. 12(b)(5).

## III.

## MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM

The State of Texas is entitled to Eleventh Amendment immunity. The Eleventh Amendment bars suits in federal court by citizens of a state against their own state or a state agency or department. *Pennhurst State School and Hospital v. Halderman*, 104 S. Ct. 900, 908 (1984). Therefore, Plaintiffs' claims against the State of Texas should be dismissed under Rule 12(b)(6). FED. R. CIV. P. 12(b)(6).

## IV.

## CONCLUSION AND PRAYER

The Court should grant the State of Texas' motion to dismiss for improper service of process and for failure to state a claim and dismiss Plaintiffs' claims against the State of Texas with prejudice.

Respectfully submitted,

JOHN CORNYN
Attorney General of Texas

HOWARD G. BALDWIN, JR.
First Assistant Attorney General

MICHAEL T. McCAUL
Deputy Attorney General For Criminal Justice

PHILLIP E. MARRUS
Assistant Attorney General
Chief, Law Enforcement Defense Division

*[signature: Jennette E. Deponte]*

JENNETTE E. DEPONTE
Assistant Attorney General
Attorney-In-Charge
State Bar No. 00795935
Southern District No. 23305

P. O. Box 12548, Capitol Station
Austin, Texas  78711-2548
(512) 463-2080
Fax No. (512) 495-9139

**ATTORNEYS FOR
THE STATE OF TEXAS**

## CERTIFICATE OF SERVICE

I, JENNETTE E. DEPONTE, Assistant Attorney General of Texas, do hereby certify that a true and correct copy of **State's Motion to Dismiss For Insufficient Service of Process Under Rule 12(b)(5) and For Failure to State A Claim Under Rule 12(b)(6)** has been served by placing same in the U.S. Mail, Certified Mail, Return Receipt Requested, postage prepaid, on this 22nd day of May, 2002, addressed as follows:

Albert Villegas        *Via CM/RRR 7001 0360 0001 0851 1467*
Villegas Law Firm
1324 East Seventh Street
Brownsville, Texas 78521

Attorney for Plaintiffs

_____
JENNETTE E. DEPONTE
Assistant Attorney General