29

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
**FILED**

JUL 0 3 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JANE DOE, A/N/F OF JUNE DOE, | § | |
| A MINOR | § | |
| *Plaintiffs* | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. B-01-136 |
| | § | |
| BOYS AND GIRLS CLUB OF | § | |
| BROWNSVILLE INC., AND CAMERON | § | |
| COUNTY AND STATE OF TEXAS | § | |
| *Defendants* | § | |

---

**DEFENDANT BOYS AND GIRLS CLUB OF BROWNSVILLE, INC.'S
MOTION TO COMPEL PLAINTIFFS TO ANSWER AND RESPOND TO
DEFENDANT'S FIRST SET OF INTERROGATORIES AND REQUEST FOR
PRODUCTION TO PLAINTIFF JANE DOE, INDIVIDUALLY,
A/N/F OF JUNE DOE, A MINOR**

---

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, **BOYS AND GIRLS CLUB OF BROWNSVILLE, INC.,** Defendant in

the above-styled and numbered cause of action, and files this its Motion to Compel Plaintiffs to

Answer and Respond to Defendant's First Set of Interrogatories and Requests for Production

Propounded to Plaintiffs, **JANE DOE, INDIVIDUALLY, A/N/F JUNE DOE, A MINOR,** and

in support thereof would show the following:

### I.

On or about March 13, 2002, Defendant Boys and Girls Club of Brownsville, Inc., sent

First Set of Interrogatories and Request for Production to Plaintiff Jane Doe, Individually and

A/N/F of June Doe, a minor, via certified mail. A copy of the letter is attached hereto as **Exhibit**

---

"A".  The First Set of Interrogatories and Request for Production were propounded under the provisions of the Federal Rules of Civil Procedure.

## II.

To date, Plaintiffs have not answered and responded to Defendant's First Set of Interrogatories and Requests for Production.

## III

On or about June 17, 2002, Defendant's counsel sent a letter to Plaintiffs' counsel advising him of the outstanding discovery responses.  A copy of this letter is attached hereto as **Exhibit "B"** and incorporated by reference.  As of the date of the filing of this Motion, the Plaintiffs have not answered and responded to Defendant's First Set of Interrogatories and Requests for Production propounded to them.

## IV.

Plaintiffs have an obligation or duty under the Federal Rules of Civil Procedure to answer and respond to said Interrogatories and Requests for Production.  Accordingly, Defendant would be highly prejudiced and cannot prepare its defenses for the trial of this lawsuit without a ruling from the Court.

**WHEREFORE, PREMISES CONSIDERED,** Defendant, **BOYS AND GIRLS CLUB OF BROWNSVILLE, INC.,** prays that upon a hearing the Court enter an order compelling Plaintiffs, **JANE DOE, A/N/F OF JUNE DOE, A MINOR,** to answer and respond to Interrogatories and Requests for Production, within ten (10) days from the date of this hearing. This Defendant also requests the Court to grant attorney's fees to this Defendant's attorney, in a

reasonable amount, for the time required in preparing for, filing for and attending the hearing on

this Motion and for such other and further relief to which this Defendant may show itself entitled.

DATED this _____ day of _____, 2002.


Respectfully Submitted,

**CARLA M. SAENZ & ASSOCIATES, P.L.L.C.**
1325 Palm Blvd., Suite H
Brownsville, TX 78520
(956) 541-2862 - Telephone
(956) 541-2864 - Telecopier

BY: _____
CARLA M. SAENZ MARTINEZ
State Bar No. 17514595
Federal I. D. 7994

**ATTORNEYS FOR DEFENDANT,
BOYS AND GIRLS CLUB OF BROWNSVILLE, INC.**

## CERTIFICATE OF SERVICE

**I CERTIFY** that a true and correct copy of the above and foregoing document has been sent on this _1st_ day of _July_, 2002, to all counsel of record, to wit:

*Via CM/RRR 7000 0520 0024 6462 6244*

Mr. Albert Villegas
**Villegas Law Firm**
1324 E. 7th Street
Brownsville, Texas 78521

*Attorney for Plaintiffs*

*Via CM/RRR 7000 0520 0024 6462 6251*

Mr. Craig H. Vittitoe
Mr. Roger W. Hughes
**Adams & Graham, L.L.P.**
P.O. Drawer 1429
Harlingen, Texas 78551-1429

*Attorneys for Defendant*
*Cameron County*

CARLA M. SAENZ MARTINEZ

---

*Defendant Boys and Girls Club of Brownsville, Inc.'s Motion to Compel*

**Page -4-**

# EXHIBIT "A"

# CARLA M. SAENZ & ASSOCIATES
### ATTORNEYS AT LAW
1325 PALM BOULEVARD, SUITE H
BROWNSVILLE, TEXAS 78520
TELEPHONE (956) 541-2862
FAX (956) 541-2864

CARLA M. SAENZ                                March 13, 2002

*Via CM/RRR 7000 1530 0005 5015 1995*

Mr. Albert Villegas
**Villegas Law Firm**
1324 E. 7th Street
Brownsville, TX 78521

Re:   C.A. No. B-01-136; Jane Doe a/n/f of June Doe, a Minor vs. **Boys and Girls Club of Brownsville, Inc. and Cameron County and State of Texas; In the United States District Court for the Southern District of Texas Brownsville Division**
Our File No.: 7400.0055/1808

Dear Mr. Villegas:

Enclosed herewith please find the following documents with regard to the above-referenced case:

1).   *Defendant, Boys and Girls Club of Brownsville, Inc.'s, First Set of Interrogatories and Request for Production to Plaintiff Jane Doe, Individually; and,*

2).   *Defendant, Boys and Girls Club of Brownsville, Inc.'s First Set of Interrogatories and Request for Production to Plaintiff Jane Doe, a/n/f June Doe, A Minor.*

Should you have any questions, please feel free to contact me.

Sincerely,

**CARLA M. SAENZ & ASSOCIATES, P.L.L.C.**


BY: _Carla M. Saenz_
        Carla M. Saenz

CMS/ls
Enclosure(s)

03-13-02    C

Mr. Albert Villegas
**Villegas Law Firm**
March 13, 2002
Page -2-

c.c.    Mr. Richard O. Burst
        **Civil Legal Department**
        **Commissioners Court**
        964 E. Harrison
        Brownsville, TX 78520



# EXHIBIT "B"



# CARLA M. SAENZ & ASSOCIATES
## ATTORNEYS AT LAW
1325 PALM BOULEVARD, SUITE H
BROWNSVILLE, TEXAS 78520
TELEPHONE (956) 541-2862
FAX (956) 541-2864

CARLA M. SAENZ

June 17, 2002

**_VIA CMRRR #7000 1530 0005 5014 8179_**

Mr. Albert Villegas
**Villegas Law Firm**
1324 E. 7th Street
Brownsville, TX 78521

Re:   C.A. No. B-01-136; *Jane Doe a/n/f of June Doe, a Minor vs. Boys and Girls Club of Brownsville, Inc. and Cameron County and State of Texas*; **In the United States District Court for the Southern District of Texas Brownsville Division**
Our File No.: 7400.0055/1808

Dear Mr. Villegas:

This letter will serve to advise you that Plaintiffs' Responses to Defendant's Request for Disclosure; Interrogatories, Request for Production; and Request for Admissions, with regard to the above referenced case, were due on or about April 13, 2002.  To date, we have not received your clients' responses to said discovery.  If we do not receive said responses within ten (10) days from the date this letter is received, we will have no choice but to file a Motion to Compel with the Court.

Should you have any questions regarding the above, please feel free to contact me.

Sincerely,

**CARLA M. SAENZ & ASSOCIATES, P.L.L.C.**

By: *Carla M. Saenz*
     Carla M. Saenz by permission
                      *Theresa Cortez*

CMS:ssl