30

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 17 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JANE DOE A/N/F JUNE DOE, A MINOR<br>　　Plaintiffs | )<br>)<br>)<br>) | |
| v. | )<br>) | CIVIL ACTION NO. B-01-136 |
| BOYS AND GIRLS CLUB OF BROWNSVILLE, ET AL.<br>　　Defendants | )<br>)<br>)<br>) | |

## MOVANT'S DOCUMENT LOG

TO THE HONORABLE JUDGE OF THIS COURT:

COMES NOW, THE CUSTODIAN OF RECORDS FOR THE BROWNSVILLE POLICE DEPARTMENT, (Hereinafter Movant) in this case and files its document log. Movant seeks to quash the subpoena served on March 5, 2002 upon the Brownsville Police Department requesting information regarding an incident that occurred on or about July 1999 and involving Melquiades Mendiola. The subpoena requests the following: "incident reports, written and/or oral statements of witnesses, and/or of alleged minor victim or her mother, other statements, photographs of the scene of the incident and/or of the parties involved, officers' reports, investigation records and/or reports, any type of documents, notes, memorandum and/or written documents pertaining to the incident(s) in question; indictment(s), if any; arrest records; and/or offense reports." The case was declined for prosecution as of January 29, 2001.

The following are confidential and privileged documents sought to be withheld:

1. Brownsville Police Intake information sheet;

   Felony Intake Information form;

   Three-page Brownsville Police Dept. offense report dated November 9, 1999;

   One-page report dated March 9, 2000, prepared by law enforcement;

   One-page follow-up report, May 10, 2000, prepared by law enforcement;

   Three-page NCIC/TCIC report dated March 9, 2000, prepared by law enforcement;

   Four-page report from the Children's Protective Services (CPS) dated November 8, 1999;

   Eight- page report from CPS, Case Name: Vela, Maggie;

   Eight- page report from CPS, Case Name: Texas Dept of Prs. Reg. 11;

   Nine- page report from CPS, Case Name: Bair Foundation;

   Two-page witness statement dated March 10, 2000;

   One-page statement of Maggie Vela, dated February 7, 2000;

   Warning and Waiver of Rights of Melquiades Mendiola dated February 17, 2000, prepared by law enforcement;

   One-page statement of Melquiades Mendiola, dated February 17, 2000;

   Two photocopies of photographs of the defendant that were taken by law enforcement;

   Two photocopies of a photo spread prepared by law enforcement;

   One-page defendant's history report dated August 9, 1997, prepared by law enforcement;

   Three witness interview cards prepared by law enforcement;

   Two-page letter to adult probation, dated May 5, 2000, prepared by law enforcement;

   Three-page hand written notes, prepared by law enforcement;

   One-page letter from adult probation to the Brownsville Police Department, dated May 9, 2000;

   Two-page letter polygraph examination checklist dated April 13, 2000, prepared by law enforcement;

One-page letter from the Office of the District Attorney dated January 30, 2001.

2. Documents that have or will be provided to attorneys: (not included in this packet)

Two-page statement from Boys and Girls Club Director Ronnie Bennett, dated April 25, 2000;

One page memo from Ron Bennett dated March 1, 2000.

Respectfully submitted,

CAMERON COUNTY AND DISTRICT
ATTORNEY'S OFFICE
Cameron County Courthouse
974 E. Harrison Street
Brownsville, Texas 78520
Phone: 956-544-0849
Fax No.: 956-544-0869

BY: _____
Francisco J. Martinez
Assistant County and District Attorney
Texas State Bar No. 13141900
Federal Admission No.: 17477
ATTORNEY FOR MOVANT