IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
-BROWNSVILLE DIVISION-

United States District Court
Southern District of Texas
ENTERED
JUL 1 8 2002
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JANE DOE ANF OF JUNE DOE, MINOR | § § § | |
| Plaintiffs, | § § | |
| VS. | § § | CIVIL ACTION NO. B-01-136 |
| BOYS AND GIRLS CLUB OF BROWNSVILLE, INC., AND CAMERON COUNTY, AND THE STATE OF TEXAS, | § § § § | |
| Defendants. | § | |

## ORDER GRANTING PROTECTIVE ORDER

The custodian of records for the Brownsville Police Department ("Movant") has filed Objections To, and Motion to Quash, Subpoena Duces Tecum (Docket No. 11) which was directed to the custodian of records for the Brownsville Police Department and served March 5, 2002. In the alternative, the Movant requested that the Court grant a protective order. (*Id.*, ¶ 11).

A hearing on the matter was held before Judge John Wm. Black on May 7, 2002. At the hearing, the Court took judicial notice that certain documents that fell within the scope of the subpoena already had been produced. Nevertheless, Trey Martinez, counsel for defendant Boys and Girls Club of Brownsville, Inc., indicated that the defendants sought to preserve the confidentiality certain documents that had not yet been produced. These documents include the investigatory reports from Child Protective Services, the statements and reports that included witnesses who are not parties to the action, and the TCIC/NCIC report on the alleged sexual assailant. At the end of the hearing, the parties informed the Court that they were all in favor of a protective order.

IT IS **ORDERED** that Movant's Motion to Quash Subpoena Duces Tecum is **DENIED**.

IT IS further **ORDERED** that Movant's request, in the alternative, for a protective order is **GRANTED**.

The parties are hereby **ORDERED** to submit a mutually agreed-upon protective order governing the confidentiality of the documents produced and the use and disposition of the documents sought to be protected.

DONE at Brownsville, Texas, this 17th day of July, 2002.

Andrew S. Hanen
United States District Judge