IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 1 9 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JANE DOE ANF OF JUNE DOE, MINOR | § § § | |
| vs | § § | C.A. NO. B01 136 |
| BOYS AND GIRLS CLUB OF BROWNSVILLE INC. AND CAMERON COUNTY | § § | |

## MOTION FOR LEAVE TO FILE PLAINTIFFS' THIRD AMENDED COMPLAINT

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Plaintiffs who files this Motion for Leave to File Plaintiffs' Third Amended Complaint and will show the Court the following:

I.

The Court has ordered the Plaintiffs to effectuate proper service on the Defendant State of Texas within ten days of the Order of the Court dated July 17. Plaintiff has amended the Second Amended Complaint setting out that service should be made on the Secretary of State.

Counsel for Defendant Boys and Girls Club Inc. does not object to the Plaintiffs' Motion being granted. Counsel for Defendant Cameron County does object to the Plaintiffs' Motion.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs request this Court to grant their Motion for Leave to File Plaintiffs' Third Amended Petition.

Respectfully Submitted,

VILLEGAS LAW FIRM
BY: ALBERT VILLEGAS
1324 EAST SEVENTH STREET
BROWNSVILLE, TEXAS 78520
TELEPHONE: (956) 544-3352
TELECOPIER: (956) 544-7828
STATE BAR NO: 20585450
FEDERAL ID NO 3903
ATTORNEY FOR PLAINTIFFS

## CERTIFICATE OF CONFERENCE

As Defense counsel for Cameron County is opposed to this Motion Plaintiff counsel requests this matter be set for hearing as expeditiously as possible to comply with deadlines the Court has set.

---
ALBERT VILLEGAS

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been sent to counsel of record by FAX AND REGULAR MAIL on this the 19TH day of JULY, 2002.

---
ALBERT VILLEGAS