IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

AUG 13 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JANE DOE ANF OF JUNE DOE, MINOR | § § § | |
| vs | § § | C.A. NO. B01 136 |
| BOYS AND GIRLS CLUB OF BROWNSVILLE INC. AND CAMERON COUNTY | § § | |

<u>ORDER</u>

CAME ON TO BE HEARD Plaintiff's Motion for Leave to File Plaintiff's Third Amended Complaint. (DOCKET NO. 33) The Court after due consideration is of the opinion that this Motion should be granted, it is therefore;

ORDERED, ADJUDGED, and DECREED that Plaintiff's Motion For Leave To File Plaintiff's Third Amended Complaint should be granted and Plaintiff's Third Amended Complaint is hereby to be filed in this cause.

SIGNED THIS THE 12 DAY OF AUGUST, 2002.

_____
JUDGE