AO 440 (Rev. 10/93) Summons in a Civil Action

# Gwyn Shew

**RETURN OF SERVICE** CAB-01-136 (36)

Service of the Summons and Complaint was made by me[1]

**DATE** 08-07-02

**NAME OF SERVER (PRINT)** LINDA M. SALAZAR

**TITLE** Civil Processor

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Certified Mail

*[Filed stamp: SOUTHERN DISTRICT FILED 02 AUG 16 PH 3:31 MICHAEL N. MILBY, CLERK]*

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on August 12, 2002

Signature of Server: Linda M. Salazar

Address of Server: 4914 Boca Chica Blvd. Bro. TX. 78521

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

| | |
|---|---|
| Postage | $ .37 |
| Certified Fee | 2.30 |
| Return Receipt Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | — |
| Total Postage & Fees | $ 4.42 |

*[Postmark: BROWNSVILLE TX CENTRO CPU 78521-9995 AUG 12 2002]*

Recipient's Name (Please Print Clearly) (to be completed by mailer)
Gwyn Shew
Street, Apt. No., or PO Box No.
P.O. Box 12079
City, State, ZIP+4
Austin, Texas  78711-2070

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Gwyn Shew
Secretary of State
P.O. Box 12079
Austin, Texas 78711-2070

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): DOUG BENNIGHT MAIL & MESSENGER SERVICE
B. Date of Delivery: AUG 12 2002
X _____
D. Is delivery address different from item 1? ☐
If YES, enter delivery address below: TBPC

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐

2. Article Number (Copy from service label)
7099 3400 0014 6148 1087

Form 3811, July 1999   Domestic Return Receipt   102595