# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

SEP 1 0 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

## ORDER

| | |
|---|---|
| JANE DOE A/N/F OF JUNE DOE, A MINOR § | |
| § | |
| VS. § | CIVIL ACTION NO. B-01-136 |
| § | |
| BOYS & GIRLS CLUB OF BROWNSVILLE, § | |
| INC., ET AL. § | |

TYPE OF CASE:    __X__ CIVIL                    ____ CRIMINAL

**TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:**

TYPE OF PROCEEDING:

**HEARING ON MOTION TO DISMISS UNDER RULE 12(b)(6) FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED (DOCKET NO. 38)**

PLACE:

**UNITED STATES FEDERAL COURTHOUSE
600 E. HARRISON STREET
BROWNSVILLE, TEXAS**

ROOM NO.:

**SECOND FLOOR COURTROOM, #2**

DATE AND TIME:

**OCTOBER 16, 2002 AT 1:30 P.M.**

JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:    SEPTEMBER 10, 2002

TO:    MR. ALBERT VILLEGAS
       MS. CARLA SAENZ
       MR. CRAIG VITTITOE
       MR. ROGER HUGHES
       MS. JENNETTE DEPONTE