United States District Court
Southern District of Texas
FILED

SEP 26 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JANE DOE ANF OF JUNE DOE, MINOR § | | |
| Plaintiff, § | | |
| § | | |
| v. § | Civil Action No. B-01-136 | |
| § | | |
| BOYS AND GIRLS CLUB § | | |
| OF BROWNSVILLE § | | |
| INC. AND CAMERON COUNTY AND § | | |
| STATE OF TEXAS § | | |
| Defendants. § | | |

### STATE OF TEXAS' SECOND MOTION TO DISMISS
### FOR INSUFFICIENT SERVICE OF PROCESS UNDER RULE 12(b)(5) AND FOR
### FAILURE TO STATE A CLAIM UNDER RULE 12(b)(6)

The State of Texas, by and through its attorney, the Attorney General of Texas, files this its second motion to dismiss under Federal Rules of Civil Procedure 12(b)(5) and 12(b)(6). In support thereof, the State of Texas respectfully offers the following:

### I.

### BACKGROUND

1. Plaintiffs Jane Doe and June Doe (minor) sue the State of Texas for the tort of negligence. Plaintiff served the Attorney General's Office in their attempt to effect service on the State of Texas. The State of Texas moved to dismiss Plaintiff's claims for insufficient service of process and for failure to state a claim under Federal Rules of Civil Procedure 12(b)(5) and 12(b)(6). On July 18, 2002, this Court denied the State of Texas' motion to dismiss for insufficient service of process and gave the Plaintiff until July 28, 2002 to effectuate proper service. The Court noted that if proper service was not effectuated within the ordered time, the Court would reconsider the motion to dismiss and grant same with prejudice to refiling.

2. According to the Court's electronic docketing system, a summons was issued for the State of Texas on August 6, 2002, nine days after the Court's deadline for serving the State. Although the docket sheet reflects that service was executed on August 7, 2002, the envelope received by the Secretary of State indicates that it was not mailed until August 8, 2002. Ex. A. The Secretary of State received the summons on August 12, 2002. Ex. A.

3. The State of Texas moves for a second time to dismiss Plaintiff's lawsuit for insufficient service of process because Plaintiff failed to comply with Rule 4(c). FED. R. CIV. P. 4(c). Specifically, Plaintiff failed to serve a copy of the complaint with the summons to the Secretary of State. Ex. A.

## II.

## MOTION TO DISMISS FOR INSUFFICIENCY OF PROCESS

1. Service is insufficient for a second time because Plaintiff has failed to provide the Secretary of State with a copy of the complaint when it served the summons for service of process. FED. R. CIV. P. 4(c) and 12(b)(5). Ex. A.

## III.

## MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM

1. In the alternative, the State of Texas renews its motion to dismiss for failure to state a claim. Plaintiff has asserted a tort claim in Federal Court against the State of Texas. The State of Texas is entitled to Eleventh Amendment immunity. The Eleventh Amendment bars suits in federal court by citizens of a state against their own state or a state agency or department. *Pennhurst State School and Hospital v. Halderman*, 104 S. Ct. 900, 908 (1984). Therefore, Plaintiffs' claims against the State of Texas should be dismissed under Rule 12(b)(6). FED. R. CIV. P. 12(b)(6).

## IV.

## CONCLUSION AND PRAYER

The Court should grant the State of Texas' second motion to dismiss for improper service of process and for failure to state a claim and dismiss Plaintiffs' claims against the State of Texas with prejudice.

        Respectfully submitted,

        JOHN CORNYN
        Attorney General of Texas

        HOWARD G. BALDWIN, JR.
        First Assistant Attorney General

        MICHAEL T. McCAUL
        Deputy Attorney General For Criminal Justice

        PHILLIP E. MARRUS
        Assistant Attorney General
        Chief, Law Enforcement Defense Division

        _____
        JENNETTE E. DEPONTE
        Assistant Attorney General
        Attorney-In-Charge
        State Bar No. 00795935
        Southern District No. 23305

        P. O. Box 12548, Capitol Station
        Austin, Texas 78711-2548
        (512) 463-2080
        Fax No. (512) 495-9139

        **ATTORNEYS FOR**
        **THE STATE OF TEXAS**

## CERTIFICATE OF SERVICE

I, JENNETTE E. DEPONTE, Assistant Attorney General of Texas, do hereby certify that a true and correct copy of **State of Texas' Second Motion to Dismiss For Insufficient Service of Process Under Rule 12(b)(5) and For Failure to State A Claim Under Rule 12(b)(6)** has been served by placing same in the U.S. Mail, Certified Mail, Return Receipt Requested, postage prepaid, on this 23rd day of September, 2002, addressed as follows:

Albert Villegas            *Via CM/RRR No. 7001 0360 0001 0853 5876*
Villegas Law Firm
1324 East Seventh Street
Brownsville, Texas 78520

Attorney for Plaintiffs

Carla Marie Saenz          *Via CM/RRR No. 7001 0360 0001 0853 5883*
Attorney At Law
1325 Palm Blvd
Ste H
Brownsville, Texas 78520

Attorney for Defendant Boys & Girls Club of Brownsville, Inc.

Craig H. Vittitoe          *Via CM/RRR No. 7001 0360 0001 0853 5906*
Adams and Graham
222 E. Van Buren
West Tower
Harlingen, Texas 78550

Attorney for Defendant Cameron County, Texas

JENNETTE E. DEPONTE
Assistant Attorney General

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| *JANE DOE ANF OF JUNE DOE, MINOR* | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | **Civil Action No. B-01-136** |
| | § | |
| *BOYS AND GIRLS CLUB* | § | |
| *OF BROWNSVILLE* | § | |
| *INC. AND CAMERON COUNTY AND* | § | |
| *STATE OF TEXAS* | § | |
| *Defendants.* | § | |

# EXHIBIT "A"

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

SOUTHERN _____ DISTRICT OF _____ TEXAS

| | |
|---|---|
| Jane Doe Individually<br>and as next friend<br>of June Doe, A minor<br><br>V.<br><br>Boys & Girls Club of<br>Brownsville Inc., Cameron<br>county and State of Texas | **SUMMONS IN A CIVIL CASE**<br><br>CASE NUMBER: B01-136 |

TO: (Name and address of defendant)   State of Texas

Gwyn Shew
Secratary of State
P.O. Box 12079
Austin, Texas 78711-2070

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Albert Villegas
1324 East Seventh
Brownsville, Texas 78520

an answer to the complaint which is herewith served upon you, within ____30____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

RECEIVED
SECRETARY OF STATE

AUG 12 2002
2:30 PM
CITATIONS UNIT

Michael N. Milby, Clerk
CLERK

_8-6-02_
DATE

_[signature]_
(BY) DEPUTY CLERK

2003-067692-1

O 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | 08-07-02 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| LINDA M. SALAZAR | Civil Processor |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): _Certified Mail_ _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
Date

Signature of Server: _Linda M. Salazar_

Address of Server: 4914 Boca Chica Blvd
Bro. TX. 78521

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

