IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas

OCT 16 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JANE DOE ANF OF JUNE DOE, MINOR | § | |
| | § | |
| | § | |
| vs | § | C.A. NO. B01 136 |
| | § | |
| BOYS AND GIRLS CLUB OF BROWNSVILLE | § | |
| INC. AND CAMERON COUNTY | § | |

MOTION TO DISMISS STATE OF TEXAS
AND COUNTY OF CAMERON

Comes Now Plaintiffs who file this their Motion to Dismiss the Claims against the State of Texas and County of Cameron and would respectfully show the Court as follows:

I

Plaintiffs move the court to dismiss the claims asserted against the State of Texas and County of Cameron only. Plaintiffs have researched the law and recent court rulings reflect that there exists little likelihood of success that seemed apparent at the time the suit against these entities was filed.

Wherefore Premises considered, Plaintiffs move the Court to Dismiss the Claims against the State of Texas and County of Cameron.

RESPECTFULLY SUBMITTED

ALBERT VILLEGAS
1324 EAST SEVENTH
BROWNSVILLE TEXAS
956 544 3352
BAR NO 20585450
FEDERAL ID NO 3903
ATTORNEY FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I Hereby certify that a true and correct copy of the foregoing has been sent this 15TH day of October, 2002 BY FAX AND REGULAR MAIL.

_____
ALBERT VILLEGAS