United States District Court
Southern District of Texas
FILED

OCT 16 2002

Michael N. Milby
Clerk of Court

THE HONORABLE JOHN WM. BLACK

HEARING ON MOTION TO DISMISS UNDER RULE 12(b)(6)
FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED

| | |
|---|---|
| CIVIL ACTION NO. B-01-136 | DATE & TIME: 10-16-02 AT 1:30 P.M |
| JANE DOE A/N/F OF JUNE DOE, MINOR | PLAINTIFF(S) COUNSEL   ALBERT VILLEGAS |
| VS. | |
| BOYS & GIRLS CLUB OF BROWNSVILLE, INC. AND CAMERON COUNTY | DEFENDANT(S) COUNSEL   CARLA SAENZ  CRAIG H. VITTITOE  ROGER W. HUGHES  JENNETTE DEPONTE |

CSO: Tony Yanez
ERO: Rita Nieto

Attorneys Albert Villegas, Maria Estella Garcia in lieu of Carla Saenz, Roger Hughes and Gerard Rawls in lieu of Jennette DePonte appeared.

Plaintiff filed a Motion to Dismiss (Docket No. 41) its claims against Defendants State of Texas and Cameron County. If granted, the only remaining Defendant is Boys & Girls Club of Brownsville, Inc. As such, there is an issue as to whether the court maintains jurisdiction over the case. There may no longer be federal question jurisdiction. After consultation between the remaining parties, Plaintiff may file a Motion to Remand the case to state court.

Motions to Dismiss Defendants States of Texas and Cameron County granted.

Order will be entered dismissing the case as to Defendants State of Texas and Cameron County.