IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
-BROWNSVILLE DIVISION-

| | | |
|---|---|---|
| JANE DOE A/N/F/ OF JUNE DOE, MINOR,<br>Plaintiff,<br><br>VS.<br><br>BOYS & GIRLS CLUB OF BROWNSVILLE, INC., and CAMERON COUNTY, and STATE OF TEXAS,<br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION B-01-136 |

United States District Court
Southern District of Texas
ENTERED

OCT 1 8 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

## ORDER

Defendant, STATE of TEXAS, filed a Motion to Dismiss (Docket No. 40) for Insufficient Service of Process and for Failure to State a Claim upon which Relief could be Granted.

Defendant, CAMERON COUNTY, filed a Motion to Dismiss (Docket No. 38) for Failure to State a Claim upon which Relief could be Granted.

Plaintiff, JANE DOE A/N/F/ JUNE DOE, MINOR, filed a Motion to Dismiss (Docket No. 41) its claims as to Defendants State of Texas and Cameron County, conceding the basis for dismissal in Defendants' motions.

Defendant, STATE OF TEXAS, Motion to Dismiss is hereby GRANTED.

Defendant, CAMERON COUNTY, Motion to Dismiss is hereby GRANTED.

Plaintiff, JANE DOE A/N/F/ JUNE DOE, MINOR, Motion to Dismiss is hereby GRANTED.

Claims against STATE OF TEXAS and CAMERON COUNTY are DISMISSED.

DONE at Brownsville, Texas, this 17th day of October, 2002.

                                                Andrew S. Hanen
                                          United States District Judge