# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

## ORDER

United States District Court
Southern District of Texas
ENTERED

OCT 2 9 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| JANE DOE A/N/F OF JUNE DOE, A MINOR § | |
| § | |
| VS. § | CIVIL ACTION NO. B-01-136 |
| § | |
| BOYS & GIRLS CLUB OF BROWNSVILLE, § | |
| INC., ET AL. § | |

TYPE OF CASE:        __X__ CIVIL                                    ____ CRIMINAL

TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

TYPE OF PROCEEDING:

**STATUS CONFERENCE**

PLACE:                                                               ROOM NO.:

**UNITED STATES FEDERAL COURTHOUSE**        **SECOND FLOOR COURTROOM, #2**
**600 E. HARRISON STREET**
**BROWNSVILLE, TEXAS**                              DATE AND TIME:

**DECEMBER 18, 2002 AT 2:00 P.M.**

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:    OCTOBER 29, 2002

TO:        MR. ALBERT VILLEGAS
             MS. CARLA SAENZ