United States District Court
Southern District of Texas
FILED

NOV 2 9 2002

Michael N. Milby
Clerk of Court

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JANE DOE, A/N/F OF JUNE DOE, | § | |
| A MINOR | § | |
| *Plaintiffs* | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. B-01-136 |
| | § | |
| BOYS AND GIRLS CLUB OF | § | |
| BROWNSVILLE INC., AND CAMERON | § | |
| COUNTY AND STATE OF TEXAS | § | |
| *Defendants* | § | |

---

**DEFENDANT BOYS AND GIRLS CLUB OF BROWNSVILLE, INC.'S
MOTION TO COMPEL PLAINTIFFS TO ANSWER AND RESPOND TO
DEFENDANT'S FIRST SET OF INTERROGATORIES AND REQUEST FOR
PRODUCTION TO PLAINTIFF JANE DOE, INDIVIDUALLY,
A/N/F OF JUNE DOE, A MINOR**

---

TO THE HONORABLE JUDGE OF SAID COURT:

**COMES NOW, BOYS AND GIRLS CLUB OF BROWNSVILLE, INC.,** Defendant in

the above-styled and numbered cause of action, and files this its Motion to Compel Plaintiffs to

Answer and Respond to Defendant's First Set of Interrogatories and Requests for Production

Propounded to Plaintiffs, **JANE DOE, INDIVIDUALLY AND AS NEXT FRIEND OF JUNE

DOE, A MINOR,** and in support thereof would show the following:

### I.

On or about March 13, 2002, Defendant Boys and Girls Club of Brownsville, Inc., sent

First Set of Interrogatories and Request for Production to Plaintiff Jane Doe, Individually and As

Next Friend of June Doe, A Minor, via certified mail. A copy of the letter is attached hereto as

---

**Exhibit "A"**.  The First Set of Interrogatories and Request for Production were propounded under the provisions of the Federal Rules of Civil Procedure.

## II.

On or about July 5, 2002, Defendant received Plaintiff's, Jane Doe, Individually, answers, responses and/or objections to Defendant's First Set of Interrogatories and Request for Production, a true and correct copy of which is enclosed hereto as **Exhibit "B."**

Plaintiff's objections and answers to Interrogatory Nos. Interrogatory No. 1, 8, 9, 11, 15, 16, 20, 21, 22, and 23; and, Request for Production Nos. 1, 2, 3, 4, 5, 6 and 8 are without merit, inadequate or incomplete and constitute a clear abuse of the discovery process.

On or about July 5, 2002, Defendant received Plaintiff's Jane Doe, As Next Friend of June Doe, a minor, answers, responses and/or objections to Defendant's First Set of Interrogatories and Request for Production, a true and correct copy of which is enclosed hereto as **Exhibit "C."**

Plaintiff's objections and answers to Interrogatory Nos. 1, 2, 5, 6, 8, 9, 11, 14, 15, 18, 20, 21, 22, 23 and, 25; and, Request for Production Nos. 1, 3, 5, 7, 8, 9 and 10 are without merit, inadequate or incomplete and constitute a clear abuse of the discovery process.

Said discovery requests seek information relevant to the subject matter in this action, and may lead to the discovery of admissible evidence at trial.

Defendant requests that the Plaintiffs be compelled to answer to the Interrogatories and Requests for Production listed above on the basis that Plaintiff's objections and answers are not contemplated by the Texas Rules of Civil Procedure.

### III

On or about October 21, 2002, Defendant sent a letter to Plaintiffs' counsel advising him of their incomplete answers and responses to Defendant's First Set of Interrogatories and Requests for Production, a true and correct copy of which are attached hereto as **Exhibit "D."** Plaintiffs have not supplemented their answers and responses to the items addressed above in the Defendant's First Set of Interrogatories and Requests for Production.

As of the date of the filing of this Motion, the Plaintiffs have not supplemented their answers or responses to said First Set of Interrogatories and Requests for Production discussed above.

### IV.

The Plaintiff has an obligation or duty under the Federal Rules of Civil Procedure to fully answer and respond to said Interrogatories and Requests for Production and to subsequently supplement each answer and response. Accordingly, the Defendant would be highly prejudiced and cannot prepare its defenses for the trial of this lawsuit without a ruling from the Court.

### V.

An attempt to confer with Plaintiffs' counsel was unsuccessful. Please see attached **Exhibit "D."**

**WHEREFORE, PREMISES CONSIDERED,** Defendant, **BOYS AND GIRLS CLUB OF BROWNSVILLE, INC.,** pray that upon a hearing the Court enter an order compelling Plaintiffs, **JANE DOE, INDIVIDUALLY AND AS NEXT FRIEND OF JUNE DOE, A MINOR,** to answer and respond to Interrogatories and Requests for Production, within ten (10)

days from the date of this hearing. This Defendant also requests the Court to grant attorney's fees

to this Defendant's attorney, in a reasonable amount, for the time required in preparing for, filing

for and attending the hearing on this Motion and for such other and further relief to which this

Defendant may show itself entitled.

DATED this _____ day of _____, 2002.


Respectfully Submitted,

**CARLA M. SAENZ & ASSOCIATES, P.L.L.C.**
1325 Palm Blvd., Suite H
Brownsville, TX 78520
(956) 541-2862 - Telephone
(956) 541-2864 - Telecopier



BY: _____
         CARLA SAENZ MARTINEZ
         State Bar No. 17514595
         Federal I. D. 7994

**ATTORNEYS FOR DEFENDANT,**
**BOYS AND GIRLS CLUB OF BROWNSVILLE, INC.**

## CERTIFICATE OF SERVICE

**I CERTIFY** that a true and correct copy of the above and foregoing document has been sent on this _26th_ day of _November_ 2002, to all counsel of record, to wit:

*Via CM/RRR 7002 2030 0000 2744 2816*

Mr. Albert Villegas
**Villegas Law Firm**
1324 E. 7th Street
Brownsville, Texas 78521

*Attorney for Plaintiffs*

CARLA SAENZ MARTINEZ

---

*Defendant Boys and Girls Club of Brownsville, Inc.'s Motion to Compel*

**Page -5-**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **JANE DOE, A/N/F OF JUNE DOE,** | § | |
| **A MINOR** | § | |
| *Plaintiffs* | § | |
| | § | |
| **vs.** | § | **CIVIL ACTION NO. B-01-136** |
| | § | |
| **BOYS AND GIRLS CLUB OF** | § | |
| **BROWNSVILLE INC., AND CAMERON** | § | |
| **COUNTY AND STATE OF TEXAS** | § | |
| *Defendants* | § | |

---

**ORDER GRANTING
DEFENDANT BOYS AND GIRLS CLUB OF BROWNSVILLE, INC.'S
MOTION TO COMPEL**

---

On this _____ day of _____, 200__, came on to be heard Defendant **BOYS AND GIRLS CLUB OF BROWNSVILLE, INC.'s** Motion To Compel Plaintiffs to Answer and Respond to Defendant's First Set of Interrogatories and Requests for Production propounded to Plaintiff **JANE DOE, INDIVIDUALLY AND AS NEXT FRIEND OF JUNE DOE, A MINOR.** The Court, after considering said Motion, and argument of counsel, is of the opinion that said Motion should be in all things **GRANTED**, and that Plaintiffs **JANE DOE, INDIVIDUALLY AND AS NEXT FRIEND OF JUNE DOE, A MINOR** are hereby ordered to file answers and responses to Defendant **BOYS AND GIRLS CLUB OF BROWNSVILLE, INC.'s** First Set of Interrogatories and Requests for Production, within ten (10) days from the date of this Order.

**IT IS, THEREFORE, ORDERED, ADJUDGED and DECREED** that Plaintiffs **JANE DOE, INDIVIDUALLY AND AS NEXT FRIEND OF JUNE DOE, A MINOR** shall file answers and responses to Interrogatories and Requests for Production within ten (10) days from the date of this Order.

**SIGNED AND ENTERED** this the ____ day of _____, 200__.


_____
U.S. DISTRICT JUDGE

Counsel of Record:

Ms. Carla M. Saenz, **CARLA M. SAENZ & ASSOCIATES, P.L.L.C.,** 1325 Palm Blvd., Suite H, Brownsville, TX 78520
Mr. Albert Villegas, **Villegas Law Firm,** 1324 E. 7th Street, Brownsville, TX 78521

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| JANE DOE, A/N/F OF JUNE DOE, | § | |
| A MINOR | § | |
| *Plaintiffs* | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. B-01-136 |
| | § | |
| BOYS AND GIRLS CLUB OF | § | |
| BROWNSVILLE INC., AND CAMERON | § | |
| COUNTY AND STATE OF TEXAS | § | |
| *Defendants* | § | |

---

### ORDER SETTING HEARING

---

**IT IS ORDERED** that a hearing in the above-entitled and numbered cause on Defendant

**BOYS AND GIRLS CLUB OF BROWNSVILLE, INC.'s** Motion to Compel Plaintiffs to

Answer and Respond to Defendant's First Set of Interrogatories and Requests for Production to

Plaintiffs **JANE DOE, INDIVIDUALLY AND AS NEXT FRIEND OF JUNE DOE, A

MINOR,** be, and the same is hereby set for the _____ day of _____, 200__,

at ____ o'clock a.m., in the United States District Court Southern District of Texas, Brownsville

Division.

**SIGNED AND ENTERED** this the ____ day of _____, 200__.


_____
**U.S. DISTRICT JUDGE**

Counsel of Record:

Ms. Carla M. Saenz, **CARLA M. SAENZ & ASSOCIATES, P.L.L.C.,** 1325 Palm Blvd., Suite H, Brownsville, TX 78520
Mr. Albert Villegas, **Villegas Law Firm,** 1324 E. 7th Street, Brownsville, TX 78521

# EXHIBIT "A"

# CARLA M. SAENZ & ASSOCIATES

ATTORNEYS AT LAW
1325 PALM BOULEVARD, SUITE H
BROWNSVILLE, TEXAS 78520
TELEPHONE (956) 541-2862
FAX (956) 541-2864

CARLA M. SAENZ                                      March 13, 2002

**_Via CM/RRR 7000 1530 0005 5015 1995_**

Mr. Albert Villegas
**Villegas Law Firm**
1324 E. 7th Street
Brownsville, TX 78521

Re:    **C.A. No. B-01-136; Jane Doe a/n/f of June Doe, a Minor vs. Boys and Girls Club of Brownsville, Inc. and Cameron County and State of Texas; In the United States District Court for the Southern District of Texas Brownsville Division**
       **Our File No.: 7400.0055/1808**

Dear Mr. Villegas:

        Enclosed herewith please find the following documents with regard to the above-referenced case:

1).    *Defendant, Boys and Girls Club of Brownsville, Inc.'s, First Set of Interrogatories and Request for Production to Plaintiff Jane Doe, Individually; and,*

2).    *Defendant, Boys and Girls Club of Brownsville, Inc.'s First Set of Interrogatories and Request for Production to Plaintiff Jane Doe, a/n/f June Doe, A Minor.*

        Should you have any questions, please feel free to contact me.

Sincerely,

**CARLA M. SAENZ & ASSOCIATES, P.L.L.C.**


BY: _____
        Carla M. Saenz

CMS/ls
Enclosure(s)

03-13-02

Mr. Albert Villegas
**Villegas Law Firm**
March 13, 2002
Page -2-

c.c.   Mr. Richard O. Burst
**Civil Legal Department**
**Commissioners Court**
964 E. Harrison
Brownsville, TX 78520



| SENDER: *COMPLETE THIS SECTION* | *COMPLETE THIS SECTION ON DELIVERY* |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Jesus cart 4/6_ ☐ Agent ☐ Addressee<br>B. Received by ( *Printed Name*) C. Date of Delivery 3-14-53 |
| 1. Article Addressed to:<br><br>Mr. Albert Villegas<br>**Villegas Law Firm**<br>1324 E. 7th Street<br>Brownsville, TX 78521 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No |
| | 3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)  ☐ Yes |
| 2. Article Number<br>(*Transfer from* 7000 1530 0005 5015 1995 | Re: Boys & Girls Club/disc. to plfs. |
| PS Form 3811, August 2001 | Domestic Return Receipt  102595-01-M-2509 |

7000 1530 0005 5015 1995

U.S. Postal Service
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

Postage $

Certified Fee

Return Receipt Fee
(Endorsement Required)

Restricted Delivery Fee
(Endorsement Required)

Total Postage & Fees $

Sent To

Street, Apt. No.; or PO Box No.

City, State, ZIP+4

Postmark Here

PS Form 3800, May 2000    See Reverse for Instructions

# EXHIBIT "B"

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

JANE DOE ANF OF JUNE DOE, MINOR     §
                                       §
                                       §

VS                                         §      C.A. NO. B01 136
                                        §

BOYS AND GIRLS CLUB OF BROWNSVILLE   §
INC., CAMERON COUNTY AND STATE OF    §
TEXAS                                    §

## PLAINTIFF JANE DOE, INDIVIDUALLY AND ON BEHALF OF JUNE DOE A MINOR, RESPONSES TO DEFENDANT BOYS AND GIRLS CLUB INTERROGATORIES AND REQUEST FOR PRODUCTION

TO:    Boys and Girls Club of Brownsville, Inc.
       By and through its attorney of record
       Carla Saenz
       1324 E. Palm Blvd
       Brownsville Texas 78520

Now Comes Plaintiffs who file this their Responses to Interrogatories and Request for Production.

RESPECTFULLY SUBMITTED

ALBERT VILLEGAS
1324 EAST SEVENTH
BROWNSVILLE TEXAS 78520
956 544 3352
FAX 956 544 7828
FEDERAL ID NO 3903
STATE BAR NO 20585450
ATTORNEY FOR PLAINTIFFS

RECEIVED
JUL 0 5 2002
BY:_____

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been sent to counsel of record on this the 5TH day of JULY, 2002 via regular mail.

_____
ALBERT VILLEGAS

**PLAINTIFF JANE DOE RESPONSES TO BOYS AND GIRLS CLUB**
**FIRST   SET OF INTERROGATORIES AND**
**REQUESTS FOR PRODUCTION**

**INTERROGATORY** NO.  I Please state the following:

- (a)    your full name and any other names you have ever used during your lifetime including maiden names or nicknames;
- (b)    your address or addresses for the past five (5) years, giving the street, street number, city and state;
- (c)    all social security numbers ever used by you;
- (d)    all drivers license numbers ever used by you, including the state that issued the number and any restrictions;
- (e)    your date and place of birth; and
- (f)    the name and last known street address of each person to whom you have ever been married to, either ceremonially or by common law marriage.
- (g)    the name of each of your natural children and each foster child who has resided in your household.

**ANSWER:**
Margarita Lopez Vela
7181 Dockberry
Brownsville Texas
dl 03419047
SS 466 94 8099
Married previously to Victor Vela. Los Fresnos Texas
present husband Victor Leos,
minor plaintiff was only person who lived with me at time of incident

**INTERROGATORY NO. 2** Please list each school and college you have attended and the dates and number of years you attended each such school and college.

**ANSWER:**
Brownsville High School, GED
University of Texas Brownsville, Bachelor of Science in 1996

**INTERROGATORY NO. 3** Please give in detail your version of the events giving rise to this lawsuit, exactly what transpired and what the actions were immediately prior to, during and immediately after the incident in question.

**ANSWER:**
My daughter was a paid member of the defendant club. She was left in the care and custody of the defendant club. I was assured of her safety and well being by members of the staff. On separate occasions I learned she was assaulted sexually by one of the staff members or chaperones of the children while in the pool area and outside of the building.

**INTERROGATORY NO. 4** Please state the names and addresses of all persons who were or may have been witnesses to the events made the basis for this lawsuit.

**ANSWER:**
unknown

**INTERROGATORY NO. 5** Please identify all acts and/or omissions constituting negligence or wrongdoing which you allege were committed by this Defendant either before, during or after the incident in question.

**ANSWER:**
Failure to properly supervise its staff
failure to train its staff
failure to investigate the background of persons who were caring for the children
failure to provide a safe place
failure to supervise its members
failure to instruct its staff and members
providing criminals as caretakers for the minor children
leaving the children in the care of criminals
leaving the criminals unsupervised
This will be further supplemented upon further discovery

**INTERROGATORY NO. 6** Please describe the immediate area where the incident in question occurred.

**ANSWER:**

swimming pool and outside area near buildings

**INTERROGATORY NO. 7** Please describe in detail any and all damages which you allege to have sustained as a result of the alleged incident.

**ANSWER:**
mental anguish and pain and suffering, bills and expenses for treatment, lost wages for time off while caring for my daughter

**INTERROGATORY NO. 8** If you or minor Plaintiff have seen or have been seen by any physicians for treatment and/or examination as a result of the damages alleged by you or minor Plaintiff to have been received because of the incident in question, please state the names and addresses of such physicians, the dates of any examinations and/or treatments, your complaints or minor Plaintiff's to such physicians and the nature of any treatment prescribed or administered by such physicians.

**ANSWER:**
Dr. Burns,
MHMR staff, Brownsville Texas
Dr. Castaneda , Brownsville Texas
Dr. Dagoberto Martinez, Brownsville, Texas
The Lighthouse, Edinburg, Texas
all these were consulted after incidents made the basis of lawsuit.

**INTERROGATORY** NO. 9 If you or minor Plaintiff have been hospitalized as a direct result of the damages alleged by you or minor Plaintiff to have been received because of the incident in question, please state when and where you or minor Plaintiff were so hospitalized, the name and address of the physician who admitted you to such hospital, the names of any physicians who treated and/or examined you or minor Plaintiff during such hospitalization, and what treatments and/or surgery were administered to or performed upon you or minor Plaintiff during such hospitalization.

**ANSWER:**
Brownsville Medical Cente, Brownsville Texas, treated for severe depression

**INTERROGATORY** NO. 10 If you or minor Plaintiff have any present physical, mental or other health complaints, including any disability of any nature resulting from the incident made the basis of this lawsuit, please state what they are: include in your answer the length of time during which you or minor Plaintiff have had such complaint and any medication or treatment for such complaint.  If you or minor Plaintiff have no present physical or mental complaint, please state the approximate date upon which you or minor Plaintiff recovered from any injury you

claim as a result of the incident made the basis of this lawsuit.

**ANSWER:**
the minor plaintiff has severe psychological problems and fears, has considered suicide become withdrawn, despondent, obese. All problems began since the assaults and continue. My problems have to deal with seeing my daughter who was a beautiful normal girl become suicidal desperate obese young lady.

**INTERROGATORY** NO. 11 If, at any time prior to the incident made the basis of this lawsuit, you or minor Plaintiff had a regular family physician to whom you and other members of your family took any medical or health problem, please state the name(s) and address(es) of each such physician.

**ANSWER:**
**Dagoberto Martinez, Brownsville, Texas**
Dr. Castaneda, Brownsville Texas

**INTERROGATORY NO. 12** If you or minor Plaintiff suffered any injuries, illness or other physical or mental complaint within the ten-year period immediately preceding the incident made the basis of this lawsuit, please state the nature and duration of each such event, the names of any physicians rendering treatment, the diagnoses in each such event and the prognoses in each event.

**ANSWER:**
no

**INTERROGATORY NO. 13** If, excluding the instant lawsuit, you have ever been a party to a lawsuit in which any claim was made by you or on your behalf for damages due to personal injury or physical disability, please state the nature of the lawsuit, when and where such lawsuit was filed and the name of your attorney in such lawsuit.

**ANSWER:**

**INTERROGATORY NO. 14** Please state in detail what activities, actions or functions you or minor Plaintiff were able to do or perform immediately prior to the incident in question, which minor Plaintiff is no longer able to do as a result of the damages alleged by you to have been sustained because of the incident made the basis of this lawsuit.

**ANSWER:**
my child was going to school making good grades and after her grades suffered, she refuses to

go out, became a person who stays to herself. She does not do anything a normal girl would do like she did before including friends, social activities, movies, church.

**INTERROGATORY. NO. 15** Please itemize each and every expense which you or minor Plaintiff claim to have incurred as a result of damages received because of the incident made the basis of this lawsuit, including personal, medical, hospital, drug and doctor expenses.

**ANSWER:**
will supplement as State has paid these and my husband's insurance carrier

**INTERROGATORY NO. 16** If you have sustained any loss, injury or damage which you claim to be a direct result of the incident in question or of the damages which minor Plaintiff alleges to have sustained because of the incident in question, which is not described in the preceding interrogatory, please state the nature of any such injury, loss or damage, the amount of each and the date on which such injury, loss or damage occurred.

**ANSWER:**
The damages as set out above, the loss of enjoyment of life, of seeing my daughter grow up, of her having a normal life, of the psychological damages.

**INTERROGATORY NO. 17** If you have made or given any formal statement, sworn or unsworn to any person or firm regarding the incident in question, please state the name and address of each such person or firm.

**ANSWER:**
may have given one to Det. JJ Trevino, Brownsville Police Department.

**INTERROGATORY NO. 18** Please give the names and addresses of any and all persons from whom written or recorded statements have been obtained in your behalf concerning the subject matters of this lawsuit.

**ANSWER:**
none

**INTERROGATORY NO. 19** If you, your attorney, your insurance carrier or anyone acting in your behalf or in their behalf, has knowledge of any statements, photographs, reports, diagrams or other descriptive material in the possession or control of any person or firm concerning the persons, areas or events involved in the incident in question, please state the name and address of each such person or firm and the nature of the material.

**ANSWER:**
see attached photographs taken by my attorney.

**INTERROGATORY NO. 20** Starting five (5) years prior to the incident made the basis of this lawsuit and moving forward up to and including the present, please list all persons and/or companies by whom you have been employed or are employed; and for each employer, please include their address, your job duties or title, the date you started each employment and the date you left each employment, your rate of pay at each employment, and the reason for your termination at each employment.

**ANSWER:**
Foster parent for six years
Brownsville Ind School District, clerk for twenty years, left school district due to illness of mother

**INTERROGATORY N0. 2.1** Please state the telephone numbers, names and present addresses of any and all persons known to you or your attorney to have knowledge of any facts relevant to the subject matters of this lawsuit, and for each person named, please summarize in complete detail, the relevant facts to which each such person could be expected to testify.

**ANSWER:**
Plaintiffs will testify about actions of defendants agents, and damages
Detective JJ Trevino, Brownsville Police Department, Brownsville Texas expected to testify about his investigation
Mr. Bennett, Defendant Club representative who knew of policies and procedures of defendant.
employees of probation department and defendant Club whose names are unknown who are expected to testify about policy of placing criminals to work at defendant Club

**INTERROGATORY NO. 22** Please state the name, address and profession or occupation of every expert you plan to call to testify in this lawsuit: include in your answer the witness' field of expertise, credentials and the date the witness was engaged to provide services in connection with this lawsuit. Also, identify the name, address and phone number of each expert (whether or not such person will testify or is only a consultant) who has consulted with a testifying expert or upon whose opinion or work product a testifying expert is relying or considering in formulating an opinion.

**ANSWER:**
treating doctors

**INTERROGATORY** NO. **23** For each and every expert identified in your answer to Interrogatory No. 22, please identify the following:

     (a)    the subject matter on which the expert is expected to testify or on which he has consulted with other testifying experts;

     (b)    the mental impressions and opinions held by the expert;

     (c)    the facts known to the expert (regardless of when the factual information was acquired) which relate to or from the basis of the mental impressions and opinions held by the expert.

**ANSWER:**
see records available by medical authorization attached

**INTERROGATORY NO. 24** Describe in detail any settlement agreement, deal or any other understanding of any kind reached with any other person or other entity in respect to this lawsuit (verbal, written or otherwise), including, but not limited to, "Mary Carter" agreements.

**ANSWER:**

**INTERROGATORY NO. 25** Please describe all investigation of the events surrounding the incident in question, which was conducted by you or on your behalf, including but not limited to the following:

     (a)    the dates on which the investigation was conducted;

     (b)    the name and address of the person conducting the investigation;

     (c)    the scope of the investigation;

     (d)    the names and addresses of all people from whom statements were taken and the name and address of the custodian of the statements;

     (e)    a description of all photos or videotapes taken;

     (f)    the identification of all documents produced or obtained during the investigation; and

     (g)    all tangible items contained during the investigation and the name and address of the custodian of said items.

**ANSWER:**
none other than my attorney

**REQUEST FOR PRODUCTION NO 1** Please produce all photographs, pictures, videotapes, x-rays or similar items showing minor Plaintiff's alleged injuries. Please reproduce said items (no photocopies), and Defendant will reimburse you for the reasonable costs of doing so.

**RESPONSE:**

see photograph of minor Plaintiff

**REQUEST FOR PRODUCTION NO . 2** Please produce copies of all medical reports, records and documents of any physician or health care professional treating you and minor Plaintiff and of any hospital to which you or minor Plaintiff have been admitted concerning diagnosis and treatment of any physical or mental injuries which you and minor Plaintiff claim resulted from the incident made the basis of this lawsuit or which are reasonably related to the injuries or damages asserted.

**RESPONSE:**
SEE ATTACHED

**REQUEST FOR PRODUCTION NO. 3** Please produce copies of all bills, invoices and other

documents reflecting expenses you claim to have incurred as a result of the incident made the basis of this lawsuit.

**RESPONSE:**
SEE ATTACHED

**REQUEST FOR PRODUCTION NO 4:** Please produce copies of all of your tax returns (including all W-2s and 1099s) for the five (5) years preceding the accident made the basis of this lawsuit and for all years subsequent to the date of said accident.

If you are unwilling or unable to produce the documents requested above, **please sign and date the enclosed Form 4506,** Request for Copy of Tax Form, so that the requested documents may be obtained from the Internal Revenue Service.

**RESPONSE:**
SEE ATTACHED

**REQUEST FOR PRODUCTION NO. 5** Please produce copies of all statements obtained from Defendant, its agents and employees regarding any facts relevant to this lawsuit.

**RESPONSE:**
NONE

**REQUEST FOR PRODUCTION NO. 6** Please produce copies of any and all other documents evidencing a loss for which the Plaintiffs are seeking damages in this cause of action.

**RESPONSE:**
SEE ATTACHED

**REQUEST FOR PRODUCTION NO. 7** Please produce copies of all photographs, pictures, videotapes or similar items showing the site of the incident. Please reproduce said items (no photocopies), and Defendant will reimburse you for the reasonable costs of doing so.

**RESPONSE:**

SEE ATTACHED

**REQUEST FOR PRODUCTION NO. 8** Please produce all documents and tangible things, including but not limited to, tangible reports, physical models and compilations of data that was:

    (a)    prepared by an expert or for an expert in anticipation of the expert's trial and deposition testimony; and

    (b)    prepared by an expert used for consultation if said documents and tangible things form the basis, in whole or in part, of the opinions of an expert who is to be called as a witness.

**RESPONSE:**
WILL SUPPLEMENT

**REQUEST FOR PRODUCTION NO. 9** Please produce all photographs, pictures, videotapes or similar items showing the area where the alleged incident occurred, injuries to the minor Plaintiff and activities of the Defendants. Please reproduce said items (no photocopies), and Defendant will reimburse you for the reasonable costs of doing so.

**RESPONSE:**
SEE ATTACHED

**REQUEST FOR PRODUCTION** NO. 10 Please produce copies of any business records of this Defendant, its agents, and employees which pertain to the manner of the happening of the incident made the basis of this lawsuit.

**RESPONSE:**
NONE

**REQUEST FOR PRODUCTION** NO. 11 If you or minor Plaintiff claim to have suffered mental or physical injury and damage as a result of the incident made the basis of this lawsuit, **please execute the attached Request for Social Security Earnings Information.**

**RESPONSE:**
SEE ATTACHED

**REQUEST FOR PRODUCTION** NO. 12 If you or minor Plaintiff claim to have suffered mental or physical injury and damage as a result of the incident made the basis of this lawsuit, **please execute the attached release for Texas Employment Commission records** permitting the full disclosure of all records concerning unemployment compensation or application for said compensation.

**RESPONSE:**
SEE ATTACHED

**REQUEST FOR PRODUCTION** NO. 13 If you or minor Plaintiff claim to have suffered mental or physical injury and damage as a result of the incident made the basis of this lawsuit, **please execute the attached Medical Authorization** authorizing the undersigned to obtain copies of the records of any physician treating you or minor Plaintiff or any hospital to which you or minor Plaintiff have been admitted subsequent to the date of the incident giving rise to this litigation.

**RESPONSE:**
SEE ATTACHED

**REQUEST FOR PRODUCTION** NO. 14 Please produce copies of all statements obtained from any witness to the events made the basis of this lawsuit or any person who has knowledge of any facts relevant to this lawsuit.

**RESPONSE:**
NONE

**REQUEST FOR PRODUCTION NO. 15** If you claim to have suffered mental or physical injury and damage as a result of the incident made the basis of this lawsuit, **please execute before a Notary Public the attached release for Texas Workers' Compensation Commission** records permitting the full disclosure of all records concerning workers' compensation information.

**RESPONSE:**

SEE ATTACHED

**REQUEST FOR PRODUCTION NO. 16** Please produce copies of any and all employment records from any and all jobs you have held in the last five (5) years.  If you do not have these records, **please sign the attached release for employment records.**

**RESPONSE:**
SEE ATTACHED

**REQUEST FOR PRODUCTION NO. 17** Please produce copies of any and all documents, reports, correspondence, memorandums, manuals, written policies, and other writings originating from Defendant which contain information or facts relevant to any issue in this lawsuit.

**RESPONSE:**
NONE

# EXHIBIT "C"

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

JANE DOE ANF OF JUNE DOE, MINOR    §
§
§
vs                                 §        C.A. NO. B01 136
§
BOYS AND GIRLS CLUB OF BROWNSVILLE §
INC., CAMERON COUNTY AND STATE OF  §
TEXAS                              §

**PLAINTIFF JANE DOE, INDIVIDUALLY AND
ON BEHALF OF JUNE DOE A MINOR,
RESPONSES TO DEFENDANT
BOYS AND GIRLS CLUB INTERROGATORIES
AND REQUEST FOR PRODUCTION**

TO:    Boys and Girls Club of Brownsville, Inc.
       By and through its attorney of record
       Carla Saenz
       1324 E. Palm Blvd
       Brownsville Texas 78520


       Now Comes Plaintiffs who file this their Responses to Interrogatories and Request for
Production.

                              RESPECTFULLY SUBMITTED

                              _____
                              ALBERT VILLEGAS
                              1324 EAST SEVENTH
                              BROWNSVILLE TEXAS 78520
                              956 544 3352
                              FAX 956 544 7828
                              FEDERAL ID NO 3903
                              STATE BAR NO 20585450
                              ATTORNEY FOR PLAINTIFFS


RECEIVED
JUL 0 5 2002
BY:

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been sent to counsel of record on this the 5TH day of JULY, 2002 via regular mail.

ALBERT VILLEGAS

**PLAINTIFF JANE DOE, A MINOR,  RESPONSES TO
FIRST SET OF INTERROGATORIES
AND REQUEST FOR PRODUCTION**

## INTERROGATORY NO. 1:

Please state your name, date of birth, current address, social security number, driver's license number, and relationship to the minor child for whom you act as next friend.

**ANSWER:**
Ruby Ann Vela
12 2 85
no DL
Margarita Vela is natural mother of Ruby Ann Vela

INTERROGATORY NO . 2:

Please state the name, date of birth, address, and social security number of the minor child in whose interest this lawsuit was filed.

**ANSWER:**
**Ruby Ann Vela**
12 2 85
no dl

## INTERROGATORY NO. 3:

Please state your marital history, including:

      (a)     the name, address, social security number, date of birth, date of marriage, and driver's license number of your present spouse, if any;

      (b)     the names of all prior spouses and their current address, the date of marriage, the date of termination of the marriage, and whether the marriage was terminated by divorce or death.

**ANSWER:**
none for minor

**INTERROGATORY NO. 4:**

State the names, dates of birth, addresses and both parents' names of all children of either of the parents of the minor Plaintiff.

ANSWER:
Margarita Vela 7181 Dockberry Brownsville Texas
Victor Vela, Los Fresnos Texas

**INTERROGATORY NO. 5:**

State the names and addresses of all doctors who have examined or treated the minor Plaintiff in the past ten (10) years and, for each, indicate the nature and dates of the examination or treatment.

**ANSWER:**
Dr. Castaneda, 3243 Southnmost, Brownsville Texas

**INTERROGATORY NO. 6:**

State the names and addresses of all hospitals in which the minor Plaintiff has been examined or treated in the past ten (10) years and, for each, state the nature and dates of the examination or treatment.

**ANSWER:**
Brownsville Medical Center, Brownsville Texas, exact date unknown but minor was severely depressed and suicidal as a result of assault as alleged in lawsuit.

**INTERROGATORY NO. 7:**

State whether you, or either of the parents of the minor Plaintiff, have ever been a party to a lawsuit or a worker's compensation claim, and, for each, state the date of the lawsuit or claim, the style or name of the lawsuit or claim, the court or agency in which the suit or claim was filed, the basis of the lawsuit or claim, and the disposition of the lawsuit or claim.

ANSWER:
no

## INTERROGATORY NO. 8:

State whether you or either of the parents of the minor Plaintiff have ever filed a claim individually or on behalf of a third party for unemployment benefits, disability benefits or other governmental benefits. For each, state the name of the person filing the claim, the person on whose behalf the claim was filed, the date of the claim, the agency to which the claim was made, the basis of the claim, and the disposition of the claim.

**ANSWER:**
the minor child may have received some type of state benefits but I am not aware of the specific type.

## INTERROGATORY NO 9

State the employment history for you and each of the parents of the minor Plaintiff for each of the past five (5) years, indicating for each employment the employer's name and address, your position, the name of your immediate supervisor, the dates of employment, your salary or wage, the number of hours worked per week, the nature of your duties, and the reason each employment was terminated.

**ANSWER:**
see Margarita Vela's response
stepfather Victor Leos works for Southwestern Bell Telephone Company

## INTERROGATORY NO. 10:

State all sources of income which you or the parents of the minor Plaintiff receive other than from the employment described in answer to the preceding interrogatory.

**ANSWER:**
none

## INTERROGATORY NO 11:

With regard to the incident made the basis of this suit, provide a narrative statement as to how the alleged incident occurred, including date, time, place, and a description of the alleged assailant, for each incident and what happened.

**ANSWER:**
on numerous dates in 1996, a man working at the club was assigned to watch us in the pool and around the facilities. The man assaulted me in the pool and around other buildings.

**INTERROGATORY NO. 12:**

State specifically each and every act and/or omission which you allege Defendant, Boys and Girls Club of Brownsville, Inc., their agents, servants, or employees, were responsible for or caused each incident described in your answer to the preceding interrogatory.

**ANSWER:**
Failure to properly supervise its staff
failure to train its staff
failure to investigate the background of persons who were caring for the children
failure to provide a safe place
failure to supervise its members
failure to instruct its staff and members
providing criminals as caretakers for the minor children
leaving the children in the care of criminals
leaving the criminals unsupervised
This will be further supplemented upon further discovery

**INTERROGATORY NO. 13:**

State whether you, either of the parents of the minor plaintiff, or any of their children have or had any physical or mental conditions or ailments requiring medical or psychological treatment and for each person, describe the nature of the condition or ailment and the treatment received therefor.

**ANSWER:**
yes severe mental and psychological problems and undergone hospitalization and counseling.

**INTERROGATORY NO. 14:**

State the name, address and telephone number of all persons who have knowledge of facts relevant to this lawsuit including other alleged victims, and for each state the nature of their knowledge.

**ANSWER:**
Ruby Ann Vela
Detective JJ Trevino Brownsville Police Department Brownsville Texas
Mr. Bennett

## REQUEST FOR PRODUCTION NO. 1:

Please provide us with written or other documentation concerning all factual observations, tests, supporting data, calculations, photographs and opinions of each expert witness, including but not limited to any reports prepared by or under the direction of such person, including any recording or transcripts thereof of any oral report. If any discoverable factual observations, tests, supporting data, calculations, photographs or opinion of any expert witness have not been recorded or reduced to a tangible form, then this party requests such matters be reduced to tangible form and produced.

**RESPONSE:**

see medical records, other information will be provided upon receipt

## INTERROGATORY NO. 15:

Itemize all medical, hospital, custodial, nursing and other expenses rendered to you or minor Plaintiff which you claim resulted from the alleged incident made the basis of this lawsuit.

**ANSWER:**
will supplement

## REQUEST FOR PRODUCTION NO. 2:

Please furnish copies of any settlement agreements that Plaintiffs have made with any other person, corporation, partnership or other legal entity in full or partial payment, or guaranteeing full or partial payment for the injuries and damages made the basis of this lawsuit.

**RESPONSE:**
none

## INTERROGATORY NO. 16:

State whether the minor Plaintiff has any unusual physical conditions or ailments such as diabetes, a heart condition, arthritis, congenital defect, etc., and if so, describe them in detail and state whether minor Plaintiff ever received medical treatment for these conditions and indicate the name and address and telephone number of those doctors who treated her for these problems.

**ANSWER:**
no

## INTERROGATORY NO. 17:

If minor Plaintiff claims to have sustained an injury to her body or mind as a result of the incident made the basis of this lawsuit, please state fully and completely all parts of her body or mind she claims were injured and any pain and suffering she has had as a result of each.

**ANSWER:**
the minor was sexually assaulted and suffered severe mental anguish, pain and suffering, depression, obesity and attempts at suicide.

## INTERROGATORY NO. 18:

Please identify, by name and address, all physicians, surgeons, chiropractors, osteopaths, psychiatrists, physiologists, or other practicing members of the healing arts or hospitals, pharmacies or other institutions who have rendered medical treatment or furnished medicines, drugs or supplies to you or minor Plaintiff for any injuries or pain resulting from the incident made the basis of this lawsuit.

**ANSWER:**
Dr. Castaneda
Dagoberto Martinez, Brownsville Texas
staff at the Lighthouse, Edinburg Texas
Brownsville Medical Center doctors
MHMR staff and doctors Brownsville Texas

## REQUEST FOR PRODUCTION NO 3:

Please furnish a copy of each invoice, bill or statement of such person or entity referred to in the immediately preceding question.

**RESPONSE:**
will supplement

## REQUEST FOR PRODUCTION NO. 4:

Please furnish us with written or other documentation concerning all factual observations, tests, supporting data, calculations, x-rays, photographs and opinions of each physician, surgeon, chiropractor, osteopath, psychiatrist, psychologist, or other practicing member of the healing arts that has treated minor Plaintiff for any injuries or pain resulting from the incident made the basis of this lawsuit and **sign the attached medical authorization.**

**RESPONSE:**
see attached


INTERROGATORY **NO. 19:**

If minor Plaintiff as been involved in any way in any accidents or suffered from sexual abuse, either prior to or subsequent to the incident made the basis of this suit, including automobile accidents, on the job accidents, industrial accidents, home accidents, or any other type of accidents, please state when and where such accident or sexual abuse took place and the general nature of each incident.

**ANSWER:**
no


**INTERROGATORY NO. 20:**

Please state completely and fully all representations, statements, declarations, or admissions made by this party or its agents, servants, or employees which you might attempt to make known to the judge or jury in the trial of this lawsuit.

**ANSWER:**
see attached statements

REQUEST FOR PRODUCTION NO 5:
Please provide us with all written or recorded statements in your custody made by the party (including its agents, servants or employees) propounded these requests for production.

**RESPONSE:**
**see attached**


**INTERROGATORY NO 21:**
Please identify all photographs, motion pictures, video T -V. recordings, maps, drawings, charts, diagrams, measurements, surveys, or other documents concerning the events and happenings made the basis of this lawsuit, the scene of the incident, or the area, persons or objects involved, either made before, at the time of, or after the time of the events in question, including any photographs made of minor Plaintiff at any time since the incident made the basis of this lawsuit, that you, your attorney, your insurance carrier or anyone acting on your or their behalf, have or know of.

**ANSWER:**
see attached

**REQUEST FOR PRODUCTION NO. 6:**

Please furnish a copy or supply a time and place for this party to view or copy or both each photograph, motion picture, video T.V. recording, map, drawing, chart, diagram, measurement, survey, or other documents concerning the events and happenings made the basis of this lawsuit, the scene of the incident, or the area, persons or objects involved, either made before, at the time of, or after the time of the events in question.

**RESPONSE:**
see attached

**INTERROGATORY NO. 22:**

If an investigation was conducted concerning the incident in question, please state: the name, address and occupation of the person who conducted each investigation, and if he/she does not now have custody of records or reports concerning the investigation, the name and address of the person now having custody of the records or report made concerning each investigation.

**ANSWER:**
my attorney may have conducted an investigation

REQUEST FOR PRODUCTIONO . 7:-

Please furnish a copy of all written or other documentation of any investigation of the incident in question.

**RESPONSE:**
**see attached**

**REQUEST FOR PRODUCTION. NO. 8** Please furnish a copy of any and all documents to which support said acts and/or omissions of negligence you have alleged this Defendant committed.

**RESPONSE:**
see attached and will supplement upon completion of discovery

## INTERROGATORY NO. 23:

Please state whether you have in your possession or control any written or recorded statements of any witnesses to the incident in question, and if so please identify the name and address of the person giving the written or recorded statement, the date it was given and to whom it was given.

**ANSWER:**
see attached

## REQUEST FOR PRODUCTION NO. 9:

Please provide us with all written or recorded statements in your custody made by any witnesses to the incident in question.

**RESPONSE:**
see attached

## INTERROGATORY NO. 24:

Please state each and every time period minor Plaintiff attended the Boys and Girls Club of Brownsville, Inc..

**ANSWER:**
I don't recall exact dates.

## INTERROGATORY NO. 25:
Either before or after the incident made the basis of this lawsuit, has the minor Plaintiff attended any school, public or private? If so. please give the following information:

(a)   the name and address of each school attended;

(b)   the school years of attendance;

(c)   the names of each of the minor's teachers in the school year preceding the accident in question;

(d)   the names of each of the minor Plaintiff's teacher since the accident in question; and

(e)   the number of days the minor Plaintiff was absent from such school following the date of the incident in question and the reason for such absence, if related to this lawsuit.

**ANSWER:**
Egly Elementary Brownsville, Texas
Oliveira Middle School, Brownsville, Texas
Morningside Elementary School, Brownsville Texas

other information don't recall


**REQUEST FOR PRODUCTION NO. 10:**
Please attach to this instrument any and all records from the school relative to **JUNE DOE,** in connection with said Request, **please execute the attached school records authorization.**

**RESPONSE:**
see attached




BROWNSVILLE POLICE DEPARTMENT

CASE#: 19993036605    DATE: 042500
TIME: 10:00AM

HE STATE OF TEXAS   I
COUNTY OF CAMERON . I
BEFORE ME, THE UNDERSIGNED AUTHORITY IN AND FOR THE SAID COUNTY AND
STATE, ON THIS THE 25    DAY OF APRIL    , A.D., 20 00   ,
PERSONALLY APPEARED RONNIE BENNETT                    , WHO AFTER
BEING DULY SWORN, DEPOSES AND SAYS:

MY NAME IS: RONNIE BENNETT

D.O.B: 091851

MY HOME ADDRESS IS: 2600 OLD SPANISH TRAIL

I AM PRESENTLY EMPLOYED WITH: BOYS AND GIRLS CLUB. GONZALEZ PARK

THE ADDRESS OF MY EMPLOYMENT IS: 34 TONY GONZALEZ DR.

MY TELEPHONE NUMBER(S) ARE: HOME: 541-1346

WORK: 546-0101

    I AM HERE AT THE BROWNSVILLE POLICE DEPARTMENT SPEAKING TO
DETECTIVE TREVINO IN REGARDS TO THE BOYS AND GIRLS CLUB.  I AM THE
DIRECTOR OF THE CLUB AND I OVERSEE ALL ACTIVITY THAT TAKES PLACE IN
REGARDS TO THE CLUB, TO INCLUDE COMPLAINTS FROM ANYONE.  IN AUGUST OR
SEPTEMBER OF LAST YEAR I RECEIVED A CALL FROM A LADY THAT WAS
INQUIRING ABOUT A GUY WHO USED TO ATTEND THE CLUB.  SHE ASKED ME IF I
KNEW ANYONE NAMED "MEL".  I TOLD HER THAT THE ONLY MEL THAT I KNEW
WAS A YOUNG MAN THAT USED TO COME HERE WHEN HE WAS SMALL AND LATER
ENDED UP DOING COMMUNITY SERVICE THERE.  SHE WENT ON TO TELL ME THAT
HER DAUGHTER HAD BEEN HAVING PROBLEMS WITHIN THE PAST YEAR AND THAT
DURING THE COURSE OF HER THERAPY, SHE SAID THAT SHE HAD BEEN MOLESTED
BY THIS GUY NAMED "MEL" WHILE SHE WAS AT THE BOYS AND GIRLS CLUB.
SHE SAID THAT THIS OCCURRED WHILE THEY WERE IN THE POOL AND THAT HE
WOULD TAKE HER OUT WHICH I UNDERSTOOD AS OUT IN THE PARK AND WOULD
SHOW HER A KNIFE AND THREATENED HER.  I EXPLAINED TO HER THAT I FELT
FOR HER DAUGHTER, BUT THE POSSIBILITIES OF ANYTHING HAPPENED LIKE SHE
WAS DESCRIBING IT TO ME WAS IMPOSSIBLE.  I EXPLAINED TO HER THAT WE
DO NOT ALLOW AT NO TIME ANY COMMUNITY SERVICE PERSONNEL TO GO INTO
THE POOL AREA OR GO OUTSIDE WITH ANY OF THE KIDS.  THE WAY THAT SHE
EXPLAINED IT WAS THAT THEY WERE ALONE.  THIS IS NOT A POSSIBILITY
BECAUSE THERE IS ALWAYS SO MANY KIDS EVERYWHERE AT ALL TIMES.  I DONT
REMEMBER THIS LADYS NAME BECAUSE I THOUGHT THAT AFTER I EXPLAINED
THIS TO HER SHE WOULD GO BACK AND LET THE THERAPIST KNOW ABOUT THE
POSSIBILITIES.  I THOUGHT THAT THINGS WERE TAKEN CARE OF BECAUSE I
DIDNT HEAR ANYTHING FOR A COUPLE OF MONTHS UNTIL DETECTIVE
TREVINO DURING THE COURSE OF HIS INVESTIGATION.  DETECTIVE TREVINO
HAS ASKED ME IF WE KEEP ANY SIGN IN RECORDS FOR OUR COMMUNITY SERVICE

## AFFIDAVIT

STATE OF TEXAS         §
                                          §

COUNTY OF CAMERON    §

     BEFORE ME, the undersigned Notary Public, on this day personally appeared **JANE DOE, INDIVIDUALLY**, and being first duly sworn by me, upon oath state that she is one of the Plaintiffs in the above styled and numbered cause of action, and that responses have been made to the Interrogatories as filed by the Defendant in said cause, and having read such responses, states that they are true and correct, accurate and complete.

                                  _____
                                   JANE DOE, INDIVIDUALLY

     SUBSCRIBED AND SWORN TO BEFORE ME on this the ⎯⎯ day of _June_, 2002, to certify which witness my hand and seal of office.



                                  _____
                                   Notary Public in and for the
                                   State of Texas

ALBERT VILLEGAS
NOTARY PUBLIC STATE OF TEXAS
COMMISSION EXPIRES:
APRIL 25, 2004

19

# TEXAS EMPLOYMENT COMMISSION RECORDS AUTHORIZATION

TO WHOM IT MAY CONCERN:

I, _Margarita S. Vela_____, do hereby authorize the Texas Employment Commission to release any records concerning me, or make any such report concerning my unemployment compensation or application for same, which might be requested by **CARLA SAENZ & ASSOCIATES, P.L.L.C.** and do request that any such request for records or reports by **CARLA SAENZ & ASSOCIATES, P.L.L.C.** be complied with.

It is intended that a photographic reproduction of this release given to the party releasing the information shall be sufficient authorization for the release.

DATED: ___7-15-02___

_____Margarita S Vela_____
JANE DOE

___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___
(social security number)

## EMPLOYMENT RECORDS AUTHORIZATION

TO WHOM IT MAY CONCERN:

This letter, or a copy hereof, will authorize you to furnish to the law firm of **CARLA SAENZ & ASSOCIATES, P.L.L.C. (and/or their associates and representatives)**, any and all of my personnel and/or employment records.

Margarita L. Vela
Name (Please Print)

Margarita S. Vela
Signature

7181 Dock Berry Rd
Address

3.22.52
Date of Birth

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
Social Security Number

WITNESS:

## AUTHORIZATION FOR RELEASE OF MEDICAL RECORDS AND
## HOSPITAL RECORDS, REPORTS AND INFORMATION

**DEAR DOCTOR OR HOSPITAL RECORDS CUSTODIAN:**

I, the undersigned, JANE DOE _Margarita Vela_, hereby authorize you to discuss with and authorize you to release to the attorneys of **CARLA SAENZ & ASSOCIATES, P.L.L.C.** or their authorized representative, any and all of your patient or hospital records, medical reports, x-rays, diagnostic studies, laboratory slides, clinical abstracts, histories, charts, and other information, documents, and opinions relevant to past, present, or future physical condition, treatment, care, examination, or hospitalizations of JANE DOE _Margarita Vela_ upon presentation of this authorization or a photostatic copy hereof.

_Margarita Vela_   JANE DOE was born on _March 22_ , 19_52_; her Social Security number is _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_ .

A copy of this authorization is agreed by the undersigned to have the same effect and force as an original. Any person, firm, or entity that releases matters pursuant to this authorization is released from any liability that might otherwise result from the release of those matters.

_Margarita E. Vela_
**JANE DOE**

This instrument was acknowledged before me on this the _15_ day of _June_, 2002.

ALBERT VILLEGAS
NOTARY PUBLIC STATE OF TEXAS
COMMISSION EXPIRES
APRIL 25

Notary Public in and for the
State of Texas

## AUTHORIZATION FOR RELEASE OF MEDICAL RECORDS AND HOSPITAL RECORDS, REPORTS AND INFORMATION

**DEAR DOCTOR OR HOSPITAL RECORDS CUSTODIAN:**

*Ruby Ann Vela*

I, the undersigned, JANE DOE, hereby authorize you to discuss with and authorize you to release to the attorneys of **CARLA SAENZ & ASSOCIATES, P.L.L.C.** or their authorized representative, any and all of your patient or hospital records, medical reports, x-rays, diagnostic studies, laboratory slides, clinical abstracts, histories, charts, and other information, documents, and opinions relevant to past, present, or future physical condition, treatment, care, examination, or hospitalizations of JANE DOE upon presentation of this authorization or a photostatic copy hereof.

*Ruby Ann Vela*

JANE DOE was born on December 2, ____, 19 86; her Social Security number is
_____.

A copy of this authorization is agreed by the undersigned to have the same effect and force as an original. Any person, firm, or entity that releases matters pursuant to this authorization is released from any liability that might otherwise result from the release of those matters.

Margarite S. Vela
**JANE DOE**

This instrument was acknowledged before me on this the 5 day of June, 2002.

Albert Villegas

Notary Public in and for the
State of Texas

**ALBERT VILLEGAS**
NOTARY PUBLIC STATE OF TEXAS
COMMISSION EXPIRES:
APRIL 28, 2004

Form Approved
OMB No. 0960-0525

# REQUEST FOR SOCIAL SECURITY EARNINGS INFORMATION

*Use This Form If You Need

1. Certified/Non-Certified Detailed Earnings Information

   Includes periods of employment or self-employment and the names and addresses of employers.

   OR

2. Certified Yearly Totals of Earnings

   Includes total earnings for each year but does not include the names and addresses of employers.

---

**DO NOT USE THIS FORM FOR:**

Non-certified yearly totals of earnings

*This service is free to the public.*

These totals can be obtained by calling 1-800-772-1213 to receive Form SSA-7004, Request for Earnings and Benefit Estimate Statement.

---

PRIVACY ACT NOTICE: We are authorized to collect this information under section 205 of the Social Security Act, and the Federal Records Act of 1950 (64 Stat. 583). It is needed so we can identify your records and prepare the statement you request. You do not have to furnish the information, but failure to do so may prevent your request from being processed.

The Paperwork Reduction Act of 1995 requires us to notify you that this information collection is in accordance with the clearance requirements of section 3507 of the Paperwork Reduction Act of 1995. We may not conduct or sponsor, and you are not required to respond to, a collection of information unless it displays a valid OMB control number.

TIME IT TAKES TO COMPLETE THIS FORM
We estimate that it will take you about 11 minutes to complete this form. This includes the time it will take to read the instructions, gather the necessary facts and fill out the form. If you have comments or suggestions on this estimate, write to the Social Security Administration, ATTN: Reports Clearance Officer, 1-A-21 Operations Bldg., Baltimore, MD 21235-0001. Send only comments relating to our "time it takes" estimate to the office listed above. All requests for Social Security cards and other claims-related information should be sent to your local Social Security office, whose address is listed under Social Security Administration in the U.S. Government section of your telephone directory.

---

## INFORMATION ABOUT YOUR REQUEST

- **How Do I Get This Information?**

  You need to complete the attached form to tell us what information you want.

- **Can I Get This Information For Someone Else?**

  Yes, if you have their written permission. For more information, see page 3.

- **Who Can Sign On Behalf Of The Individual?**

  The parent of a minor child, or the legal guardian of an individual who has been declared legally incompetent, may sign if he/she is acting on behalf of the individual.

- **Is There A Fee For This Information?**

  1. Certified/Non-Certified Detailed Earnings Information

     Yes, we usually charge a fee for detailed information. In most cases, this information is used for purposes NOT directly related to Social Security such as for a private pension plan or personal injury suit. The fee chart on page 3 gives the amount of the charge.

     Sometimes, there is no charge for detailed information. If you have reason to believe your earnings are not correct (for example, you have previously received earnings information from us and it does not agree with your records), we will supply you with more detail for the period in question. Occasionally, earnings amounts are wrong because an employer did not correctly

record earnings or earnings are credited to the wrong person. In situations like these, we will send you detailed information, at no charge, so we can correct your record.

Be sure to show the year(s) involved on the request form and explain why you need the information. If you do not tell us why you need the information, we will charge a fee.

We will certify the detailed earnings information for an additional fee of $15.00. Certification is usually not necessary unless you plan to use the information in court.

2. Certified Yearly Totals of Earnings

   Yes, there is a fee of $15 to certify yearly totals of earnings. Certification is usually not necessary unless you plan to use the information in court.

3. Method of Payment

   Enclose a check or money order for the entire fee required. Payment can also be made by credit card. To do so, complete page 4 of this form and return it with your request form.

- **Can The Fee Be Waived or Reduced?**

  Yes, if you show that giving the information to you will benefit the general public. Send your explanation with this form to the Freedom of Information Officer, Social Security Administration, Baltimore, Maryland 21235.

---

Form SSA-7050-F3 Destroy prior editions)    Printed on recycled paper

# REQUEST FOR SOCIAL SECURITY EARNINGS INFORMATION

**How Much Do I Have To Pay For Detailed Earnings?**

1.  Count the number of years for which you need detailed earnings information. Be sure to add in both the first and last year requested. However, do not add in the current calendar year since this information is not yet available.

2.  Use the chart below to determine the correct fee.

| Number of Years Requested | Fee | Number of Years Requested | Fee | Number of Years Requested | Fee |
|---|---|---|---|---|---|
| 1 | $15.00 | 15 | $43.75 | 28 | $64.50 |
| 2 | 17.50 | 16 | 45.50 | 29 | 66.00 |
| 3 | 20.00 | 17 | 47.25 | 30 | 67.50 |
| 4 | 22.50 | 18 | 49.00 | 31 | 68.75 |
| 5 | 25.00 | 19 | 50.75 | 32 | 70.00 |
| 6 | 27.00 | 20 | 52.50 | 33 | 71.25 |
| 7 | 29.00 | 21 | 54.00 | 34 | 72.50 |
| 8 | 31.00 | 22 | 55.50 | 35 | 73.75 |
| 9 | 33.00 | 23 | 57.00 | 36 | 75.00 |
| 10 | 35.00 | 24 | 58.50 | 37 | 76.25 |
| 11 | 36.75 | 25 | 60.00 | 38 | 77.50 |
| 12 | 38.50 | 26 | 61.50 | 39 | 78.75 |
| 13 | 40.25 | 27 | 63.00 | 40 | 80.00 |
| 14 | 42.00 | | | | |

**For Requests Over 40 Years, Please Add 1 Dollar For Each Additional Year.**

- **Whose Earnings Can Be Requested?**

  1. **Your Earnings**

     You can request earnings information from your own record by completing the attached form; we need your handwritten signature. If you sign with an "X", your mark must be witnessed by two disinterested persons who must sign their name and address.

  2. **Someone Else's Earnings**

     You can request earnings information from the record of someone else if that person tells us in writing to give the information to you. This writing or "authorization" must be presented to us within 60 days of the date it was signed by that person.

3. **A Deceased Person's Earnings**

   You can request earnings information from the record of a deceased person if you are the legal representative of the estate, a survivor (that is, the spouse, parent, child, divorced spouse or divorced parent), or an individual with a material interest (example - financial) who is an heir at law, next of kin, beneficiary under the will or donee of property of the decedent.

   Proof of death must be included with your request. Proof of appointment as representative or proof of your relationship to the deceased must also be included.

1. From whose record do you need the earnings information?

   Print the Name, Social Security Number (SSN), and date of birth below.

   Your Reference Number

   _____

   Name _____     Social Security Number _____

   Other Name(s) Used
   (Include Maiden Name) _____     Date of Birth
   (Mo/Day/Yr) _____

2. What kind of information do you need?

   ☐  Detailed Earnings Information     For the period(s) / year(s): _____
      (If you check this block, tell us below
      why you need this information.)

      _____
      _____

   ☐  Certified Total Earnings For Each Year.     For the year(s): _____
      (Check this box only if you want the information
      certified. Otherwise, call 1-800-772-1213
      to request Form SSA-7004, Request for Earnings
      and Benefit Estimate Statement)

3. If you owe us a fee for this detailed earnings information, enter the amount due
   using the chart on page 3. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    A.  $ _____

   Do you want us to certify the information?     ☐ Yes   ☐ No

      If yes, enter $15.00 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    B.  $ _____

   ADD the amounts on lines A and B, and
   enter the TOTAL amount . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    C.  $ _____

   - You can pay by CREDIT CARD by completing and returning the form on page 4, or
   - Send your CHECK or MONEY ORDER for the amount on line C with the request
     and make check or money order payable to "Social Security Administration."
   - DO NOT SEND CASH.

4. I am the individual to whom the record pertains (or a person who is authorized to sign on behalf of that individual). I
   understand that any false representation to knowingly and willfully obtain information from Social Security records is
   punishable by a fine of not more than $5,000 or one year in prison.

   SIGN your name here
   (Do not print)   >   *Margarita Plib*     Date  6-15-02

5. Tell us where you want the information sent. (Please print)

   Name _____

   Address _____

   City, State & ZIP Code _____

6. Mail Completed Form(s) To:

   Social Security Administration
   Office of Central Records Operations
   P.O. Box 129
   Baltimore, Maryland 21235

Form SSA-7050-F4 (2-96)                    2.

**YOU CAN MAKE YOUR PAYMENT BY CREDIT CARD**

As a convenience, we offer you the option to make your payment by credit card. However, regular credit card rules will apply.
You may also pay by check or money order.



We Only Accept MasterCard and VISA



Please fill in all the information below and return this form along with your request to:

Social Security Administration
Office of Central Records Operations
P.O. Box 129
Baltimore, Maryland 21235

Note: Please read Paperwork/Privacy Act Notice

| | |
|---|---|
| NUMBER HOLDER'S SSN - - - - - - - - - - - - - - > <br> (if more than one request, only list one SSN) | _____ - ____ - _____ |
| CHECK ONE - - - - - - - - - - - - - - - - - - - - - > | MasterCard ☐    VISA ☐ |
| Credit Card Holder's Name - - - - - - - - - - - - > <br> (Enter the name from the credit card) | First, Middle Initial, Last Name |
| Credit Card Holder's Address - - - - - - - - - - > | Number & Street <br> City, State, Zip Code |
| Daytime Telephone Number - - - - - - - - - - - - > | Area Code    Telephone Number |
| Amount Charged $ _____ | Credit Card Number <br> _____ - _____ - _____ - _____ |
| Credit Card Holder's Signature - - - - - - - - - - > | Credit Card Expiration Date <br> Month     Year |
| **DO NOT WRITE IN THIS SPACE** <br> **OFFICE USE ONLY** - - - - - - - - - > | Authorization <br> Name         Date |

### PAPERWORK/PRIVACY ACT NOTICE

The Social Security Administration (SSA) has authority to collect the information requested on this form under section 205 of the Social Security Act. Giving us this information is voluntary. You do not have to do it. We will need this information only if you choose to make payment by credit card. You do not need to fill out this form if you choose another means of payment (for example, by check or money order).

If you choose the credit card payment option, we will provide the information you give us to the banks handling your credit card account and SSA's account. We may also provide this information to another person or government agency to comply with federal laws requiring the release of information from our records. You can find these and other routine uses of information provided to SSA listed in the Federal Register. If you want more information about this, you may call or write any Social Security Office.

Send to:
TEXAS WORKERS' COMPENSATION COMMISSION
4000 South I-35 Southfield Building MS-48
Austin, Texas 78704

## REQUEST FOR RECORD CHECK

**INSTRUCTIONS: Please carefully read the Instructions before completing this form. INCORRECT/INCOMPLETE FORMS WILL BE RETURNED TO REQUESTOR WITHOUT ACTION. PAYMENT MUST ACCOMPANY REQUEST FORM.**

### I. CLAIMANT IDENTITY. Provide the following information to identify the injured employee

| Injured Employee's Name | Injured Employee's Social Security Number |
|---|---|
| | |

### II. REQUESTOR INFORMATION. Record check information will be sent to the requestor's address shown below.

| Requestor | Title |
|---|---|
| Firm Name | TWCC/Adjuster Box Number (if applicable) |
| Mailing Address | TWCC Account Number (if applicable) |

| City, State | | ZIP | Telephone Number ( ) | ☐ Authorized Legal Representative Statement on File |
|---|---|---|---|---|

### III. FEES.

Record Checks are $15.00 for Each Request. ☐ Check box if Certification is requested. ($1 Additional Fee)

### IV. REQUESTOR ELIGIBILITY AND NOTARIZATION. The Texas Workers' Compensation Act, Texas Labor Code, Title 5, Section 402.084, limits the release of confidential information in or derived from an employee's claim file to the categories of parties listed below. Please indicate the category of eligibility which qualifies you to receive the information requested. Sign and complete the notarization prior to sending the request to TWCC. Eligibility will be verified. Please check one box only.

☐ The employee or the employee's legal beneficiary

☐ The employee's or the legal beneficiary's representative

☐ The employer at the time of injury. Requestor must provide injured employee's period of employment: _____ to _____ mo./yr.    mo./yr.

☐ The Texas Certified Self-Insurer Guaranty Association established under Subchapter G, Chapter 407, if that association has assumed the obligations of an impaired employer

☐ The insurance carrier. Requestor must provide injured employee's date of injury: _____ mo./yr.

☐ The Texas Property and Casualty Insurance Guaranty Association, if that association has assumed the obligations of an impaired insurance company

☐ A third party litigant in a lawsuit, in which the cause of action arises from the incident that gave rise to the injury. (COPY OF FIRST PAGE OF PETITION AND STATEMENT OF FACTS THEREIN MUST BE ATTACHED). Requestor must provide injured employee's date of injury: _____ mo./yr.

I have read and understood this form and the accompanying instructions. I am entitled to receive the confidential employee information being requested as indicated above. I understand it is a Class A misdemeanor to unlawfully receive, publish, disclose, or distribute confidential claim information in or derived from an employee's claim file. {Texas Labor Code Sections 402.084; 402.086; 402.091}

Signature of Requestor X _Margarita Pillia_    Date 6-15-02

State of _____

County of _____

Before me on the above date personally appeared _____ who after first being sworn, said the statements contained in this request are true.

Signed _____

Notary Public, State of _____    My Commission Expires _____

**FORM TWCC-155**
REQUEST FOR RECORD CHECK INSTRUCTION

GENERAL

1. Use this form (TWCC-155) to request a history on a Texas workers' compensation claim. A record check provides the following data: the Industrial Accident Board (IAB) or Texas Workers' Compensation Commission (TWCC) number; the date of injury; the employer at the time of injury; the nature of the injury; and the disposition of the claim (old law) or whether the claim is Income/Indemnity or Reportable (new law). NOTE: Injuries prior to 1/1/91 are IAB/old law. Injuries on or after 1/1/91 are TWCC/new law.

2. *THIS FORM TWCC-155 MUST BE COMPLETED IN ITS ENTIRETY.* Please print in black ink or type. Send a separate TWCC-155 request form for each claimant for which you are requesting a record check. The original TWCC-155 must be submitted to the Commission.

3. *PAYMENT MUST ACCOMPANY THIS REQUEST FORM. THE REQUEST WILL BE RETURNED IF PAYMENT IS NOT ENCLOSED. FEES ARE SUBJECT TO CHANGE.*

4. Cancellation of a request for a record check may be made by calling the Records Division/Research & Evaluation at (512) 440-3579. *No refunds will be made after the request has been processed.*

5. For additional assistance in completing this TWCC-155, or to make an inquiry regarding the status of your request, call the Records Division/Research & Evaluation at (512) 440-3579.

6. FAX requests and/or altered forms will *not* be accepted.

7. Walk-ins will *not* be given priority service.

NOTE: *DO NOT* use this form to request a pre-employment check or copies of confidential claim and/or hearing files. To obtain *copies of confidential claim and/or hearing files,* complete and file Request For Copies Of Confidential Claim/Hearing Files Form (TWCC-153). To obtain a *pre-employment check* on persons who have been given a tentative offer of employment, complete and file Prospective Employment Authorization and Certification Form (TWCC-155).

SECTION I   CLAIMANT IDENTITY

1. The requestor *MUST* provide the full name and the social security number of the injured employee.

SECTION II   REQUESTOR INFORMATION

1. Enter the name, address, city, state and zip code of the requestor.

2. Give the TWCC/Austin Representative adjustor's box number if applicable.

3. If you have an active account with TWCC and want it to be charged against the account, the account number must be provided.

4. A party eligible to receive record check information may authorize a legal representative to request and receive the information on their behalf. If legal representative is requestor, box must be checked for verification purposes. Refer to TWCC Advisory 95-01 for requirements and additional information. Contact Executive Communication at (512) 707-5822 to obtain a copy of this advisory.

SECTION III   FEES

1. All record checks are $15.00 each.

2. Certifications are $1.00 additional fee each. If a certified copy is requested, the copy of the information requested will have a letter of certification attached which is signed or stamped and sealed by the Custodian of Records, or his delegate, attesting to the authenticity of the attached document(s).

SECTION IV   REQUESTOR ELIGIBILITY AND NOTARIZATION

1. *This section must not be altered in any manner!* If there are any alterations, statements or remarks added to this section, the request will not be processed and will be returned to the requestor.

2. The requestor *MUST* indicate in this section the legal basis on which he or she is *eligible* to receive confidential claimant information. Check *only one* category that reflects your eligibility to receive confidential information from a claim file. See Section II No. 4, above.

   A. An eligible insurance carrier must have handled a workers' compensation claim for the injured worker.

   B. An eligible third party litigant must attach a copy of the first page of the petition and the statement of facts described therein confirming participation in court action.

   C. Dates of employment or date of injury must be indicated if applicable.

3. The requestor *MUST* swear to the correctness of the entitlement information before a *notary public,* sign the completed form before the notary, and have the notary complete the sworn acknowledgment. The original signed and notarized form TWCC-155 should be mailed or personally delivered to: TEXAS WORKERS' COMPENSATION COMMISSION, SOUTHFIELD BUILDING, 4000 SOUTH IH-35, MS-95, AUSTIN, TX 78704. Incorrectly attested forms will be returned to the requestor without action.

4. NOTICE TO GOVERNMENTAL AGENCIES , POLITICAL SUBDIVISIONS OR REGULATORY BODIES ONLY: Do not complete this form if requesting confidential information in a capacity other than as an employer. Please contact TWCC Office of General Counsel at 4000 South IH 35, Austin, Texas 78704, (512) 440-3977 for information concerning determination of eligibility to receive record check information.

IMPORTANT:   BY EXECUTION OF FORM TWCC-155, THE REQUESTOR REPRESENTS THAT HE OR SHE IS ENTITLED TO THE INFORMATION REQUESTED AND THAT HE OR SHE HAS FULL AUTHORITY TO ACT AS A REQUESTOR. IT IS A *CLASS A MISDEMEANOR* FOR UNAUTHORIZED PERSONS TO RECEIVE CONFIDENTIAL CLAIM FILE INFORMATION OR TO DISCLOSE SUCH INFORMATION TO UNAUTHORIZED PARTIES. TEXAS LABOR CODE §§ 402.084, 402.091.

Please cut along this line before completing or mailing this form to the IRS

| Form **4506** (Rev. May 1997) Department of the Treasury Internal Revenue Service | **Request for Copy or Transcript of Tax Form** ▶ Read instructions before completing this form. ▶ Type or print clearly. Request may be rejected if the form is incomplete or illegible. | OMB No. 1545-0429 |
|---|---|---|

**Note: *Do not use this form to get tax account information. Instead, see instructions below.***

| 1a Name shown on tax form. If a joint return, enter the name shown first. | 1b First social security number on tax form or employer identification number (see instructions) |
|---|---|

| 2a If a joint return, spouse's name shown on tax form | 2b Second social security number on tax form |
|---|---|

3 Current name, address (including apt., room, or suite no.), city, state, and ZIP code

4 Address, (including apt., room, or suite no.), city, state, and ZIP code shown on the last return filed if different from line 3

5 If copy of form or a tax return transcript is to be mailed to someone else, enter the third party's name and address

6 If we cannot find a record of your tax form and you want the payment refunded to the third party, check here . . . . . ▶ ☐

7 If name in third party's records differs from line 1a above, enter that name here (see instructions) ▶

8 Check only one box to show what you want. There is **no charge** for items 8a, b, and c.

a ☐ Tax return transcript of Form 1040 series filed during the **current calendar year** and the **3 prior calendar years** (see instructions).

b ☐ Verification of nonfiling.

c ☐ Form(s) W-2 information (see instructions).

d ☐ Copy of tax form and all attachments (including Form(s) W-2, schedules, or other forms). **The charge is $23 for each period requested.**
   Note: *If these copies must be certified for court or administrative proceedings, see instructions and check here* . . . . . ▶ ☐

9 If this request is to meet a requirement of one of the following, check all boxes that apply.
   ☐ Small Business Administration     ☐ Department of Education     ☐ Department of Veterans Affairs     ☐ Financial institution

| 10 Tax form number (Form 1040, 1040A, 941, etc.) | 12 Complete only if **line 8d** is checked. Amount due: | | |
|---|---|---|---|
| | a Cost for each period . . . . . | $ | 23.00 |
| 11 Tax period(s) (year or period ended date). If more than four, see instructions. | b Number of tax periods requested on line 11 | | |
| | c Total cost. Multiply line 12a by line 12b . | $ | |
| | *Full payment must accompany your request. Make check or money order payable to "Internal Revenue Service."* | | |

**Caution:** *Before signing, make sure all items are complete and the form is dated.*

I declare that I am either the taxpayer whose name is shown on line 1a or 2a, or a person authorized to obtain the tax information requested. I am aware that based upon this form, the IRS will release the tax information requested to any party shown on line 5. The IRS has no control over what that party does with the information.

**Please Sign Here** ▶

Signature. See instructions if other than taxpayer, attach authorization document.    *Margarita Silva*    Date *6-15-02*

Title (if line 1a above is a corporation, partnership, estate, or trust)

Spouse's signature    Date

Telephone number of requester

Best time to call

**TRY A TAX RETURN TRANSCRIPT (see line 8a. instructions)**

## Instructions

*Section references are to the Internal Revenue Code.*

**TIP:** If you had your tax form filled in by a paid preparer, check first to see if you can get a copy from the preparer. This may save you both time and money.

**Purpose of Form.—**Use Form 4506 to get a tax return transcript, verification that you did not file a Federal tax return, Form W-2 information, or a copy of a tax form. Allow 6 weeks after you file a tax form before you request a copy of it or a transcript. For W-2

information, wait 13 months after the end of the year in which the wages were earned. For example, wait until Feb. 1999 to request W-2 information for wages earned in 1997.

   **Do not** use this form to request Forms 1099 or tax account information. See this page for details on how to get these items.

**Note:** *Form 4506 must be received by the IRS within 60 calendar days after the date you signed and dated the request.*

**How Long Will It Take?—**You can get a tax return transcript or verification of nonfiling within 7 to 10 workdays after the IRS receives your request. It can take up to 60 calendar

days to get a copy of a tax form or W-2 information. To avoid any delay, be sure to furnish all the information asked for on Form 4506.

**Forms 1099.—**If you need a copy of a Form 1099, contact the payer. If the payer cannot help you, call or visit the IRS to get Form 1099 information.

**Tax Account Information.—**If you need a statement of your tax account showing any later changes that you or the IRS made to the original return, request tax account information. Tax account information lists

*(Continued on back)*

**For Privacy Act and Paperwork Reduction Act Notice, see back of form.**     Cat. No. 41721E     Form **4506** (Rev. 5-97)



## TEXAS EMPLOYMENT COMMISSION RECORDS AUTHORIZATION

TO WHOM IT MAY CONCERN:

I, _____, do hereby authorize the Texas Employment Commission to release any records concerning me, or make any such report concerning my unemployment compensation or application for same, which might be requested by **CARLA SAENZ & ASSOCIATES, P.L.L.C.** and do request that any such request for records or reports by **CARLA SAENZ & ASSOCIATES, P.L.L.C.** be complied with.

It is intended that a photographic reproduction of this release given to the party releasing the information shall be sufficient authorization for the release.

DATED: _7/5/02_____

_Margarite Silla_____
JANE DOE

_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_____
(social security number)

## EMPLOYMENT RECORDS AUTHORIZATION

TO WHOM IT MAY CONCERN:

    This letter, or a copy hereof, will authorize you to furnish to the law firm of **CARLA SAENZ & ASSOCIATES, P.L.L.C. (and/or their associates and representatives)**, any and all of my personnel and/or employment records.

Margarita L. Vela
Name (Please Print)

Margarita P Vela
Signature

7181 Dock Berry Rd
Address

3.22-52
Date of Birth

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
Social Security Number

WITNESS:

# EXHIBIT "D"



# CARLA M. SAENZ & ASSOCIATES

**A Professional Limited Liability Company**
1325 PALM BLVD., SUITE H
BROWNSVILLE, TX 78520

CARLA SAENZ MARTINEZ
THERESA A. CRISTIANO
MARIA ESTELA GARCIA

Ph (956) 541-2862
Fax (956) 541-2864

October 21, 2002

<u>VIA CM/RRR NO. 7002 1000 0005 1024 5766</u>

Mr. Albert Villegas
**Villegas Law Firm**
1324 E. 7th Street
Brownsville, TX 78521

Re:   **C.A. No. B-01-136; Jane Doe a/n/f of June Doe, a Minor vs. Boys and Girls Club of Brownsville, Inc. and Cameron County and State of Texas; In the United States District Court for the Southern District of Texas Brownsville Division Our File No.: 7400.0055/1808**

Dear Mr. Villegas:

I am writing pursuant to Tex. R. Civ. P., 191.2 and 215 in an effort to resolve any discovery disputes which may exist, prior to and/or without the need for intervention by the court. In particular, I am writing concerning Defendants' first set of interrogatories and request for production propounded to Plaintiffs' in the above-referenced cause.

I have reviewed the answers and objections to interrogatories propounded to Plaintiff June Doe and I find that the answers are either incomplete and/or the objections are without merit. In particular, please supplement your answers as indicated below:

Interrogatory No. 1(e)      You did not provide the date and place of birth.

Interrogatory No. 8      You did not provide the addresses of the physicians, the dates of any examinations or treatments, the complaints, and the nature of the treatments.

Interrogatory No. 9      You did not state when the Plaintiff was hospitalized, the name and address of the physician and, the treatments administered to Plaintiff or minor Plaintiff during such hospitalization.

Interrogatory No. 11      You did not state the addresses of the physicians.

Interrogatory No. 15      You said that you will supplement. Please itemize each and every expense which you or minor Plaintiff claim to have

Mr. Albert Villegas
**Villegas Law Firm**
October 21, 2002
Page -2-

incurred as a result of damages received because of the incident made the basis of this lawsuit, including personal, medical, hospital, drug and doctor expenses.

Interrogatory No. 16     You did not state the nature of such injury, loss of damage, the amount of each and the date on which such injury, loss or damage occurred.

Interrogatory No. 17     You did not provide his address.

Interrogatory No. 20     You did not state the date you started each employment and the date you left each employment, your rate of pay at each employment.

Interrogatory No. 2.1     You did not provide the telephone numbers and the present addresses of the persons with relevant knowledge.

Interrogatory No. 22     You did not state the name, address or profession or occupation of every expert you plan to call to testify in this lawsuit. You did not include in your answer the witness' field of expertise, credentials and the date the witness was engaged to provide services in connection with this lawsuit. Also, you did not identify the name, address and phone number of each expert who has consulted with a testifying expert or upon whose opinion or work product a testifying expert is relying or considering in formulating an opinion.

Interrogatory No. 23     You did not provide the medical authorization form.

(a)     You did not identify the subject matter on which the expert is expected to testify or on which he has consulted with other testifying experts;

(b)     You did not provide the mental impressions and opinions held by the expert;

(c)     You did not provide the facts known to the expert (regardless of when the factual information was acquired) which relate to or from the basis of the mental impressions and opinions held by the expert.

Request for Production No. 1     You said "see photograph of minor Plaintiff" but you did not produce it.   Please produce the photograph and any photographs, pictures, videotapes, x-rays or similar items showing minor Plaintiff's alleged injuries.

Mr. Albert Villegas
**Villegas Law Firm**
October 21, 2002
Page -3-

| | |
|---|---|
| Request for Production No. 2 | You said "See Attached" but you did not produce anything. Please produce copies of all medical reports, records and documents of any physician or health care professional treating you and minor Plaintiff and of any hospital to which you or minor Plaintiff have been admitted concerning diagnosis and treatment of any physical or mental injuries which you and minor Plaintiff claim resulted from the incident made the basis of this lawsuit or which are reasonably related to the injuries or damages asserted. |
| Request for Production No. 3 | You said "See Attached" but you did not produce anything. Please produce copies of all bills, invoices and other documents reflecting expenses you claim to have incurred and a result of the incident made the basis of this lawsuit. |
| Request for Production No. 4 | You did not produce a signed Form 4506. You responded "See Attached" but it was not attached. |
| Request for Production No. 6 | Your response was "See Attached" but you did not produce any documents. Please produce copies of any and all other documents evidencing a loss for which the Plaintiffs are seeking damages in this cause of action. |
| Request for Production No. 8 | You stated that you will supplement. Please produce all documents and tangible things, including but not limited to, tangible reports, physical models and compilations of data that was: |

       (a)     prepared by an expert or for an expert in anticipation of the expert's trial and deposition testimony; and

       (b)     prepared by an expert used for consultation if said documents and tangible things forma the basis, in whole or in part, of the opinions of an expert who is to be called as a witness.

| | |
|---|---|
| Request for Production No. 11 | You did not provide the Request for Social Security Earnings Information even though your response was "See Attached". |
| Request for Production No. 12 | You did not provide the release for Texas Employment |

Mr. Albert Villegas
**Villegas Law Firm**
October 21, 2002
Page -4-

---

Commission records even though your response was "See Attached."

In addition, I have reviewed the answers and responses to written interrogatories and request for production propounded to Plaintiff Jane Doe, a minor. I find that the responses and/or objections are either incomplete and/or the objections are without merit. In particular, please supplement your answers as indicated below:

| | |
|---|---|
| Interrogatory No. 1 | Please state your current address and social security number. |
| Interrogatory No. 2 | State the date of birth, address, and social security number. |
| Interrogatory No. 5 | You did not provide the nature and dates of the examination or treatment provided by the doctor. |
| Interrogatory No. 6 | You did not provide the date when the minor Plaintiff was examined. |
| Interrogatory No. 8 | You did not state which benefits the minor child received even though in your response you state that she may have received some benefits. |
| Interrogatory No. 9 | You did not state the employment history for you and each of the parents of the minor Plaintiff for each of the past five (5) years, indicating for each employment the employer's name and address, your position, the name of your immediate supervisor, the dates of employment, your salary or wage, the number of hours worked per week, the nature of your duties, and the reason each employment was terminated. |
| Interrogatory No. 11 | You did not provide the dates, time, place, and a description of the alleged assailant for each incident. |
| Interrogatory No. 14 | You did not state the address and telephone number of all persons who have knowledge of facts relevant to this lawsuit. |
| Interrogatory No. 15 | You did not itemize all medical, hospital, custodial, nursing and other expenses rendered to you or minor Plaintiff which you claim resulted from the alleged incident made the basis of this lawsuit. |
| Interrogatory No. 18 | You did not identify the addresses of the physicians you |

Mr. Albert Villegas
**Villegas Law Firm**
October 21, 2002
Page -5-

---

stated had treated minor Plaintiff.

Request for Production No. 1 — You did not provide us with written or other documentation concerning all factual observations, tests, supporting data, calculations, photographs and opinions of each expert witness, including but not limited to any reports prepared by or under the direction of such person, including any recording or transcripts thereof of any oral report. If any discoverable factual observations, tests, supporting data, calculations, photographs or opinion of any expert witness have not been recorded or reduced to a tangible form, then this party requests such matters be reduced to tangible form and produced.

Request for Production No.3 — You stated that you would supplement.
Please furnish a copy of each invoice, bill or statement of such person or entity referred to in the immediately preceding question.

Interrogatory No. 20 — You did not provide all representations, statements, declarations, or admissions made by this party or its agents, servants, or employees which you might attempt to make known to the judge or jury in the trial of this lawsuit even though your response was "see attached statements."

Request for Production No. 5 — You did not provide us with all written or recorded statements in your custody made by the party (including its agents, servants or employees) propounding these requests for production even though your response was "see attached."

Interrogatory No. 21 — You did not provide all photographs, motion pictures, video T.V. recordings, maps, drawings, charts, diagrams, measurements, surveys, or other documents concerning the events and happenings made the basis of this lawsuit, the scene of the incident, or the area, persons or objects involved, either made before, at the time of, or after the time of the events in question, including any photographs made of minor Plaintiff at any time since the incident made the basis of this lawsuit, that you, your attorney, your insurance carrier or anyone acting on your or their behalf, have or know of even though your response was "see attached."

Mr. Albert Villegas
**Villegas Law Firm**
October 21, 2002
Page -6-

_____

| | |
|---|---|
| Interrogatory No. 22 | You should be able to tell us if your attorney conducted an investigation and if an investigation was conducted concerning the incident in question, please state: the name, address and occupation of the person who conducted each investigation, and if he/she does not now have custody of records or reports concerning the investigation, the name and address of the person now having custody of the records or report made concerning each investigation. |
| Request for Production No. 7 | You did not provide a copy of all written or other documentation of any investigation of the incident in question even though your response was "see attached." |
| Request for Production No. 8 | You did not furnish a copy of any and all documents which support said acts and/or omissions of negligence you have alleged this Defendant committed even though your answer said "see attached." |
| Interrogatory No. 23 | You did not provide any written or recorded statements of any witnesses to the incident in question and you did not identify the name and address of the person giving the written or recorded statement. |
| Request for Production No. 9 | You did not provide us with all written or recorded statements in your custody made by any witnesses to the incident. |
| Interrogatory No. 25 | You did not provide the address of each school attended, the school years of attendance, the names of each of the minor's teachers in the school year preceding the accident in question, the names of each of the minor Plaintiff's teacher since the accident, and the number of days the minor Plaintiff was absent from school following the date of the incident in question and the reason for such absence. |
| Request for Production No. 10: | You did not provide the school records authorization form for the minor Plaintiff even though you stated in your response to "see attached." |

Mr. Albert Villegas
**Villegas Law Firm**
October 21, 2002
Page -7-

---

I would kindly ask that you please supplement your answers and respond to these discovery matters within ten (10) days of this letter, or I will have no choice but to file a Motion to Compel with the Court.

I would appreciate your cooperation in this matter. If you should have any questions, please do not hesitate to contact me.

Sincerely,

**CARLA M. SAENZ & ASSOCIATES, P.L.L.C.**

By: _Carla Saenz Martinez_
        Carla Saenz Martinez

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

7002 1000 0005 1024 5766

Re: Boys + Girls Club

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To: Mr. Albert Villegas
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

PS Form 3800, April 2002                See Reverse for Instructions

☐ Agent
☐ Addressee

by ( Printed Name)         C. Date of Delivery
...S Castillo            10-3-0 4

y address different from item 1?   ☐ Yes
nter delivery address below:       ☐ No

Type
ed Mail   ☐ Express Mail
tered     ☑ Return Receipt for Merchandise
d Mail    ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*    ☐ Yes

2. Article Number
7002 1000 0005 1024 5766    Re: Boys + Girls Club

PS Form 3811, August 2001        Domestic Return Receipt        102595-02-M-1035