IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

DEC 0 3 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| JANE DOE, A/N/F OF JUNE DOE, A MINOR § § § *Plaintiffs* § § | |
| vs. § | CIVIL ACTION NO. B-01-136 |
| § BOYS AND GIRLS CLUB OF § BROWNSVILLE INC. § *Defendant* § | |

## PROTECTIVE ORDER

**BE IT REMEMBERED** that on the 17th day of July, 2002, a hearing was held on Movant's Motion to Quash Defendant's Deposition By Written Questions and Subpoena Duces Tecum requesting *"any and all records regarding the investigation surrounding an alleged assault of a minor female that took place at the Boys and Girls Club of Brownsville, Texas, sometime in July 1999, involving Melquiades Mendiola, Jr. DOB: 01/04/78, including but not limited to incident reports, written and/or oral statements of witnesses, other statements, photographs of the scene of the alleged incident and/or of the parties involved, officer's report(s), investigation records and/or reports, any type of documents, notes, memorandum and/or written documentation pertaining to the incidents(s) in question: indictment(s), if any, arrest records and/or offense reports"* from the Cameron County District Attorney's Office, Cameron County Sheriff's Department and Brownsville Police Department.

The Court, after considering said motion and argument of counsel, was of the opinion that the investigative file surrounding the alleged assault in question is relevant and material to the issues in this case. The Court was further of the opinion that the investigatory reports from Child Protective

Services, written and/or oral statements of witnesses, and/or of alleged minor victim or her mother, other statements, photographs of the scene of the incident and/or of the parties involved, officers' reports(s), investigation records and/or reports, any type of documents, notes, memorandum and/or written documents pertaining to the incident(s) in question, indictment(s), if any, arrest records, and/or offense reports, pertaining to Melquiades Mendiola, Jr., will be produced to the Defendants within thirty (30) days from the date of the signing of this order, and that the matters contained in the investigative file will remain confidential, and used solely by the parties, experts and/or representatives only for purposes of this case.

**IT IS THEREFORE ORDERED** that the Movant Cameron County Attorney's Office shall produce a complete copy of the investigative file surrounding the alleged assault in question, together with the investigatory reports from Child Protective Services, written and/or oral statements of witnesses, and/or of alleged minor victim or her mother, photographs of the scene of the incident and/or of the parties involved, officers' reports(s), investigation records and/or reports, any type of documents, notes, memorandum and/or written documents pertaining to the incident(s) in question, indictment(s), if any, arrest records, and/or offense reports pertaining to Melquiades Mendiola, Jr., within thirty (30) days from the date of the signing of this order and that the matters contained in the investigative file will remain confidential, and used solely by the parties, experts and/or representatives only for purposes of this case.

**SIGNED AND ENTERED** this the 3RD day of DECEMBER, 2002.

JUDGE PRESIDING