IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 1 7 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| JANE DOE ANF OF JUNE DOE, MINOR § | |
| § | |
| § | |
| vs § | C.A. NO. B01 136 |
| § | |
| BOYS AND GIRLS CLUB OF BROWNSVILLE § | |
| INC. § | |

## MOTION TO REMAND

Comes Now Plaintiffs who file this their Motion to Remand and would respectfully show the Court as follows:

I

Plaintiff filed this lawsuit when the minor Jane Doe was sexually assaulted at the Boys and Girls Club in Brownsville by an agent, servant or employee of the Boys and Girls Club. Plaintiff claimed negligence and civil rights violations against Cameron County and the State of Texas. Plaintiffs voluntarily nonsuited the two governmental entities. There is no federal question or diversity of jurisdiction which remains.

Wherefore Plaintiffs pray the Court grant the Motion to Remand and remand the case fro whence it came, towit the Cameron County Court at Law.

RESPECTFULLY SUBMITTED

ALBERT VILLEGAS
1324 EAST SEVENTH
BROWNSVILLE TEXAS
956 544 3352
BAR NO 20585450
ATTORNEY FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I Hereby certify that a true and correct copy of the foregoing has been sent this 17th day of December, 2002 by fax and regular mail.

_____
ALBERT VILLEGAS

## CERTIFICATE OF CONFERENCE

I hereby certify that I conferred with or attempted to confer with opposing counsel on the 13th day of December, 2002 by sending counsel a copy of the foregoing Motion and I was advised that she out of town therefore this motion is submitted as opposed.

_____
ALBERT VILLEGAS

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| JANE DOE ANF OF JUNE DOE, MINOR § § § | |
| vs § | C.A. NO. B01 136 |
| § | |
| BOYS AND GIRLS CLUB OF BROWNSVILLE § INC. § | |

ORDER

Came on to be heard on the ___ day of _____, 2002, the Plaintiff's Motion to Remand and after considering same is of the opinion this Motion to Remand should be granted.

IT IS ORDERED that Plaintiff's Motion to Remand is granted and the remaining claims are remanded to the County Court at Law No. 3, the Clerk of the Court is Ordered to forward true and correct copies of the filings in this cause to the County Clerk of Cameron County from whence they came.

Signed this _____ day of _____, 2002.

_____
JUDGE PRESIDING