IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 0 2 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JANE DOE ANF OF JUNE DOE, MINOR | § § § | |
| vs | § § | C.A. NO. B01 136 |
| BOYS AND GIRLS CLUB OF BROWNSVILLE INC. | § § | |

## ORDER

Came on to be heard on the 30th day of _____, 2002, the Plaintiff's Motion to Remand and after considering same is of the opinion this Motion to Remand should be granted.

IT IS ORDERED that Plaintiff's Motion to Remand is granted and the remaining claims are remanded to the County Court at Law No. 3, the Clerk of the Court is Ordered to forward true and correct copies of the filings in this cause to the County Clerk of Cameron County from whence they came.

Signed this 30th day of _____, 2002.

_____
JUDGE PRESIDING